B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>William J. McEnery | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>2516 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>13015 W. 151st St.<br>Homer Glen, Illinois 60491<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Will County<br>ZIP CODE 60491 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☑ Individual (Includes Joint Debtor)
☐ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☑ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>William J. McEnery Trust | Case Number<br>10-47879 | Date<br>10/26/2010 |
|---|---|---|
| Relationship<br>Trustee | District<br>Northern District of Illinois | Judge<br>Hon. Eugene R. Wedoff |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2     Name of Debtor____William J. McEnery____

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ [signature] 5/2/11 | x /s/ Forrest Lammiman 6/21/11 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney       Date |
| Old Second National Bank | Meltzer, Purtill & Stelle LLC |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: John Giuffre, 37 South River Street, Aurora, IL 60506, First Vice President | Address: 300 S. Wacker Drive, Suite 3500, Chicago, IL 60606<br><br>Telephone No. 312-987-9900 |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney       Date |
| HomeStar Bank | Meltzer, Purtill & Stelle LLC |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Chris A. Friis Sr., 3 Diversatech Dr., Manteno, IL 60590, Senior Vice President | Address: 300 S. Wacker Drive, Suite 3500, Chicago, IL 60606<br><br>Telephone No. 312-987-9900 |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney       Date |
| First Community Bank of Homer Glen & Lockport | Deutsch, Levy & Engel, Chartered |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: John F. Slade, 14150 S. US Route 30, Plainfield, IL 60544 | Address: 225 W. Washington Street, Suite 1700, Chicago, IL 60606<br><br>Telephone No. 312-853-8452 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Old Second National Bank, 37 South River Street, Aurora, IL 60506 | Nature of Claim<br>Money owed as co-maker of mortgage | Amount of Claim<br>At least $1,497,833.33 |
| Name and Address of Petitioner<br>HomeStar Bank, 3 Diversatech Dr., Manteno, IL 60590 | Nature of Claim<br>Money owed as co-maker of mortgage | Amount of Claim<br>At least $3,322,941.82 |
| Name and Address of Petitioner - First Community Bank of Homer Glen & Lockport, 14150 S. US Route 30, Plainfield, IL 60544 | Nature of Claim<br>Money owed as Guarantor of payment | Amount of Claim<br>At least $8,647,418.53 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $13,468,193.68 |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2      Name of Debtor_____William J. McEnery

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| Old Second National Bank | Meltzer, Purtill & Stelle LLC |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: John Giuffre, 37 South River Street, Aurora, IL 60506 | Address: 300 S. Wacker Drive, Suite 3500, Chicago, IL 60606 |
| | Telephone No. 312-987-9900 |
| x_____ 5/2/11 | x_____ 6/21/11 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| HomeStar Bank | Meltzer, Purtill & Stelle LLC |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Chris A. Friis Sr., 3 Diversatech Dr., Manteno, IL 60590, Senior Vice President | Address: 300 S. Wacker Drive, Suite 3500, Chicago, IL 60606 |
| | Telephone No. 312-987-9900 |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| First Community Bank of Homer Glen & Lockport | Deutsch, Levy & Engel, Chartered |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: John F. Slade, 14150 S. US Route 30, Plainfield, IL 60544 | Address: 225 W. Washington Street, Suite 1700, Chicago, IL 60606 |
| | Telephone No. 312-853-8452 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Old Second National Bank, 37 South River Street, Aurora, IL 60506 | Money owed as co-maker of mortgage | At least $1,497,833.33 |
| HomeStar Bank, 3 Diversatech Dr., Manteno, IL 60590 | Money owed as co-maker of mortgage | At least $3,322,941.82 |
| First Community Bank of Homer Glen & Lockport, 14150 S. US Route 30, Plainfield, IL 60544 | Money owed as Guarantor of payment | At least $8,647,418.53 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $13,468,193.68 |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2    Name of Debtor _____ William J. McEnery_____

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Old Second National Bank | Meltzer, Purtill & Stelle LLC |
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: John Giuffre, 37 South River Street, Aurora, IL 60506 | Address: 300 S. Wacker Drive, Suite 3500, Chicago, IL 60606<br><br>Telephone No. 312-987-9900 |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| HomeStar Bank | Meltzer, Purtill & Stelle LLC |
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Chris A. Friis Sr., 3 Diversatech Dr., Manteno, IL 60590, Senior Vice President | Address: 300 S. Wacker Drive, Suite 3500, Chicago, IL 60606<br><br>Telephone No. 312-987-9900 |

| x _[signed]_ Manger, 3-23-11 | x _[signed]_ 3/29/11 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| First Community Bank of Homer Glen & Lockport | Deutsch, Levy & Engel, Chartered |
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: John F. Slade, 14150 S. US Route 30, Plainfield, IL 60544, Executive Vice President Chief Credit Officer | Address: 225 W. Washington Street, Suite 1700, Chicago, IL 60606<br><br>Telephone No. 312-853-8452 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Old Second National Bank, 37 South River Street, Aurora, IL 60506 | Money owed as co-maker of mortgage | At least $1,497,833.33 |
| HomeStar Bank, 3 Diversatech Dr., Manteno, IL 60590 | Money owed as co-maker of mortgage | At least $3,322,941.82 |
| First Community Bank of Homer Glen & Lockport, 14150 S. US Route 30, Plainfield, IL 60544 | Money owed as Guarantor of payment | At least $8,647,418.53 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $13,468,193.68 |

_____ continuation sheets attached