FILED

MAR 21 2012

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
                                          )   Case No. 11 B 25934
     WILLIAM J. MCENERY,                  )
                                          )
                                          )
                                          )   Chapter 11
                                          )
          Debtor.                         )
                                          )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO WILLIAM J. FACTOR, LTD., ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $64,170.00 | TOTAL COSTS REQUESTED: | $1,198.64 |
| TOTAL FEES REDUCED: | $1,040.50 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $63,129.50 | TOTAL COSTS ALLOWED: | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $64,328.14**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(4)     **Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7)     **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: March 21, 2012

_____
Eugene R. Wedoff
United States Bankruptcy Judge

| Date | Professional | Hours | Rate | Amount | Detail |
|---|---|---|---|---|---|
| 8/15/2011 | WJF | 0.10 | $300.00 | $30.00 | Telephone call with W. McEnery regarding motions to be presented on 8/17. |
| 8/16/2011 | MGB | 0.50 | $100.00 | $50.00 | Work on schedules |
| 8/16/2011 | WJF | 0.50 | $300.00 | $150.00 | Review motions to be presented on 8/17 and email to W. McEnery regarding same.  − $15 |
| 8/17/2011 | SEL | 0.50 | $300.00 | $150.00 | Prepare and file the creditor list. |
| 8/17/2011 | SR | 0.70 | $100.00 | $70.00 | File creditor matrix for McEnery. |
| 8/17/2011 | WJF | 1.00 | $300.00 | $300.00 | Prepare and file motion to extend time to file schedules. |
| 8/17/2011 | WJF | 0.30 | $300.00 | $90.00 | Attend to uploading creditors into matrix. |
| 8/19/2011 | SR | 0.40 | $100.00 | $40.00 | Amend Schedule F for McEnery. |
| 8/22/2011 | WJF | 0.30 | $300.00 | $90.00 | Telephone call with BOA lawyer regarding purchase of Gas City property (.1); telephone call with W. McEnery regarding matters set for hearing on 8/23 and his position on same (.2). |
| 8/23/2011 | WJF | 0.80 | $300.00 | $240.00 | Attend hearing on various motions. |
| 8/25/2011 | WJF | 1.00 | $300.00 | $300.00 | Work on preparing schedules (.60); telephone call with M. Small regarding receivership for Green Gardens (.20); telephone call with W. McEnery regarding same (.10); call with D. Marshall regarding schedules (.10) |
| 8/30/2011 | WJF | 4.00 | $300.00 | $1,200.00 | Meeting in Frankfort to work on schedules (2.5); travel to / from same (1.5) |
| 8/31/2011 | WJF | 1.20 | $300.00 | $360.00 | telephone call with D. Marshall regarding schedules and golf course issues (.60); work on bankruptcy schedules (.60) |
| 9/1/2011 | JKP | 0.50 | $250.00 | $125.00 | Reviewed infromation from Debtor and prepared bankruptcy schedules. |
| 9/2/2011 | JKP | 2.40 | $250.00 | $600.00 | Compile debtor's schedules. |
| 9/2/2011 | JKP | 0.40 | $250.00 | $100.00 | Phone call with D. Marshall and W. Factor to determine additional assets and liabilities of debtor. |
| 9/2/2011 | JKP | 0.60 | $250.00 | $150.00 | Reviewed debtor's tax return for assets to list on schedules. |
| 9/2/2011 | JKP | 0.20 | $250.00 | $50.00 | Phone call wtih D. Marshall W. McEnery and W. Factor discussing bankruptcy schedules. |
| 9/2/2011 | WJF | 0.60 | $300.00 | $180.00 | telephone calls with D. Marshall regarding bankruptcy schedules |
| 9/2/2011 | WJF | 1.50 | $300.00 | $450.00 | Work on preparing bankruptcy schedules |
| 9/3/2011 | JKP | 0.80 | $250.00 | $200.00 | Further review of debtor's 2009 tax return in connection with preparing schedules; memo and email to W. Factor regarding same.  − $20 |

