**FILED**

APR − 4 2012

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )
                                                )
                                                )        Case No. 11 B 25934
     WILLIAM J. MCENERY,                        )
                                                )
                                                )
                                                )        Chapter 11
              Debtor.                           )
                                                )
_____ )

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO
GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC & HOFF, LTD., SPECIAL COUNSEL FOR DEBTOR,
FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $40,043.25 | TOTAL COSTS REQUESTED: | $150.45 |
| TOTAL FEES REDUCED: | $3,918.22 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $36,125.03 | TOTAL COSTS ALLOWED: | $150.45 |

TOTAL FEES AND COSTS ALLOWED: $36,275.48

The attached time and expense entries have been reviewed and notated to reflect disallowance in whole or in part.
The basis for each disallowance is reflected by numerical notations that appear on the left of each disallowed entry.
The numerical notations correspond to the enumerated paragraphs below.

(7)     **Lumping**

        The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D.
Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by
"lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the
corresponding specific time allotment.").

Dated: April 4, 2012

                                        Eugene R. Wedoff
                                        United States Bankruptcy Judge

**Goldstine Skrodzki Russian**
**Nemec and Hoff, Ltd.**
Attorneys at Law

835 McClintock Drive . Second Floor . Burr Ridge, IL 60527-0860
Telephone (630) 655-6000 . Facsimile (630) 655-9808

William McEnery
160 S. LaGrange Road
Frankfort, IL 60423

| | |
|---|---|
| Client No: | 014121 |
| Matter No: | 00001    RJN |
| Bill Date: | 10/27/2011 |
| Bill No: | 101592 |
| Billed Through: | 09/30/2011 |

Re:  Personal Matters

## FOR PROFESSIONAL SERVICES RENDERED

| 08/01/11 | RJN | Telephone conference with Attorney Factor re house, farm and Florida condo foreclosure status; transmittal letter to Attorney Factor; review potential defenses to foreclosure actions; review foreclosure pleadings; | 1.00 hrs | $325.00 /hr | $325.00 $32.5 |
|---|---|---|---|---|---|
| 08/01/11 | CJN | Review file re Bridgewater Estates; discuss bankruptcy and foreclosure issues with RJN; review file re same; review e-mails from counsel for Homestar Bank re 8-2-11 motions; | 0.80 hrs | $195.00 /hr | $156.00 -15.6 |
| 08/02/11 | RJN | Review Desert Rose email from D. Zazove; analyze defenses to house and farm foreclosure actions; conference with CJN re status of foreclosure actions against Trust; review memo re same; | 1.40 hrs | $325.00 /hr | $455.00 -45.5 |
| 08/02/11 | CJN | Review e-mail and documents re Desert Rose; discuss status and bankruptcy issues with RJN; telephone conference with Kate Stetsko re bankruptcy; draft memorandum re foreclosure cases; conduct legal research re foreclosure issues; | 1.60 hrs | $195.00 /hr | $312.00 -31.2 |
| 08/03/11 | CJN | Review orders entered in Homestar cases; review file re Homestar cases; draft letter to Dan Marshall re same; | 0.40 hrs | $195.00 /hr | $78.00 -7.8 |
| 08/04/11 | RJN | Review Standard Bank Foreclosure status and motion for default judgment against Trust; conference with D. Zazove and W. Factor re strategy for house foreclosure case; telephone | 1.50 hrs | $325.00 /hr | $487.50 -48.75 |

conference with Bill McEnery and re use
foreclosure; strategy conference with CJN;

| 08/04/11 | CJN | Discuss Standard Bank foreclosure cases with RJN; review Centier Bank e-mails and pleadings; telephone conference with Bill McEnery and RJN; telephone conference with Bill Factor, Dan Zazove, and RJN re foreclosure actions; | 1.20 hrs | $195.00 /hr | $234.00 |

-$23.40

(7)

| 08/05/11 | RJN | Review status of Standard Bank foreclosure actions; conference with Attorney Factor and CJN re defense of foreclosure actions and lease issues; conference with counsel for Standard Bank re proposed leases; review proposed leases; | 1.80 hrs | $325.00 /hr | $585.00 |

-58.5

(7)

| 08/05/11 | CJN | Review motions to voluntarily dismiss by Cole Taylor Bank and Private Bank; review and respond to e-mails from opposing counsel re same; telephone conference with client, Bill Factor, and RJN; | 0.80 hrs | $195.00 /hr | $156.00 |

-15.6

(7)

| 08/08/11 | CJN | Review leases for home, farm, and condo; discuss same with JPH; telephone conference with client and Bill Factor; review Old Second Bank bankruptcy objection; review Standard Bank foreclosure pleadings in preparation for 8-9-11 court hearing; | 2.10 hrs | $195.00 /hr | $409.50 |

-40.95

(7)

| 08/08/11 | JPH | Discuss leases with CJN; review and comment on three leases for house, farm and condo to be tendered to Standard Bank; | 3.50 hrs | $245.00 /hr | $857.50 |

-85.75

(7)

| 08/09/11 | CJN | Attend court hearing on motion to default in Standard Bank foreclosure cases; telephone conference with Bill Factor and client; review leases prepared by JPH; send additional bankruptcy notices re Cole Taylor Bank; discuss leases with JPH; | 3.60 hrs | $195.00 /hr | $702.00 |

-70.2

(7)

| 08/09/11 | JPH | Revise comments to leases and finalize same; | 0.80 hrs | $245.00 /hr | $196.00 |

| 08/10/11 | CJN | Review Proof of Claim in bankruptcy case re Valero; send e-mail to Bill Factor re same; review e-mail and audio attachment from Bill Factor re deeds in lieu; | 0.40 hrs | $195.00 /hr | $78.00 |

-7.8

(7)

| 08/11/11 | CJN | Review judicial sale documents re Homestar Bank foreclosure cases; draft letter to Dan Marshall re same; | 0.30 hrs | $195.00 /hr | $58.50 |

-5.85

(7)

| 08/15/11 | RJN | Review status of Standard Bank foreclosure proceedings and results of involuntary bankruptcy petition hearing; conference with CJN re same; | 0.50 hrs | $325.00 /hr | $162.50 |

-16.25

(7)

| 08/15/11 | CJN | Review Homester Bank pleadings; revise letter to Dan Marshall re same; review e-mail and court orders from counsel for Standard Bank; draft letter to Dan Marshall re same; | 0.90 hrs | $195.00 /hr | $175.50 |
|---|---|---|---|---|---|

⑦                                                                                                                              ~$17.55

| 08/16/11 | RJN | Review emails from Attorney Factor re bankruptcy pending issues and status; conference with CJN re Standard Bank foreclosure; | 0.50 hrs | $325.00 /hr | $162.50 |
|---|---|---|---|---|---|

⑦                                                                                                                              - 16.25

| 08/16/11 | CJN | Discuss leases re home, farm, and condo with RJN; review file re same; | 0.20 hrs | $195.00 /hr | $39.00 |
|---|---|---|---|---|---|