| Date | Professional | Hours | Rate | Amount | Detail |
|---|---|---|---|---|---|
| 9/3/2011 | JKP | 0.60 | $250.00 | $150.00 | Entered additional general unsecured creditors and reviewed schedules; email to W. Factor regarding same. |
| 9/6/2011 | JKP | 0.30 | $250.00 | $75.00 | Reviewed spreadsheet of bank accounts from D. Marshall and added to schedules. |
| 9/6/2011 | JKP | 0.50 | $250.00 | $125.00 | Reviewed documents sent by D. Marshall and scheduled additional business entities on bankruptcy schedules. |
| 9/6/2011 | JKP | 0.20 | $250.00 | $50.00 | Email to W. Factor regading notation on list of potential assets; review Legends Gaming equity contribution agreement and add Legends Gaming to credior schedules. |
| 9/6/2011 | JKP | 2.30 | $250.00 | $575.00 | Phone conference with W. Factor, D. Marshall, and W. McEnery to review schedules; review client documents and complete schedules |
| 9/6/2011 | SEL | 0.30 | $300.00 | $90.00 | Telephone call with C. Novak regarding lawsuits against debtor. |
| 9/6/2011 | SEL | 1.40 | $300.00 | $420.00 | Work on statement of financial affairs. |
| 9/6/2011 | SEL | 0.50 | $300.00 | $150.00 | Review Colophon lift stay motion (.3) Confer with W. Factor regarding same (.2) |
| 9/6/2011 | WJF | 5.00 | $300.00 | $1,500.00 | call with D. Marshall, W. McEnery and J. Paulsen to review/revise schedules in connection with filing (1.0); draft and revise schedules and file same (4.0) |
| 9/6/2011 | WJF | 0.60 | $300.00 | $180.00 | Review documents regarding Colophon relief from stay motion (.40); discuss same with S. Lorber and strategy for hearing on 9/7 (.2) |
| 9/7/2011 | SEL | 1.10 | $300.00 | $330.00 | Prepare for and attend hearing on Colophon's lift stay motion |
| 9/7/2011 | WJF | 2.50 | $300.00 | $750.00 | meet with William McEnery and Dan Marshall to prepare for initial debtor interview (.70); attend initial debtor interview with David Gucwa (.70); meeting at Perkins Coie with Dan and Kate to discuss open issues (.30); lunch meeting with W. McEnery and D. Marshall after initial debtor |
| 9/8/2011 | WJF | 0.70 | $300.00 | $210.00 | Telephone call with R. Nogal to discuss status of state court litigation matters he is handling, retention of his firm and lease for house and other |
| 9/9/2011 | WJF | 1.00 | $300.00 | $300.00 | telephone calls with D. Marshall regarding DIP account, office space, golf course issues |
| 9/9/2011 | WJF | 0.20 | $300.00 | $60.00 | telephone call with D. Zazove regarding WJM Leasing |

Handwritten annotations: circled "7" markers next to 9/3/2011 and two 9/6/2011 entries; "-$15", "-$5", "-$57.50" margin notes.