⑦                                                                                                                              - 3.9

| 08/17/11 | RJN | Review changes to leases for house, farm and Boca Raton properties; | 0.90 hrs | $325.00 /hr | $292.50 |
|---|---|---|---|---|---|

| 08/17/11 | CJN | Discuss leases issues with RJN; draft letter to Bill Factor re leases; telephone conference with Bill Factor re same; | 0.60 hrs | $195.00 /hr | $117.00 |
|---|---|---|---|---|---|

⑦                                                                                                                              - 11.7

| 08/19/11 | RJN | Review farm, house, and Boca Raton lease back status; analyze foreclosure strategy; conference with CJN, Attorney Factor and Dan Marshall re lease option and status of Standard Bank foreclosure proceedings; | 1.50 hrs | $325.00 /hr | $487.50 |
|---|---|---|---|---|---|

⑦                                                                                                                              - 48.75

| 08/19/11 | CJN | Discuss case status with RJN; telephone conference with Bill Factor, Dan Marshall, and RJN; | 0.60 hrs | $195.00 /hr | $117.00 |
|---|---|---|---|---|---|

⑦                                                                                                                              - 11.7

| 08/22/11 | RJN | Conference with Dan Marshall re approval of terms for lease back of house, farm and Florida condo and proposed revisions to leases; review same; letter to Marshall confirming same; letter to counsel for Standard Bank transmitting revisions to leases; review prior correspondence re leases; | 1.20 hrs | $325.00 /hr | $390.00 |
|---|---|---|---|---|---|

⑦                                                                                                                              - 39

| 08/22/11 | CJN | Telephone conference with Dan Marshall and RJN; draft letter to Jim Carroll; draft letter to Dan Marshall; | 1.20 hrs | $195.00 /hr | $234.00 |
|---|---|---|---|---|---|

⑦                                                                                                                              - 23.4

| 08/23/11 | RJN | Review recent case law re bankruptcy stay effect on loan guarantees; review emails re purchase of office assets; review bankruptcy status; | 0.70 hrs | $325.00 /hr | $227.50 |
|---|---|---|---|---|---|

⑦                                                                                                                              - 22.75

| 08/23/11 | CJN | Review Crossroads Energy invoice and e-mail from Dan Marshall re same; review recent bankruptcy case re interaction of stay and foreclosure action; discuss same with RJN; | 0.60 hrs | $195.00 /hr | $117.00 |
|---|---|---|---|---|---|

⑦                                                                                                                              - 11.7

| 08/25/11 | RJN | Review lease back and Standard Bank litigation status; voice mail from Dan Marshall re same; | 0.70 hrs | $325.00 /hr | $227.50 |
|---|---|---|---|---|---|

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/26/11 ⑦ | RJN | Conference with CJN re Standard Bank litigation status; review same; | 0.20 hrs | $325.00 /hr | $65.00 −$6.50 |
| 08/26/11 ⑦ | CJN | Discuss Homestar matters with RJN; telephone conference with counsel for Standard Bank re defaults; | 0.20 hrs | $195.00 /hr | $39.00 −3.9 |
| 08/29/11 ⑦ | RJN | Conference with CJN re status of foreclosure proceedings; review correspondence to client re same; | 0.40 hrs | $325.00 /hr | $130.00 −13 |
| 08/29/11 ⑦ | CJN | Discuss foreclosure case status with RJN; send e-mail to Dan Marshall re same; review and respond to e-mail from Dan Marshall re Standard Bank foreclosure case; | 0.40 hrs | $195.00 /hr | $78.00 −7.8 |
| 09/06/11 ⑦ | CJN | Telephone conference with bankruptcy paralegal re cases pending against Bill McEnery; review file re same; review bankruptcy schedule re pending cases; | 0.40 hrs | $195.00 /hr | $78.00 −7.8 |
| 09/07/11 ⑦ | RJN | Review bankruptcy filing and litigation summaries; conference with CJN re same; | 0.80 hrs | $325.00 /hr | $260.00 −26 |
| 09/07/11 ⑦ | CJN | Review list of pending court cases re client for bankruptcy proceedings; telephone conference with bankruptcy paralegal re same; | 0.50 hrs | $195.00 /hr | $97.50 −9.75 |
| 09/08/11 ⑦ | RJN | Conference with William Factor and D. Marshall re Green Garden Foreclosure status; review same; review bankruptcy status and status of pending personal claims against William McEnery; | 1.40 hrs | $325.00 /hr | $455.00 −45.5 |
| 09/08/11 ⑦ | CJN | Discuss status of Green Garden foreclosure case with RJN; review pleadings re same; telephone conference with counsel for First Midwest Bank re same; telephone conference with Kate Stetsko re Green Garden; | 0.90 hrs | $195.00 /hr | $175.50 −17.55 |
| 09/09/11 ⑦ | RJN | Telephone conference with counsel for Standard Bank re status of lease revisions; review status of foreclosure proceedings for Green Garden property; telephone conference with Attorney Factor re same; review Green Garden foreclosure pleadings; | 1.00 hrs | $325.00 /hr | $325.00 −32.5 |
| 09/09/11 ⑦ | CJN | Discuss status of Green Garden foreclosure action with RJN; telephone conference with RJN and Bill Factor re same; | 0.50 hrs | $195.00 /hr | $97.50 −9.75 |
| 09/21/11 ⑦ | RJN | Review status of Standard Bank litigation and alias summonses; review status of bankruptcy proceeding; | 0.70 hrs | $325.00 /hr | $227.50 −22.75 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/21/11 | CJN | Review e-mail and order from Bill Factor; telephone conference with Dan Marshall re alias summonses; | 0.20 hrs | $195.00 /hr | $39.00 |
| | | | | | -$3.90 |
| 09/22/11 | RJN | Review amended pleadings in Standard Bank litigation; | 0.50 hrs | $325.00 /hr | $162.50 |
| 09/22/11 | CJN | Review Standard Bank amended complaints; | 0.40 hrs | $195.00 /hr | $78.00 |
| 09/23/11 | RJN | Review Standard Bank Amended Pleadings and status; voice mails from Dan Marshall re same; | 0.50 hrs | $325.00 /hr | $162.50 |
| | | | | | -16.25 |
| 09/26/11 | RJN | Review Homestar foreclosure proceedings and status; | 0.20 hrs | $325.00 /hr | $65.00 |
| 09/26/11 | CJN | Review voicemail messages from Dan Marshall; review list of creditors; review Homestar foreclosure pleadings; discuss status with RJN; | 0.80 hrs | $195.00 /hr | $156.00 |
| | | | | | -15.60 |
| 09/27/11 | CJN | Telephone conference with counsel for Homestar Bank re sheriff's sale; telephone conference with Dan Marshall; discuss bankruptcy case with RJN; | 0.50 hrs | $195.00 /hr | $97.50 |
| | | | | | -9.75 |
| 09/30/11 | RJN | Review train related pleadings and claims; review status of Standard Bank leases; | 0.50 hrs | $325.00 /hr | $162.50 |
| | | | | | -16.25 |
| | | Charges for Services | 42.30 hrs | | $10,790.50 |

**REIMBURSABLE EXPENSES**

| | | | |
|---|---|---|---|
| 08/02/11 | Federal Express to William J. Factor on 8/1/11; | | $16.42 |
| 09/12/11 | Federal Express to William J. Factor on 9/12/11; | | $14.35 |
| | Charges for Expenses | | $30.77 |

### BILLING SUMMARY

| | |
|---|---|
| TOTAL SERVICES | $10,790.50 |
| TOTAL EXPENSES | $30.77 |
| **TOTAL NEW CHARGES** | **$10,821.27** |

Golustino, Skrodzki, Russian,
Nemec and Hoff, Ltd.