| Date | Professional | Hours | Rate | Amount | Detail |
|---|---|---|---|---|---|
| 10/13/201 | WJF | 0.10 | $300.00 | $30.00 | telephone calls with D. Marshall regarding monthly operating reports |
| 10/14/201 | WJF | 1.00 | $300.00 | $300.00 | telephone call with D. Marshall regarding monthly operating reports |
| 10/17/201 | JKP | 0.20 | $250.00 | $50.00 | Revise Schedule F to include debts to three law |
| 10/17/201 | JKP | 0.10 | $250.00 | $25.00 | E-mail to D. Marshall requesting contact information for law firm creditors that are still rendering legal services to W. McEnery |
| 10/17/201 | WJF | 1.00 | $300.00 | $300.00 | telephone call with D. Marshall regarding pending motions (.10); telephone call with S. Wolfe regarding pending motions (.20); telephone call with D. Zazove and R. Nogal regarding payment from Gas City (.50); followup call with Zappone |
| 10/19/201 | JKP | 1.40 | $250.00 | $350.00 | Prepare for and attend hearing on FIA Card Services adversary, motion to set bar date, and motions related to the golf course transaction |
| 10/20/201 | JKP | 2.00 | $250.00 | $500.00 | Update all creditors service list (1.8); serve notice of claims bar date (.2) |
| 10/20/201 | JKP | 1.00 | $250.00 | $250.00 | Prepare and serve notice and order setting claims bar date |
| 10/20/201 | WJF | 0.10 | $300.00 | $30.00 | email to D. Golin regarding revised language in order with Mrs. McEnery |
| 10/21/201 | JKP | 0.80 | $250.00 | $200.00 | Research regarding potential stay violation when creditor forecloses on property |
| 10/21/201 | JKP | 0.10 | $250.00 | $25.00 | File certificates of service of bar date order |
| 10/21/201 | WJF | 0.50 | $300.00 | $150.00 | discussion with J. Paulsen regarding whether stay was violated in connection with trains (.20); review documents related to assignment of trains (.20); analysis of stay violation issues (110) |
| 10/24/201 | WJF | 0.10 | $300.00 | $30.00 | telephone call with R. Nogal regarding lease with suburban bank (.10); confer with D. Golin regarding same (.10) |
| 10/25/201 | SEL | 0.40 | $300.00 | $120.00 | Deliver proposed orders on various mater to P. Castenadas and confer with same regarding same. |
| 10/31/201 | WJF | 0.30 | $350.00 | $105.00 | telephone call with S. Wolfe regarding operating reports and other case management issues |
| ④ 10/31/201 | WJF | 1.20 | $350.00 | $420.00 | telephone call with D. Christopher, P. Meegan, D. Marshall and DH to discuss issues facing    -$420 |
| 11/1/2011 | JB | 1.60 | $100.00 | $160.00 | Research re consulting agreements for J. Paulsen. |
| ⑦ 11/2/2011 | DH | 0.40 | $250.00 | $100.00 | Researched A.D. Conner's civil case; reported back to W. Factor about the injunction ordered in the case against AD Conner's officers, directors, etc. _$/0 and its requirements on Heidenreich. |

| Date | Professional | Hours | Rate | Amount | Detail |
|---|---|---|---|---|---|
| 12/14/201 | WJF | 1.30 | $350.00 | $455.00 | attend hearing in Gas City on various pending matters (.80); telephone call with D. Marshall to discuss status of items that need to be addressed (e.g., waiver of deed restriction; Legends |
| 12/16/201 | JKP | 1.70 | $250.00 | $425.00 | Phone call with W. Factor and D. Marshall regarding amended Schedules B & C (.4); revise amended Schedules B & C (1.3) |
| 12/16/201 | WJF | 0.50 | $350.00 | $175.00 | telephone call with D. Marshall and J. Paulsen to discuss amendments to Schedule C |
| 12/19/201 | JKP | 1.10 | $250.00 | $275.00 | Draft, file, and serve amended schedules B & C |
| 12/19/201 | WJF | 0.30 | $350.00 | $105.00 | Review amended exemptions (.10); discuss same with J. Paulsen (.10); call with WJM regarding amended exemptions (.10) |
| 12/20/201 | JKP | 0.30 | $250.00 | $75.00 | Draft and file notice of filing of amended schedules |
| 12/27/201 | SEL | 0.10 | $300.00 | $30.00 | Review correspondence from R. Nogel regarding outstanding invoices and email to W. Factor regarding same. |
| 12/29/201 | JKP | 0.20 | $250.00 | $50.00 | Draft and file amended certificate of service of amended schedules |
| 12/30/201 | JKP | 0.10 | $250.00 | $25.00 | Resend returned notice of filing of amended |
| 1/3/2012 | WJF | 0.20 | $350.00 | $70.00 | review and prepare MOR for filing |
| 1/13/2012 | WJF | 0.30 | $350.00 | $105.00 | telephone call with C. Novak regarding Bridgewater Estates issues |
| 1/17/2012 | DH | 0.30 | $250.00 | $75.00 | Phone call with S. Wolf at the UST office about motion for post-petition financing (.1); Phone call with S. Victor about DSI employment application hearing (.1); follow up phone call to S. Victor (.1). |
| 1/18/2012 | WJF | 0.30 | $350.00 | $105.00 | telephone call with D. Marshall regarding status of various pending matters, including sale of casino, divorce proceeding and other cse administration matters |
| 1/19/2012 | WJF | 0.30 | $350.00 | $105.00 | telephone call with D. Dawson regarding divorce proceedings |
| 1/20/2012 | DH | 1.50 | $250.00 | $375.00 | Review all objections to McEnery's amended schedules and put together a chart summarizing those objections for W. Factor; send W. Factor the |
| 1/23/2012 | DH | 2.10 | $250.00 | $525.00 | Draft motion to extend exclusivity to file a plan and disclosure statement and extend the deadline to file a plan, send to W. Factor for client approval. |
| 1/24/2012 | DH | 1.50 | $250.00 | $375.00 | Finalize motion to extend exclusivity, prepare proposed order, compile documents and file with the court |
| 1/26/2012 | WJF | 0.20 | $350.00 | $70.00 | telephone call with J. Carroll regarding leases |