**Attorneys at Law**

835 McClintock Drive . Second Floor . Burr Ridge, IL 60527-0860
Telephone (630) 655-6000 . Facsimile (630) 655-9808

Mr. William McEnery
160 S. LaGrange Road
PO Box 70
Frankfort, IL 60423

|  |  |  |
|---|---|---|
| Client No: | 014121 | |
| Matter No: | 00001 | RJN |
| Bill Date: | 12/22/2011 | |
| Bill No: | 102546 | |
| Billed Through: | 11/30/2011 | |

Re:  Personal Matters

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/11 | RJN | Review bankruptcy petition to appoint special counsel and related documents; | 0.50 hrs | $325.00 /hr | $162.50 |
| 10/03/11 | CJN | Discuss with RJN the application for appointment of GSRNH as additional counsel in bankruptcy proceedings; review application; telephone conference with Bill Factor re same; | 0.40 hrs | $195.00 /hr | $78.00  -$7.80 |
| 10/04/11 | CJN | Review application to bankruptcy court for firm; draft e-mail to bankruptcy counsel re same; | 0.20 hrs | $195.00 /hr | $39.00 |
| 10/05/11 | RJN | Conference with counsel for Standard Bank re response to proposed lease changes for house, farm and Florida property; review proposed lease changes; | 0.75 hrs | $325.00 /hr | $243.75  -24.38 |
| 10/05/11 | RJN | Conference with client re Alias Summons in Standard Bank litigation; review same; | 0.25 hrs | $325.00 /hr | $81.25  -8.13 |
| 10/06/11 | RJN | Telephone conference with Mr. McEnery re Standard Bank's preliminary response to modifications in home, farm and Florida property lease agreements; review proposed changes; | 0.50 hrs | $325.00 /hr | $162.50  -16.25 |
| 10/06/11 | CJN | Review filed application to employ special counsel; review e-mail from bankruptcy counsel re same; review Citizens Bank pleadings; | 0.30 hrs | $195.00 /hr | $58.50  -5.85 |
| 10/07/11 | RJN | Telephone conference with D. Marshall re status | 0.50 hrs | $325.00 /hr | $162.50  -16.25 |

of pending foreclosures; review same;

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/07/11 (7) | CJN | Review Citizens Bank pleadings; telephone conference with Dan Marshall and RJN re status; | 0.30 hrs | $195.00 /hr | $58.50  — $5.85 |
| 10/12/11 (7) | CJN | Review e-mails and proposed order in First Merit v. McEnery case; telephone conference with opposing counsel re same; | 0.20 hrs | $195.00 /hr | $39.00  — 3.9 |
| 10/13/11 | RJN | Telephone conference with client re status of Standard Bank lease agreements; | 0.25 hrs | $325.00 /hr | $81.25 |
| 10/14/11 (7) | RJN | Conference with counsel for Standard Bank re revisions to house, farm, and Florida leases; review changes; conference with Bill Factor and Dan Zazove re bankruptcy status and potential golf course status; | 1.00 hrs | $325.00 /hr | $325.00  — 32.5 |
| 10/14/11 (7) | CJN | Review e-mail from counsel for Standard Bank re leases of home, farm, and condo; discuss same with RJN; send e-mail to opposing counsel re same; | 0.30 hrs | $195.00 /hr | $58.50  — 5.85 |
| 10/17/11 (7) | RJN | Review bankruptcy issues and status; conference with Attorneys Zazove and Factor re same; review Standard Bank lease status; review email to counsel for Standard Bank; | 1.25 hrs | $325.00 /hr | $406.25  — 40.63 |
| 10/17/11 (7) | CJN | Discuss status of bankruptcy case with RJN; telephone conference with Bill Factor and Dan Zazove re same; | 0.90 hrs | $195.00 /hr | $175.50  — 17.55 |
| 10/18/11 (7) | CJN | Review First Merit Bank letter and order; draft letter to Dan Marshall re same; | 0.20 hrs | $195.00 /hr | $39.00  — 3.9 |
| 10/20/11 | RJN | Review counsel for Standard Bank's response to proposed revisions to house, farm and Boca Raton leases; | 0.50 hrs | $325.00 /hr | $162.50 |
| 10/20/11 (7) | CJN | Review e-mail and lease revisions from counsel for Standard Bank; review and organize file documents re bankruptcy; | 0.50 hrs | $195.00 /hr | $97.50  — 9.75 |
| 10/20/11 | JPH | Review revised farm lease from lender's counsel; | 0.40 hrs | $245.00 /hr | $98.00 |
| 10/21/11 | RJN | Review responses to Standard Bank's proposed revisions to home, farm and Boca Raton leases; | 0.50 hrs | $325.00 /hr | $162.50 |
| 10/21/11 (7) | CJN | Review file re Cole Taylor Bank citation in Kane County; telephone conference with opposing counsel re same; discuss lease and train issues | 2.20 hrs | $195.00 /hr | $429.00  — 42.9 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | with RJN; draft letter to counsel for Suburban Bank re Hesston Steam Museum; conference with JPH re lease proposals; draft letter to client re same; |  |  |  |
| 10/22/11 ⑦ | JPH | Discuss revised farm lease and comments thereto with CJN; revise same lease; draft option to purchase language; | 1.70 hrs | $245.00 /hr | $416.50 −$41.65 |
| 10/24/11 ⑦ | CJN | Review e-mails from Dan Marshall re old mortgages; review motion for mortgagee in possession; telephone conference with Dan Marshall; draft letter to client; discuss status with RJN; | 0.60 hrs | $195.00 /hr | $117.00 −11.7 |
| 10/25/11 ⑦ | RJN | Review house, farm and Florida condo delinquent real estate tax notices and related correspondence; telephone conference with client re same; review Standard Bank proposed lease revisions and revise response to same; review and revise status letter to client; | 1.20 hrs | $325.00 /hr | $390.00 −39 |
| 10/26/11 ⑦ | RJN | Letter to client regarding changes to house, farm and Florida condo leases; telephone conference with client re same; review back real estate taxes owed for house, farm and condo properties; telephone conference with Bill Factor re lease status; | 1.30 hrs | $325.00 /hr | $422.50 −42.25 |
| 10/26/11 ⑦ | CJN | Discuss lease issues with RJN; revise letter to client re same; revise letter to Suburban Bank's attorneys; | 1.00 hrs | $195.00 /hr | $195.00 −19.5 |
| 10/27/11 ⑦ | RJN | Review Homestar motions to confirm judicial sales and letter to client re same; review Standard Bank revised leases and conference with client, JPH and CJN re same; letter to client re recommended modifications to Standard Bank leases; | 1.90 hrs | $325.00 /hr | $617.50 −61.75 |
| 10/27/11 ⑦ | CJN | Discuss lease issues with RJN; review e-mails from Dan Marshall; review Homestar motions for confirmation of sale; review mortgage releases; review leases and discuss same with RJN and JPH; draft letter to Carroll re same; | 2.40 hrs | $195.00 /hr | $468.00 −46.8 |
| 10/27/11 ⑦ | JPH | Office conference with RJN and CJN re lease matters; create list of outstanding issues/questions to discuss with W. McEnery; | 0.50 hrs | $245.00 /hr | $122.50 −12.25 |
| 10/28/11 ⑦ | RJN | Analyze Homestar motions to confirm judicial sales and response; analyze Standard Bank motion to assume leases for farm property and response; review revised terms of Standard Bank leases; extended telephone conference with client | 2.60 hrs | $325.00 /hr | $845.00 −84.5 |