(7)  -$37.50

| Date | Professional | Hours | Rate | Amount | Detail |
|------|--------------|-------|------|--------|--------|
| 9/14/2011 | JKP | 2.00 | $250.00 | $500.00 | Draft retention applications for the Law Office of William J. Factor as general bankruptcy counsel and Goldstine, Skrodzki as special counsel |
| 9/15/2011 | JKP | 2.50 | $250.00 | $625.00 | Draft retention applications for the Law Office of William J. Factor as bankruptcy counsel and Goldstine, Skrodzki as special counsel |
| 9/15/2011 | JKP | 0.70 | $250.00 | $175.00 | Draft and revise application to retain the Law Office of William J. Factor |
| 9/16/2011 | JKP | 1.80 | $250.00 | $450.00 | Revise, serve, and file Application to Retain the Law Office of William J. Factor as general bankruptcy counsel |
| 9/19/2011 | JKP | 0.20 | $250.00 | $50.00 | Revise application to retain Goldstine, Skrodzki as special counsel after discussion with W. Factor |
| 9/19/2011 | WJF | 0.50 | $300.00 | $150.00 | Review and revise application to employ special counsel and declaration in support thereof (.40); email to R. Nogal regarding same (.10) |
| 9/21/2011 | WJF | 1.00 | $300.00 | $300.00 | attend hearing on application to retain firm and other pending matters in WJM case and Gas City case |
| 10/3/2011 | JKP | 0.10 | $250.00 | $25.00 | Phone call with C. Novak about final details on application to retain Goldstine Skrodzki as special counsel |
| 10/3/2011 | JKP | 0.50 | $250.00 | $125.00 | Revise application to employ Goldstine Skrodzki as special counsel and e-mail to C. Novak for review |
| 10/5/2011 | JKP | 0.20 | $250.00 | $50.00 | Revise application to employ Goldstine, Skrodzki as special counsel |
| 10/5/2011 | JKP | 1.20 | $250.00 | $300.00 | Finalize, file, and serve application to retain Goldstine Skrodzki as special counsel |
| 10/12/2011 | WJF | 0.10 | $300.00 | $30.00 | e-mail to Richard Nogal regarding application to retain his firm |
| 10/12/2011 | WJF | 0.30 | $300.00 | $90.00 | email to W. McEnery and R. Nogal regarding payment of retainer from Gas City (.10); telephone call with W. McEnery regarding email and other case management issues (.20) |