and Attorney Factor re Standard Bank leases and
bankruptcy issues;

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/28/11 ⑦ | CJN | Discuss status of Homester Bank and Standard Bank matters with RJN; review 11/1/11 motions; review Old Second Bank foreclosure action; discuss lease issues with RJN and JPH; telephone conference with client, Dan Marshall, Bill Factor, RJN, and JPH re status; | 2.10 hrs | $195.00 /hr | $409.50  − $40.95 |
| 10/28/11 | JPH | Telephone conference with W. McEnery, RJN, CJN and others re lease terms and other related matters; | 1.00 hrs | $245.00 /hr | $245.00 |
| 10/31/11 ⑦ | RJN | Analyze Homestar motions to confirm sheriff's sales and McEnery's defenses; review case law regarding grounds for objection to sheriff's sale; review defenses to Standard Bank's Motions for Mortgage in possession and defenses; prepare for court appearance on pending motions; conference with counsel for Standard Bank re lease status; | 2.40 hrs | $325.00 /hr | $780.00 |
| 10/31/11 ⑦ | CJN | Discuss lease issues with RJN and JPH; send e-mail to client re same; telephone conference with counsel for Standard Bank and RJN; discuss 11/1 motions with RJN; review life insurance documents; | 1.10 hrs | $195.00 /hr | $214.50  − $21.45 |
| 10/31/11 | JPH | Discuss list of open items on leases with CJN; | 0.20 hrs | $245.00 /hr | $49.00 |
| 11/01/11 ⑦ | RJN | Court appearance before Judge Siegel at Will County Courthouse for opposition to 3 motions filed by Homestar to confirm sheriffs sale and two motions filed by Standard Bank for mortgagee in possession; telephone conference with client re results of court hearing and amendments to proposed Standard Bank leases; office conference with JPH re amended language for Standard Bank leases; review lease amendments; | 3.80 hrs | $325.00 /hr | $1,235.00  − 123.50 |
| 11/01/11 ⑦ | CJN | Attend hearing on Homestar Bank motions to confirm sale and Standard Bank motions for possession; draft status letter to client; discuss status with RJN; telephone conference with counsel for Homestar Bank re waiver of deficiencies; review proposed changes to farm lease; revise letter to Carroll re same; | 4.10 hrs | $195.00 /hr | $799.50  − 79.95 |
| 11/01/11 ⑦ | JPH | Discuss lease revisions with RJN; revise/re-draft farm lease; | 2.00 hrs | $245.00 /hr | $490.00  − 49 |
| 11/02/11 ⑦ | RJN | Review and transmit to counsel for Standard | 1.60 hrs | $325.00 /hr | $520.00  − 52 |

Bank revisions to leases for house, farm and
Florida condo; review letter to Homestar re
proposed settlement for pending motions to
confirm Sheriffs sales; conference with CJN and
review correspondence re mathematics error in
Homestar judgment order; review real estate taxes
paid by Standard Bank;

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 11/02/11 | CJN | Discuss leases and Homestar issues with RJN; review Homester motion re judgment amount; telephone conference with Dan Marshall re status; telephone conference with counsel for Homestar; review Florida condominium tax bill; draft letter to Carroll re same; | 2.00 hrs | $195.00 /hr | $390.00 *− $39* |
| 11/03/11 | RJN | Review Standard Bank's Motion for Summary Judgment on house and farm cases; evaluate response; review lease status; | 0.75 hrs | $325.00 /hr | $243.75 *− 24.38* |
| 11/03/11 | CJN | Revise letter to counsel for Homestar; review legal research re foreclosure actions; telephone conference with in-house counsel for Homestar Bank; review Standard Bank motion for default; draft letter to client re same; | 1.10 hrs | $195.00 /hr | $214.50 *− 21.45* |
| 11/04/11 | RJN | Review Homestar letters and deficiency negotiation status; review real estate tax bills pending for Florida property; extended telephone conference with Dan Marshall regarding status of Homestar and Standard Bank matters; conference with Dan Marshall regarding Heritage Bank deficiency settlement; review potential responses to Standard Bank motions for judgment on house and farm cases; | 1.80 hrs | $325.00 /hr | $585.00 *− 58.5* |
| 11/04/11 | CJN | Discuss status with RJN; review file and letter to client re Standard Bank; | 0.70 hrs | $195.00 /hr | $136.50 *− 13.65* |
| 11/07/11 | RJN | Telephone conference with client re agreement to continue Standard Bank motions; review letter and agreed order re same; telephone conference with Dan Marshall and review correspondence re Homestar deficiency claims; | 0.90 hrs | $325.00 /hr | $292.50 *− 29.25* |
| 11/07/11 | CJN | Discuss Standard Bank motions with RJN; draft letters to opposing counsel and agreed order re same; telephone conference with counsel for Homestar Bank re release of Lighthouse Pointe guaranty claims; telephone conference with counsel for Standard Bank; review motion to default re house; | 1.40 hrs | $195.00 /hr | $273.00 *− 27.3* |
| 11/08/11 | RJN | Review potential agreement with Homestar regarding motions to confirm Sheriffs sales; | 0.30 hrs | $325.00 /hr | $97.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/08/11 ⑦ | CJN | Review Standard Bank orders; discuss same with Dan Marshall; review Homester Bank motion to confirm sale; telephone conference with counsel for Homester Bank re same; | 0.50 hrs | $195.00 /hr | $97.50 −$9.75 |
| 11/09/11 ⑦ | RJN | Review Homestar draft order regarding deficiency and confirmation of sale; review and revise transmittal letter to client; review Standard Bank pending motion status; | 0.90 hrs | $325.00 /hr | $292.50 −29.25 |
| 11/09/11 ⑦ | CJN | Draft letter to client re Homester Motion to Proceed with Confirmation; revise same; draft letter to client re Standard Bank pleadings; draft letter to Carroll; discuss status with RJN; | 1.10 hrs | $195.00 /hr | $214.50 −21.45 |
| 11/10/11 ⑦ | RJN | Review life insurance documents and questions; review correspondence to and from counsel for Standard Bank re lease status; | 0.50 hrs | $325.00 /hr | $162.50 −16.25 |
| 11/11/11 ⑦ | RJN | Review First Merit life insurance issue and documentation; review status of Homestar motions to confirm judicial sales; review Standard Bank pending motions and lease status; review extensive documents from client re First Merit Bank matter; telephone conference with Attorney Factor and Dan Marshall re pending issues and matter; | 2.20 hrs | $325.00 /hr | $715.00 −71.5 |
| 11/11/11 ⑦ | CJN | Discuss status with RJN; review Homestar Bank motion re confirmation of sale; review e-mail from opposing counsel re correcting judgment; review First Merit pleadings; | 1.20 hrs | $195.00 /hr | $234.00 −23.4 |
| 11/14/11 ⑦ | RJN | Review Homestar proposed release and deficiency issue; review motion to confirm sale and approve settlement set for 11/15/11 and related emails; review emails re First Merit; | 0.80 hrs | $325.00 /hr | $260.00 −26 |
| 11/14/11 ⑦ | CJN | Discuss status with RJN; review e-mail from Homester Bank re continuing motion to next week; review First Merit pleadings; review Margret McEnery's response to house foreclosure complaint; draft status letter to client re same; | 0.60 hrs | $195.00 /hr | $117.00 −11.7 |
| 11/15/11 ⑦ | RJN | Review and revise Homestar settlement and release agreement; review Standard Bank released mortgages; | 0.60 hrs | $325.00 /hr | $195.00 −19.5 |
| 11/15/11 | BMD | Conference re preference avoidance actions; | 0.20 hrs | $235.00 /hr | $47.00 |
| 11/15/11 ⑦ | CJN | Review Homestar Bank settlement agreement; telephone conference with counsel for Homestar | 1.30 hrs | $195.00 /hr | $253.50 −25.35 |