| Date | Professional | Hours | Rate | Amount | Detail |
|---|---|---|---|---|---|
| 8/31/2011 | WJF | 0.60 | $300.00 | 180.00 | telephone call with D/M and B/M to discuss golf dome repairs |
| 9/1/2011 | JKP | 5.60 | $250.00 | 1400.00 | Investigated facts, researched legal issues, and drafted motion for authorization to repair dome at Debtor's golf course in Frankfort, Illinois. |
| 9/2/2011 | JKP | 0.50 | $250.00 | 125.00 | Proofread and edits to draft Motion for Authority to Repair Golf Dome. |
| 9/6/2011 | WJF | 0.20 | $300.00 | 60.00 | telephone call with M. Small regarding meeting to discuss golf course (.10); emails to/from client regarding same (.10) |
| 9/7/2011 | WJF | 2.50 | $300.00 | 750.00 | attend meeting at Foley and Lardner with First Midwest Bank to discuss repair of golf dome and related issues (1.7); travel to/from meeting at 50% (.80) |
| 9/8/2011 | WJF | 0.50 | $300.00 | 150.00 | telephone call with W. McEnery regarding follow-up on meeting with First Midwest |
| 9/9/2011 | WJF | 0.30 | $300.00 | 90.00 | Call with Rick Nogal regarding golf course foreclosure |
| 9/23/2011 | JKP | 0.20 | $250.00 | 50.00 | Phone conference with W. Factor, W. McEnery, and D. Marshall regarding possible sale of golf course |
| 9/23/2011 | WJF | 0.40 | $300.00 | 120.00 | telephone call with Bill McEnery and Dan Marshall regarding sale of golf course (.2); prepare for call (.1); telephone call with Michael Small regarding sale of golf course (.1) |
| 9/28/2011 | JKP | 1.00 | $250.00 | 250.00 | Review motion to approve transaction to repair golf dome and sell golf course |
| 9/28/2011 | WJF | 0.90 | $300.00 | 270.00 | review and revise motion to obtain financing to re-construct golf dome (.8); telephone conversation with Michael small regarding motion (.1) |
| 10/1/2011 | SEL | 1.80 | $300.00 | 540.00 | Work on motion to obtain DIP financing and to acquire GGCC property |
| 10/5/2011 | WJF | 1.60 | $350.00 | 560.00 | Draft and revise motion to obtain financing to repair golf dome (.1); telephone conversation with clients to discuss open issues in case and progress in case (.3); review and revise application to retain special counsel and discussion of same with Jeffrey Paulson (.3) |

Handwritten annotations: ⑦ -$140 (next to 9/1/2011 entry); ⑦ -.3 x .(x $350 = -10.50 (next to 10/5/2011 entry)

| Date | Professional | Hours | Rate | Amount | Detail |
|---|---|---|---|---|---|
| 1/31/2012 | DH | 2.10 | $250.00 | $525.00 | Research and continue to draft motion to authorize the debtor to enter into leases with Standard for 3 properties, send to W. Factor for review.   -$52.50 |
|  |  | 30.80 |  | 8505.00 |  |

(7)

| Date | Professional | Hours | Rate | Amount | Detail |
|---|---|---|---|---|---|
| 8/24/2011 | WJF | 0.30 | 300.00 | 90.00 | Prepare letter to counsel for plaintiff in 523(a) action |
| 9/13/2011 | JKP | 2.20 | 250.00 | 550.00 | Research and draft answer, affirmative defenses, and counterclaim to FIA Card Services dischargeability complaint  —$55 |
| 9/14/2011 | JKP | 0.60 | 250.00 | 150.00 | Draft answer to FIA's complaint objecting to dischargeability |
| 9/14/2011 | JKP | 0.80 | 250.00 | 200.00 | Draft and file answer, affirmative defenses, and counterclaim to Complaint of FIA Card Services Objecting to Dischargeability |
| 9/14/2011 | WJF | 0.30 | 300.00 | 90.00 | review and revise answer to adversary complaint and discussion of same with Jeffrey Paulsen  —$90 |
| 9/26/2011 | JKP | 0.10 | 250.00 | 25.00 | Review settlement offer from FIA Card Services and e-mail to W. Factor regarding same |
| 10/4/2011 | JKP | 0.20 | 250.00 | 50.00 | Draft e-mail to W. McEnery regarding settlement offer from FIA Card Services in nondischargeability suit |
| 10/5/2011 | JKP | 0.20 | 250.00 | 50.00 | Investigate possibility of motion for default if FIA does not answer counterclaim |
| 10/5/2011 | JKP | 0.10 | 250.00 | 25.00 | Review FIA's answer to debtor's counterclaim |
| 10/12/201 | JKP | 0.10 | 250.00 | 25.00 | Research Rule 9011 in connection with complaint in FIA Card Services v. McEnery |
| 10/18/201 | JKP | 0.40 | 250.00 | 100.00 | Review proposal from FIA Card Services to settle dischargeability adversary proceeding |
| | | 5.30 | | 1355.00 | |

(Handwritten annotations: "⑦" marks next to 9/13/2011 and 9/14/2011 WJF entries)

1 of 1