Bank re same; draft letter to Carroll re released
mortgages; review mortgage releases; review
First Merit pleadings; discuss bankruptcy life
insurance assignment issues with BMD;

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/16/11 | RJN | Conference with client re Standard Bank lease status; review First Merit Life Insurance issue and related documents; | 0.70 hrs | $325.00 /hr | $227.50  −$22.75 |
| 11/17/11 | CJN | Review motion to approve Homestar Bank settlement; | 0.20 hrs | $195.00 /hr | $39.00 |
| 11/18/11 | RJN | Telephone conference with Dan Marshall re Standard Bank and Homestar status; review revised Homestar settlement documents; | 0.50 hrs | $325.00 /hr | $162.50  −16.25 |
| 11/18/11 | CJN | Review e-mail and revised settlement agreement from counsel for Homestar Bank; discuss same with RJN; | 0.50 hrs | $195.00 /hr | $97.50  −9.75 |
| 11/20/11 | CJN | Review letter from Mulcahy re mortgage release; draft letter to client re same; | 0.30 hrs | $195.00 /hr | $58.50  −5.85 |
| 11/21/11 | RJN | Review revisions to Homestar settlement agreement; review Standard Bank lease and motion status; | 0.60 hrs | $325.00 /hr | $195.00  −19.5 |
| 11/21/11 | CJN | Telephone conference with Kate Stetsko re Homestar Bank settlement agreement; discuss status with RJN; | 0.30 hrs | $195.00 /hr | $58.50  −5.85 |
| 11/22/11 | RJN | Review Mrs. McEnery's opposition to Standard Bank's motion for possession of marital home; telephone conference with counsel for Standard Bank regarding lease status; letter to client regarding leases with Standard Bank; review Homestar motion to approve settlement; | 1.40 hrs | $325.00 /hr | $455.00  −45.5 |
| 11/22/11 | WMB | Confer with CJN re: matter status, relevant issues and go-forward procedure; Begin review of materials for same | 0.50 hrs | $250.00 /hr | $125.00  −12.5 |
| 11/22/11 | CJN | Review mortgage release documents; discuss same with WMB and RJN; draft letter to client re Standard Bank matters; draft letter to client re Homestar Bank; | 0.70 hrs | $195.00 /hr | $136.50  −13.65 |
| 11/23/11 | WMB | Complete review of materials from CJN; Confer with Chris re: results of same and go-forward procedure | 0.50 hrs | $250.00 /hr | $125.00  −12.5 |
| 11/23/11 | CJN | Draft letter to client re Standard Bank; discuss mortgage release issues with WMB; discuss | 0.30 hrs | $195.00 /hr | $58.50  −5.85 |

status with RJN;

| | | | | | |
|---|---|---|---|---|---|
| 11/28/11 | RJN | Telephone conference with client re Standard Bank lease status; review Mr. McEnery pleadings re First Merit and Standard Bank litigation; review pending Standard Bank motions; | 1.30 hrs | $325.00 /hr | $422.50 |

–42.525

| | | | | | |
|---|---|---|---|---|---|
| 11/29/11 | RJN | Telephone conference with counsel for Standard Bank re lease status; review letter to client re same; conference with CJN re court coverage of pending Standard Bank motions; | 0.60 hrs | $325.00 /hr | $195.00 |

–19.5

| | | | | | |
|---|---|---|---|---|---|
| 11/29/11 | CJN | Discuss status with RJN; telephone conference with counsel for Standard Bank; draft letter to counsel for Standard Bank; review pleadings filed re Margaret McEnery; | 0.70 hrs | $195.00 /hr | $136.50 |

–13.65

| | | | | | |
|---|---|---|---|---|---|
| 11/30/11 | WMB | Conference call with Dan Marshall and CJN to discuss lien release and go-forward strategy | 0.30 hrs | $250.00 /hr | $75.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/30/11 | CJN | Telephone conference with Kate Stetsko re First Merit claims; telephone conference with Dan Marshall and WMB re mortgage releases; review pleadings filed by Margaret McEnery; review Homestar bankruptcy motion; draft letters to client re same; | 2.00 hrs | $195.00 /hr | $390.00 |

– 39

|  |  |  |  |
|---|---|---|---|
| Charges for Services | 73.65 hrs | | $19,235.75 |

**REIMBURSABLE EXPENSES**

| | | |
|---|---|---|
| 10/28/11 | Federal Express to William J. McEnery on 10/27/11; | $17.59 |
| 10/28/11 | Federal Express to William J. Factor on 10/27/11; | $17.59 |
| Charges for Expenses | | $35.18 |

### BILLING SUMMARY

| | |
|---|---|
| TOTAL SERVICES | $19,235.75 |
| TOTAL EXPENSES | $35.18 |
| **TOTAL NEW CHARGES** | **$19,270.93** |

**Goldstine,**
**Nemec and Hoff, Ltd.**

Attorneys at Law

835 McClintock Drive . Second Floor . Burr Ridge, IL  60527-0860
Telephone (630) 655-6000 . Facsimile (630) 655-9808

Mr. William McEnery
160 S. LaGrange Road
PO Box 70
Frankfort, IL  60423

| | |
|---|---|
| Client No: | 014121 |
| Matter No: | 00001          RJN |
| Bill Date: | 01/27/2012 |
| Bill No: | 103543 |
| Billed Through: | 12/31/2011 |

Re:  Personal Matters

## FOR PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 12/01/11 | WMB | Review and respond to correspondence from D. Marshall | 0.20 hrs | $250.00 /hr | $50.00 |
| 12/01/11 | CJN | Attend hearing on motions in divorce matter and hearing on motions in Standard Bank foreclosure matter; discuss same with RJN; draft status letter to client; telephone conference with Dan Marshall re First Merit and Bridgewater Estates; | 2.80 hrs | $195.00 /hr | $546.00 *-$54.60* |
| 12/05/11 | WMB | Review correspondence from Dan and lender; Send same to CJN | 0.10 hrs | $250.00 /hr | $25.00 |
| 12/05/11 | CJN | Review e-mails re mortgage release; review Standard Bank orders; draft letter to client re same; | 0.20 hrs | $195.00 /hr | $39.00 *-3.9* |
| 12/07/11 | RJN | Review Homestar settlement status and related emails; review Standard Bank pleading status; review Standard Bank Amended Complaint in Bell Valley Farm foreclosure proceedings; | 1.10 hrs | $325.00 /hr | $357.50 *-35.75* |
| 12/07/11 | CJN | Review e-mail and court order from counsel for Homestar Bank; draft letter to client re same; | 0.40 hrs | $195.00 /hr | $78.00 *-7.8* |
| 12/08/11 | RJN | Review mortgage release status; review Homestar Bank emails and settlement status; review status of Standard Bank lease and related emails; | 0.80 hrs | $325.00 /hr | $260.00 *-26* |
| 12/08/11 | WMB | Phone conference with Dan M. re: matter status; | 0.20 hrs | $250.00 /hr | $50.00 *-5* |

Review correspondence from Dan and lender;
Advise CJN of same

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/08/11 ⑦ | CJN | Review Standard Bank's pleadings; review e-mail from counsel for Homestar Bank re motion to approve settlement; telephone conferences with counsel for Homestar Bank and Bill Factor; draft letter to client re Standard Bank; review WMB e-mail re mortgage release; | 0.80 hrs | $195.00 /hr | $156.00  −$15.60 |
| 12/09/11 ⑦ | RJN | Conference with Attorney Brenna regarding mortgage releases; letter to counsel for Standard Bank regarding mortgage releases; review status of pending Standard Bank Motions in Will County; | 0.40 hrs | $325.00 /hr | $130.00  −13 |
| 12/09/11 ⑦ | WMB | Review correspondence and materials from lender; Advise CJN of results of same and discuss client notice | 0.30 hrs | $250.00 /hr | $75.00  −7.5 |
| 12/09/11 ⑦ | CJN | Discuss mortgage release with RJN and WMB; review release and file; draft letter to Carroll re same; review First Merit pleadings; | 0.50 hrs | $195.00 /hr | $97.50  −9.75 |
| 12/12/11 ⑦ | RJN | Conference with CJN re status of and response to motion to consolidate in McEnery divorce proceedings; review motion to consolidate; | 0.30 hrs | $325.00 /hr | $97.50  −9.75 |
| 12/12/11 ⑦ | CJN | Telephone conference with Dan Marshall re status; discuss same with RJN; | 0.30 hrs | $195.00 /hr | $58.50  −5.85 |
| 12/16/11 ⑦ | RJN | Review emails re Homestar settlement; letter to Standard Bank re lease status; conference with CJN regarding status of motion to consolidate foreclosure actions in divorce proceedings; | 0.90 hrs | $325.00 /hr | $292.50  −29.25 |
| 12/16/11 ⑦ | WMB | Review correspondence from D. Marshall; Confer with CJN re: same | 0.20 hrs | $250.00 /hr | $50.00  −5 |
| 12/16/11 ⑦ | CJN | Review e-mails from counsel for Homestar Bank re confirmation of sale; review divorce proceeding pleadings; telephone conference with divorce counsel re same; review file re Bank of America mortgage release; review bankruptcy court order re settlement agreement; draft letter to client re same; discuss status with RJN; | 1.10 hrs | $195.00 /hr | $214.50  −21.45 |
| 12/19/11 | RJN | Review pleadings from Dan Marshall re receiver report, fees and related matters in Michigan City truck stop matter; | 0.50 hrs | $325.00 /hr | $162.50 |
| 12/19/11 | CJN | Telephone conference with Dan Marshall re Homestar Bank Settlement Agreement; send copy of executed Settlement Agreement to counsel for | 0.40 hrs | $195.00 /hr | $78.00 |

Homestar;

| | | | | | |
|---|---|---|---|---|---|
| 12/20/11 ⑦ | RJN | Review mortgage release issues; review proposed changes to form lease; review emails from Dan Marshall re mortgage release; | 0.70 hrs | $325.00 /hr | $227.50  −$22.75 |
| 12/20/11 ⑦ | WMB | Investigate and review Bank of America mortgage release records; Prepare memo re same and send with recorded release to D. Marshall, RJN and CJN; Confer with CJN re: same; Correspond with Dan re: same | 0.60 hrs | $250.00 /hr | $150.00  −15 |
| 12/20/11 ⑦ | CJN | Discuss mortgage issues with WMB; discuss status with RJN; review e-mails from Dan Marshall re mortgage; review farm lease with Standard Bank changes; telephone conference with Dan Marshall; draft letter to client re Homestar motions; | 0.90 hrs | $195.00 /hr | $175.50  −17.55 |
| 12/20/11 | JPH | Review and prepare comments to revised form of farm lease from lender's counsel; | 0.60 hrs | $245.00 /hr | $147.00 |
| 12/21/11 ⑦ | RJN | Review Standard Bank's proposed changes to leases; office conference with JPH and CJN regarding same; review and revise letter to client explaining Standard Bank's proposed changes to leases; review status of pending mortgage release issues; | 1.30 hrs | $325.00 /hr | $422.50  −42.25 |
| 12/21/11 | WMB | Review correspondence from D. Marshall, lender and CJN | 0.20 hrs | $250.00 /hr | $50.00 |
| 12/21/11 ⑦ | CJN | Discuss farm lease with RJN and JPH; review e-mail from WMB re mortgage release for house; review lease; draft letter to client re leases; discuss same with RJN and JPH; review and respond to e-mail from counsel for Homestar Bank; review motion to confirm sale; | 1.80 hrs | $195.00 /hr | $351.00  −35.1 |
| 12/21/11 ⑦ | JPH | Meeting with RJN and CJN re revised farm lease; review correspondence to W. McEnery summarizing lease revisions; | 0.40 hrs | $245.00 /hr | $98.00  −9.8 |
| 12/22/11 ⑦ | RJN | Conference with WWB re mortgage releases; analyze changes to Standard Bank leases; conference with Bill McEnery and Dan Marshall re response to Standard Bank lease revisions; review HomeStar status and emails; | 1.10 hrs | $325.00 /hr | $357.50  −35.75 |
| 12/22/11 ⑦ | WMB | Review correspondence from Dan Marshall; Conference call with Dan and Chris to discuss matter status; Confer with RJN re: same | 0.40 hrs | $250.00 /hr | $100.00  −10 |

Client Number   014121   Matter Number   0001                                                              PAGE   4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/22/11 ⑦ | CJN | Discuss Bank of America mortgage release with WMB; telephone conference with Dan Marshall and WMB re same; prepare mortgage release for recording; discuss lease issues with RJN; | 0.50 hrs | $195.00 /hr | $97.50  #9.75 |
| 12/23/11 ⑦ | RJN | Review counter-proposal for proposed Standard Bank lease revisions; review print correspondence re: Standard Bank leases; | 0.60 hrs | $325.00 /hr | $195.00  −19.5 |
| 12/27/11 | JTN | Recording of Discharge of Mortgage and Discharge of Assignment of Leases and Rents with Will County Recorder of Deeds. | 1.50 hrs | $120.00 /hr | $180.00 |
| 12/27/11 ⑦ | RJN | Review Homestar judicial sale orders; review status letter to client; conference with CJN re status of pending matter; | 0.70 hrs | $325.00 /hr | $227.50  −22.75 |
| 12/27/11 ⑦ | CJN | Review Homestar Bank sheriff's sale orders; draft status letter to client re same; discuss status with RJN; review file; conduct legal research re effect of judicial sale; review Bank of America mortgage release documents; draft letter to counsel for Standard Bank re same; | 1.10 hrs | $195.00 /hr | $214.50  −21.45 |
| 12/28/11 | RJN | Review Will County Ordinance violation to Bill McEnery personally and potential personal liability for same for property located at 15304 Bell Road, Lemont, Illinois; | 0.50 hrs | $325.00 /hr | $162.50 |
| 12/28/11 ⑦ | CJN | Review ordinance violation complaint; review e-mail from Dan Marshall; review e-mail from Kate Stetson; discuss status with RJN; | 0.20 hrs | $195.00 /hr | $39.00  −3.9 |
| 12/29/11 ⑦ | RJN | Telephone conference with counsel for Standard Bank re final revisions to leases; telephone conference with Attorney Factor re bankruptcy court approval of leases; review Will County ordinance violation; review remaining changes to Standard Bank draft leases; | 1.00 hrs | $325.00 /hr | $325.00  −32.5 |
| 12/29/11 ⑦ | CJN | Discuss status with RJN; telephone conference with RJN and Bill Factor re lease; | 0.30 hrs | $195.00 /hr | $58.50  −5.85 |
| 12/30/11 ⑦ | CJN | Review lease documents; review Bridgewater Estates documents and e-mails; | 0.30 hrs | $195.00 /hr | $58.50  −5.85 |
|  |  | Charges for Services | 26.20 hrs |  | $6,454.50 |

**REIMBURSABLE EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 12/27/11 | Will County Recorder of Deeds for Recording of Discharge of Mortgage and Discharge of Assignment of Leases and Rents. | $75.50 |

**Goldstine, Skrodzki, Russian,**
**Nemec and Hoff, Ltd.**

Attorneys at Law

835 McClintock Drive . Second Floor . Burr Ridge, IL  60527-0860
Telephone (630) 655-6000 . Facsimile (630) 655-9808

Mr. William McEnery
160 S. LaGrange Road
PO Box 70
Frankfort, IL  60423

| | |
|---|---|
| Client No: | 014121 |
| Matter No: | 00001   RJN |
| Bill Date: | 02/22/2012 |
| Bill No: | 104080 |
| Billed Through: | 01/31/2012 |

Re:   Personal Matters

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/12 | RJN | Telephone conference with counsel for Standard Bank regarding final lease agreement language; review opposition to motion to consolidate proceedings in divorce action; letter to counsel for Standard Bank re Will County ordinance violation; | 0.80 hrs | $325.00 /hr | $260.00  − $26 |
| 01/03/12 | CJN | Discuss status with RJN; review ordinance violation complaint; review e-mail from Jim Carroll re same; draft letter Jim Carroll re same; | 0.50 hrs | $195.00 /hr | $97.50  −$9.75 |
| 01/04/12 | RJN | Conference with counsel for Standard Bank re final lease revisions; review same; telephone conference with D. Marshall re Homestead foreclosure action orders; letter to client re Homestar Orders; review emails re Bridgeview Utilities and Deed for Bell Road properties; | 1.10 hrs | $325.00 /hr | $357.50  − 35.75 |
| 01/04/12 | CJN | Discuss status with RJN; review file re Lighthouse Pointe; draft e-mail to opposing counsel re same; review revised farm lease; draft letter to client re Lighthouse Pointe; review e-mails and documents re Bridgewater; | 0.70 hrs | $195.00 /hr | $136.50  −13.65 |
| 01/04/12 | JPH | Review revised lease from lender's counsel; prepare comments thereto/ redline of same discuss same with RJN; | 0.90 hrs | $275.00 /hr | $247.50  − 24.75 |
| 01/05/12 | RJN | Conference with D. Marshall re lease status; analyze final changes to lease from Standard | 1.50 hrs | $325.00 /hr | $487.50  −48.75 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Bank; email to client re changes to lease; conference with counsel for Standard Bank regarding leases and Will County Ordinance Violation; review Bengston lease and impact on Standard Bank leases; |  |  |  |
| 01/05/12 | CJN | Review Bengston lease; discuss ordinance violation with RJN: | 0.20 hrs | $195.00 /hr | $39.00 −$3.9 |
| 01/06/12 | RJN | Conference with client and Standard Bank re final lease terms; conference with counsel for Standard Bank and emails re commencement date of leases; conference with Standard Bank and client re Will County ordinance violation; email to client re commencement date of leases; | 1.20 hrs | $325.00 /hr | $390.00 −39 |
| 01/06/12 | CJN | Review recorded Charter One mortgage release; discuss same with RJN; draft letter to Carroll re same; | 0.20 hrs | $195.00 /hr | $39.00 −3.9 |
| 01/06/12 | JPH | Telephone call with W. McEnery and RJN re revised lease from lender's counsel, lease negotiations and related matters; | 0.40 hrs | $275.00 /hr | $110.00 |
| 01/09/12 | RJN | Conference with D. Marshall re Standard Bank lease term; review email and draft lease re same; | 0.30 hrs | $325.00 /hr | $97.50 −9.75 |
| 01/11/12 | RJN | Telephone conference with counsel for Standard Bank re agreement on term of lease; review Receiver in Standard Bank action motion for discharge; emails with client re same; | 0.50 hrs | $325.00 /hr | $162.50 −16.25 |
| 01/11/12 | CJN | Review file re Bridgeview Estates matter; review Suburban Bank pleadings; | 0.30 hrs | $195.00 /hr | $58.50 −5.85 |
| 01/12/12 | RJN | Review Margaret McEnery Response to opposition to Motion to Consolidate and bankruptcy status; | 0.30 hrs | $325.00 /hr | $97.50 |
| 01/13/12 | RJN | Conference with CJN re Indiana Condo Association; review Bridgewater Estates letter to homeowner's re Indiana Condo Association; review pending Standard Bank Motions and letter to Standard Bank re continuance of motions; | 0.60 hrs | $325.00 /hr | $195.00 −19.5 |
| 01/13/12 | CJN | Discuss status with RJN; draft letter to Standard Bank re lease and court date; telephone conference with Bill Factor re Bridgewater Estates; send e-mail to Dan Marshall re same; revise letter to residents; discuss ordinance violation with RJN; | 1.10 hrs | $195.00 /hr | $214.50 −21.45 |
| 01/16/12 | RJN | Review potential solutions to Will County | 0.40 hrs | $325.00 /hr | $130.00 −13 |

ordinance violation complaint; review
correspondence and emails re Bridgeview Estates
condo association issues; review status of motion
to consolidate citation cases in divorce
proceedings;

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/16/12 ⑦ | CJN | Review ordinance violation complaint; discuss same with RJN; review and respond to e-mail from Dan Marshall re Bridgeview Estates; | 0.30 hrs | $195.00 /hr | $58.50  −$5.85 |
| 01/17/12 ⑦ | CJN | Telephone conference with Will County State's Attorney's office re ordinance violation; telephone conference with counsel for Citizens Financial Bank re Bridgewater Estates; review file re same; telephone conference with Dan Marshall re status; | 0.80 hrs | $195.00 /hr | $156.00  −15.6 |
| 01/18/12 ⑦ | RJN | Conference with counsel for Standard Bank re lease and motion status; conference with CJN re Will County ordinance violation status; | 0.30 hrs | $325.00 /hr | $97.50  −9.75 |
| 01/19/12 ⑦ | RJN | Telephone conference with D. Marshall re leases and status of court proceedings; review proposed farm lease; review order continuing Standard Bank motions; conference with D. Marshall and CJN re remediation of Will County ordinance violation; | 1.10 hrs | $325.00 /hr | $357.50  −35.75 |
| 01/19/12 ⑦ | CJN | Telephone conference with Dan Marshall and Bill Factor re leases and ordinance violation; review file re same; review e-mail and order from counsel for Standard Bank; draft letter to client; discuss status with RJN; | 0.70 hrs | $195.00 /hr | $136.50  −13.65 |
| 01/19/12 | JPH | Review and comment on revised farm lease and residence lease; | 1.20 hrs | $275.00 /hr | $330.00 |
| 01/20/12 | RJN | Review status letter to client and Suburban Bank status; | 0.10 hrs | $325.00 /hr | $32.50 |
| 01/20/12 ⑦ | CJN | Review Suburban Bank order; draft letter to client re same; discuss status with RJN; draft letter to client; | 0.40 hrs | $195.00 /hr | $78.00  −7.8 |
| 01/20/12 ⑦ | JPH | Proofread and revise comments to revised farm lease and residence lease; email memo to RJN re same; | 0.30 hrs | $275.00 /hr | $82.50  −8.25 |
| 01/23/12 ⑦ | RJN | Review draft of Boca Raton lease and suggested revisions; review Bell Valley Farm lease and suggested revisions; review Bell Valley home lease and suggested revisions; transmittal letter to counsel for Standard Bank re revisions to house lease, farm lease and Boca Raton lease; | 1.20 hrs | $325.00 /hr | $390.00  −39 |

Client Number Case 11-25934 Matter Number 0001 Filed 04/04/12   Entered 04/05/12 06:57:13   Desc Main
Document     Page 22 of 22

PAGE
4

| 01/23/12 | CJN | Review order re motion for mortgagee in possession; draft letter to client re same; | 0.20 hrs | $195.00 /hr | $39.00 |
| | ⑦ | | | | −$3.90 |
| 01/23/12 | JPH | Review and comment on revised house and farm leases; review and comment on Boca condo lease; | 1.20 hrs | $275.00 /hr | $330.00 |
| | ⑦ | | | | −33 |
| 01/24/12 | RJN | Conference with CJN re Will County Ordinance Violation and court appearance; conference with attorney Factor re potential bankruptcy court approval of Standard Bank leases; review lease correspondence; | 0.60 hrs | $325.00 /hr | $195.00 |
| | ⑦ | | | | −19.5 |
| 01/24/12 | CJN | Review revisions to leases; review ordinance violation complaint; attend hearing on ordinance violation; draft letter to client re same; discuss status with RJN; | 2.20 hrs | $195.00 /hr | $429.00 |
| | ⑦ | | | | −42.9 |
| 01/26/12 | RJN | Review revisions to farm, house and Boca Raton leases with Standard Bank; transmit changes to counsel for Standard Bank; telephone conference with client re changes to leases; | 1.40 hrs | $325.00 /hr | $455.00 |
| | ⑦ | | | | −4.55 |
| 01/26/12 | CJN | Review First Merit order; draft letter to client re same; review changes to lease; | 0.30 hrs | $195.00 /hr | $58.50 |
| | ⑦ | | | | −5.85 |
| 01/26/12 | JPH | Review and comment on revised leases; | 0.50 hrs | $275.00 /hr | $137.50 |
| 01/27/12 | RJN | Review emails and changes to lease from counsel for Standard Bank; telephone conference with D. Marshall re lease status and issues; transmit final lease changes to counsel for Standard Bank; conference with JPH re same; | 1.50 hrs | $325.00 /hr | $487.50 |
| | ⑦ | | | | −48.75 |
| 01/27/12 | JPH | Review and comment on revised Boca lease; finalize all leases; | 1.00 hrs | $275.00 /hr | $275.00 |
| | ⑦ | | | | −27.5 |
| 01/30/12 | RJN | Review Standard Bank proposed deed in lien; review final farm, house and Boca Raton Leases; conference with D. Marshall re final leases and execution issue; telephone conference with Attorney Factor re bankruptcy court approved issues; | 1.50 hrs | $325.00 /hr | $487.50 |
| | ⑦ | | | | −48.75 |
| 01/31/12 | RJN | Review status of execution of Standard Bank Leases and email from client; | 0.20 hrs | $325.00 /hr | $65.00 |
| | Charges for Services | | 28.00 hrs | | $7,798.00 |

**REIMBURSABLE EXPENSES**