**FILED**

**JUN 19 2012**

**EUGENE R. WEDOFF,**
**BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )
                                                )
                                                )     Case No. 11 B 25934
WILLIAM J. MCENERY,                             )
                                                )
                                                )
                                                )     Chapter 11
         Debtor.                                )
_____)

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO GOLDSTINE, SKRODSKI, RUSSIAN, NEMEC, AND HOFF, LTD., ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $39,326.00 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED: | $3,430.20 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $35,895.80 | TOTAL COSTS ALLOWED: | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $35,895.80**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: June 19, 2012

_____
Eugene R. Wedoff
United States Bankruptcy Judge

**Goldstine, Skrodzki, Russian,**
**Nemec and Hoff, Ltd.**
**Attorneys at Law**

835 McClintock Drive . Second Floor . Burr Ridge, IL 60527-0860
Telephone (630) 655-6000 . Facsimile (630) 655-9808

Mr. William McEnery
160 S. LaGrange Road
PO Box 70
Frankfort, IL 60423

Client No:    014121
Matter No:    00001    RJN
Bill Date:    03/26/2012
Bill No:    104638
Billed Through:    03/21/2012

Re:    Personal Matters

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/12 ⑦ | RJN | Review motion to approve Standard Bank's leases in bankruptcy court; telephone conference with Attorney Factor re same; conference with Dan Marshall re execution of leases; review Bengtson's lease issue; | 0.90 hrs | $325.00 /hr | $292.50  -$29.25 |
| 02/01/12 ⑦ | CJN | Review motion to approve leases; discuss same with RJN; | 0.30 hrs | $195.00 /hr | $58.50  -$5.85 |
| 02/01/12 ⑦ | JPH | Review and comment on bankruptcy motion re approval of leases; discuss same with CJN and RJN; | 0.40 hrs | $275.00 /hr | $110.00  -$11 |
| 02/02/12 | RJN | Review Will County ordinance violation repair estimate; | 0.10 hrs | $325.00 /hr | $32.50 |
| 02/03/12 ⑦ | CJN | Review bid for well and septic work; review voicemail from Luella Owens of the Will County Health Department.; leave voicemail for Owens re repairs; | 0.20 hrs | $195.00 /hr | $39.00  -$3.90 |
| 02/06/12 ⑦ | CJN | Review Standard Bank's motion to amend and correspondence re same; discuss with RJN; review bid for ordinance repairs; | 0.20 hrs | $195.00 /hr | $39.00  -$3.90 |
| 02/07/12 ⑦ | RJN | Review Standard Bank renewed motion to confirm judicial sale; telephone conference with attorney Factor re same; status letter to client; | 0.40 hrs | $325.00 /hr | $130.00  -$13 |

| Date | Atty | Description | Hours | Rate | Amount | Adj |
|---|---|---|---|---|---|---|
| 02/07/12 ⑦ | CJN | Review Standard Bank's motion for mortgagee in possession; discuss same with RJN; draft letter to client re same; | 0.40 hrs | $195.00 /hr | $78.00 | -7.8 |
| 02/08/12 ⑦ | RJN | Review Standard Bank's renewed motion for possession; letter to client re same; | 0.30 hrs | $325.00 /hr | $97.50 | -9.75 |
| 02/09/12 ⑦ | RJN | Conference with Attorney Factor and counsel for Standard Bank re review of deeds in lieu of foreclosures for farm, house and Boca Raton properties; review foreclosure files and deeds in lieu of foreclosure; office conference with JPH and CJN re same; | 1.60 hrs | $325.00 /hr | $520.00 | -52 |
| 02/09/12 ⑦ | CJN | Review deed in lieu of foreclosure documents; discuss same with RJN and JPH; | 0.20 hrs | $195.00 /hr | $39.00 | -3.9 |
| 02/09/12 ⑦ | JPH | Review and comment on deed-in-lieu of foreclosure documents; discuss same with CJN and RJN; | 3.30 hrs | $275.00 /hr | $907.50 | -90.75 |
| 02/10/12 | RJN | Review JPH comments on proposed deeds in lieu for house, farm and Boca Raton properties; | 0.80 hrs | $325.00 /hr | $260.00 | |
| 02/10/12 ⑦ | JPH | Review and comment on deed-in-lieu documents; draft sublease between McEnery and Bengtson; | 4.80 hrs | $275.00 /hr | $1,320.00 | -132 |
| 02/13/12 ⑦ | RJN | Analyze Standard Bank deeds in lieu and deficiency liability issue; several telephone conferences with Dan Marshall re same; conference with Attorneys Carroll and Factor regarding deeds in lien and proposed changes; conference with JPH re requested changes to Standard Bank deeds in lieu; emails to client and counsel for Standard Bank re same; | 2.30 hrs | $325.00 /hr | $747.50 | -74.75 |
| 02/13/12 ⑦ | CJN | Discuss status with RJN; review file; draft letter to Carroll re 2-14-12 motion; | 0.30 hrs | $195.00 /hr | $58.50 | -5.85 |
| 02/13/12 | JPH | Discuss deed-in-lieus and deficiency with RJN; | 0.40 hrs | $275.00 /hr | $110.00 | |
| 02/14/12 | RJN | Conference with Attorney Factor re deeds in lien for Standard Bank; | 0.30 hrs | $325.00 /hr | $97.50 | |
| 02/15/12 | RJN | Review revisions to Standard Bank deeds in lieu and revised Bengston Lease; transmit same to client; | 0.90 hrs | $325.00 /hr | $292.50 | |
| ① 02/15/12 | CJN | Review motion for default; discuss same with | 0.50 hrs | $195.00 /hr | $97.50 | -9.75 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | RJN; draft letter to client; review file re court dates; review deed in lieu of foreclosure documents; | | | |
| 02/15/12 | JPH | Review and comment on revised deed-in-lieu agreements and related documents; | 2.00 hrs | $275.00 /hr | $550.00 |
| 02/16/12 ⑦ | RJN | Review changes to Standard Bank deeds in lieu; conference with client re changes to deeds in lieu; review Standard Bank changes to Bengston lease; conference with client re Bengston real estate tax payments; | 1.00 hrs | $325.00 /hr | $325.00 −32.5 |
| 02/16/12 ⑦ | JPH | Revise Bengtson sublease per client's comments; discuss deed-in-lieu agreements with RJN; review lender's comments to Bengtson sublease; respond to same via email and revise sublease to address some comments; discuss sublease with RJN and client; | 2.70 hrs | $275.00 /hr | $742.50 −74.25 |
| 02/21/12 ⑦ | RJN | Review Standard Bank deed in lieu status; emails to client regarding same; | 0.30 hrs | $325.00 /hr | $97.50 −9.75 |
| 02/21/12 ⑦ | CJN | Discuss with JPH deeds in lieu of foreclosure and farm sublease; review file re ordinance violations; telephone conference with Dan Marshall re same; review bid for repair work; review Standard Bank's motions for mortgagee in possession; | 0.80 hrs | $195.00 /hr | $156.00 −15.6 |
| 02/21/12 | JPH | Discuss status of deed-in-lieu documents and Bengtson sublease with RJN; | 0.20 hrs | $275.00 /hr | $55.00 |
| 02/22/12 ⑦ | RJN | Emails with counsel for Standard Bank regarding deeds in lieu status and continuation of motions for mortgagee in possession; review pending open issues for deeds in lieu; telephone conference with client re same; review Bell Valley Farm lease letter agreement and email to counsel for Standard Bank re same; | 1.10 hrs | $325.00 /hr | $357.50 −35.75 |
| 02/22/12 ④ | CJN | Discuss status with RJN; | 0.20 hrs | $195.00 /hr | −$39.00 |
| 02/22/12 ⑦ | JPH | Draft sublease acknowledgement agreement for oral sublease between McEnery and Bell Valley Farms Inc.; memo to RJN re same; | 0.70 hrs | $275.00 /hr | $192.50 −19.25 |
| 02/23/12 ⑦ | RJN | Review Standard Bank's additional proposed revisions to release language in leases; conference with CJN re attorney fee petition; | 0.50 hrs | $325.00 /hr | $162.50 −16.25 |
| 02/23/12 ⑦ | CJN | Review orders entered on 2-23-12; discuss status with RJN; review e-mails re deeds in lieu; discuss | 0.60 hrs | $195.00 /hr | $117.00 −11.7 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | bankruptcy proceedings with RJN; draft motion for reimbursement of fees; | | | |
| 02/23/12 ⑦ | JPH | Telephone call with J. Carroll re negotiation of deed-in-lieu of foreclosure documents; review proposed revisions to same; | 0.40 hrs | $275.00 /hr | $110.00 −11 |
| 02/24/12 | RJN | Review Standard Bank release language for deeds in lieu and related emails; | 0.30 hrs | $325.00 /hr | $97.50 |
| 02/24/12 ⑦ | CJN | Draft application for compensation of fees; review billing re same; discuss billing issues with RJN and JPH; review deed in lieu of foreclosure documents; | 3.10 hrs | $195.00 /hr | $604.50 −60.45 |
| 02/24/12 ⑦ | JPH | Review revised deed-in-lieu documents; email correspondence with J. Carroll re same; discuss status of same with RJN; | 1.00 hrs | $275.00 /hr | $275.00 −27.5 |
| 02/27/12 ⑦ | RJN | Review issue re restrictive covenant for Orland Park property; review status of Bengston and Bell Valley Farm leases, tax issues and related emails with Standard Bank; | 0.40 hrs | $325.00 /hr | $130.00 −13 |
| 02/27/12 ⑦ | CJN | Draft application for fees; review billing records re same; review bankruptcy rules re fees; | 2.50 hrs | $195.00 /hr | $487.50 −48.75 |
| 02/28/12 ⑦ | RJN | Review and revise fee petition; telephone conference with Dan Marshall re ordinance violation and deed in lien status; | 0.60 hrs | $325.00 /hr | $195.00 −19.5 |
| 02/28/12 ⑦ | CJN | Discuss status with RJN; revise fee application; telephone conference with bankruptcy counsel re same; | 0.40 hrs | $195.00 /hr | $78.00 −7.8 |
| 02/29/12 ⑦ | RJN | Telephone conference with counsel for Standard Bank re Mrs. McEnery as party to leases; telephone conference with Bill McEnery re same; review final execution copies of deeds in lien documentation; conference with JPH re same; | 0.70 hrs | $325.00 /hr | $227.50 −22.75 |
| 02/29/12 ⑦ | CJN | Revise fee application; review billing records re same; review e-mail and pleading re John Laflamboy; | 1.20 hrs | $195.00 /hr | $234.00 −234 |
| 02/29/12 | JPH | Review final deed-in-lieu documents; | 0.40 hrs | $275.00 /hr | $110.00 |
| 03/01/12 ⑦ | CJN | Discuss fee application with RJN; revise fee application; review invoices re same; telephone conference with counsel for Citizens Financial Bank re deeds in lieu for Indiana property; review Old Second v. Heidenreich complaint and | 3.00 hrs | $195.00 /hr | $585.00 −58.5 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | summons; | | | |
| 03/02/12 (7) | RJN | Review fee petition and telephone conference with Attorney Factor re same; telephone conference with Dan Marshall re Standard Bank pending matters; | 0.70 hrs | $325.00 /hr | $227.50 −22.75 |
| 03/02/12 (7) | RJN | Review final draft of deeds in lieu from Standard Bank; transmittal email to client; telephone conference with client and D. Marshall and Jim Carroll re execution of deeds in lien and questions; conference with JPH re same; | 1.60 hrs | $325.00 /hr | $520.00 −52 |
| 03/02/12 (7) | CJN | Revise fee application; discuss status with RJN; telephone conference with Dan Marshall re deed in lieu and Heidenreich matter; review deed in lieu documents; | 1.10 hrs | $195.00 /hr | $214.50 −21.45 |
| 03/02/12 (7) | JPH | Attention to execution and delivery of deed-in-lieu documents; telephone call with J. Carroll re same; discuss same with RJN; | 0.30 hrs | $275.00 /hr | $82.50 −8.25 |
| 03/05/12 (7) | RJN | Several telephone conferences with client and counsel for Standard Bank re additional revisions to deed in lien documents; review proposed revisions from client and Standard Bank; conference with JPH re revisions to deed in lien documents; review comparison of changes; review related emails and lease status; review final fee petition; | 2.40 hrs | $325.00 /hr | $780.00 −78 |
| 03/05/12 (7) | CJN | Review comments to deed in lieu documents and e-mails re same; review GSRNH fee petition; review and respond to e-mail from bankruptcy counsel; discuss status with RJN; telephone conference with Bill Factor and RJN re Citizens Financial Bank; review gold course sale documents; | 1.00 hrs | $195.00 /hr | $195.00 −19.5 |
| 03/05/12 (7) | JPH | Attention to revised deed-in-lieu documents sent for execution; discuss same with RJN; telephone call with J. Carroll re same; review revised deed-in-lieu documents; telephone call with RJN and W. McEnery re same; prepare mark-up of documents and email same to J. Carroll; | 2.30 hrs | $275.00 /hr | $632.50 −63.25 |
| 03/06/12 (7) | RJN | Conference with counsel for Standard re execution of deeds in lien; transmittal email and telephone conference with client re execution of deeds in lien; review execution copies; review emails and telephone conference with Dan Marshall re Citizens Bank sale of Michigan City Truckstop; office conference with CJN re contact from Indiana counsel for Citizens; | 2.10 hrs | $325.00 /hr | $682.50 −68.25 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/06/12 (7) | CJN | Discuss Indiana truck stop and subdivision property with RJN; review voicemail and e-mail from counsel for Citizens Financial Bank re same; review Standard Bank order; draft letter to client re same; | 0.30 hrs | $195.00 /hr | $58.50 −5.85 |
| 03/06/12 (7) | JPH | Review revised deed-in-lieu documents; email correspondence with J. Carroll re same; | 0.50 hrs | $275.00 /hr | $137.50 −13.75 |
| 03/07/12 (7) | RJN | Email to client re lease payment; conference with client and counsel for Standard Bank re execution of deed in lien documentation; telephone conference with Attorney Ruzich re deed restriction issue; | 0.70 hrs | $325.00 /hr | $227.50 −22.75 |
| 03/07/12 (7) | CJN | Discuss status with RJN; review file; telephone conference with Jim Carroll re deed in lieu documents; | 0.50 hrs | $195.00 /hr | $97.50 −9.75 |
| 03/08/12 (7) | RJN | Email to client re Michigan City Truck Stop and Porter County lot issues; review lease payment status and rental schedule; | 0.40 hrs | $325.00 /hr | $130.00 −13 |
| 03/08/12 (7) | CJN | Discuss status with RJN; review e-mails re Indiana property; | 0.20 hrs | $195.00 /hr | $39.00 −3.9 |
| 03/09/12 (7) | RJN | Review Michigan City property bankruptcy status; conference with CJN re Citizens Bank request for deed in lieu for Michigan City Truck Stop; conference with D. Marshall re same; conference with D. Marshall re recent status and pending issues; | 0.60 hrs | $325.00 /hr | $195.00 −19.5 |
| 03/09/12 (7) | CJN | Discuss Indiana property matters with RJN; meeting with John Wocjik re same; | 0.20 hrs | $195.00 /hr | $39.00 −3.9 |
| 03/12/12 (7) | RJN | Conference with CJN re rent payment status; review same and cure provisions in leases; | 0.30 hrs | $325.00 /hr | $97.50 −9.75 |
| 03/13/12 (7) | CJN | Review fee petition; review Indiana pleadings re Citizens Financial Bank; review First Merit Bank order; draft letter to client re same; discuss status with JPH; telephone conference with Bill Factor re bankruptcy issues; discuss status with RJN; | 1.40 hrs | $195.00 /hr | $273.00 −27.3 |
| 03/14/12 (7) | CJN | Review invoices and time and expense records; review file re bankruptcy status; discuss status with RJN and JPH; review e-mails re Indiana property and GE lawsuit; | 0.50 hrs | $195.00 /hr | $97.50 −9.75 |
| 03/19/12 (7) | CJN | Review e-mail from Kate Stetsko re GE v. McEnery federal lawsuit; review file re same; | 0.20 hrs | $195.00 /hr | $39.00 −3.9 |

**Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.**
Attorneys at Law

835 McClintock Drive . Second Floor . Burr Ridge, IL 60527-0860
Telephone (630) 655-6000 . Facsimile (630) 655-9808

Green Garden Country Club
c/o William J. McEnery
McEnery Enterprises
160 S LaGrange Road
PO Box 70
Frankfort, IL 60423

Client No: 014445
Matter No: 00001   RJN
Bill Date: 04/02/2012
Bill No: 104703
Billed Through: 03/31/2012

Re:  Purchase Agreement for Assets and Real Estate
     Green Garden Country Club, Frankfort, IL

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/14/12 (7) | RJN | Conference with Attorney Factor re Green Garden Country Club sale; review draft Green Garden agreement;  −.3 × .1 × $325 = −$9.75 | 0.30 hrs |
| 02/16/12 | CTM | Office conference with JPH re APA for proposed sale of golf course and related issues re: bankruptcy case; | 0.30 hrs |
| 02/16/12 | KJN | Review BK issues re asset sale; | 0.20 hrs |
| 02/16/12 (7) | RJN | Conference with Attorney Factor re Green Garden Asset Purchase Agreement; review same; | 0.80 hrs |
| 02/17/12 (7) | CTM | Review materials from RJN re: proposed sale of golf course property and related assets; office conferences with RJN and JPH re: same; conference call with bankruptcy counsel and broker for sale; review updated form of APA prepared by JPH; review due diligence materials from broker for sale of golf course assets;  −2.8 × .1 × $275 = −77 | 2.80 hrs |
| 02/17/12 | KJN | Review bankruptcy and deal issues with JPH re sale of golf course; | 0.20 hrs |
| 02/17/12 (7) | RJN | Review draft Green Garden asset purchase agreement, bill of sale, Confidential Information Memorandum, and related documents; conference with Attorney Factor and S. Victor re factual background and bankruptcy issue; conference with CTM and JPH re same;  −1.3 × .1 × $325 = −$42.25 | 1.30 hrs |
| 02/17/12 (7) | JPH | Office conference with CTM and RJN re golf course purchase agreement and related matters; telephone call with W. Factor, S. Victor, RJN and CTM re same; revise comments to golf course purchase agreement; proofread comments to golf course purchase agreement;  −3 × .1 × $275 = −$8.25 | 3.00 hrs |

Client Number    014445    Matter Number    00001

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/20/12 | CTM | Review CIM and related due diligence materials; organize due diligence materials for files; review and revise form of APA prepared by JPH; office conference with JPH re: form of APA and auction procedures; | 5.30 hrs |

(7) −5.3 x .1 x $275

| 02/20/12 | RJN | Review draft asset purchase agreement and related offering documents; review proposed revisions to asset purchase agreement and accompanying exhibits; telephone conference with Attorney Factor re same; | 1.10 hrs |

(7) −1.1 x .1 x $325

| 02/20/12 | JPH | Revise comments to golf course purchase agreement; office conference with CTM re comments to golf course purchase agreement; draft exhibits/closing documents for golf course purchase agreement; review confidential information memorandum and related documents; | 5.00 hrs |

(7) −5 x .1 x 275

| 02/21/12 | CTM | Review materials from B. Factor re: updated APA; office conference with JPH re: additional modifications to APA from comments from S. Victor; | 0.40 hrs |

(7) −.4 x .1 x $275

| 02/21/12 | RJN | Review changes to asset purchase agreement; | 0.20 hrs |

| 02/21/12 | JPH | Review bankruptcy counsel's changes to golf course purchase agreement; | 0.30 hrs |

| 02/22/12 | CTM | Review and respond to numerous correspondence re: APA and related issues; review updated APA from B. Factor; review court order for auction sale procedures; | 0.80 hrs |

(7) −.8 x .1 x 275

| 02/22/12 | RJN | Review numerous emails re status of and changes to draft Asset Purchase Agreement; | 0.90 hrs |

| 02/22/12 | JPH | Review and attention to various email correspondence between W. Factor and bank's counsel re closing conditions and termination rights related thereto; | 0.30 hrs |

| 02/23/12 | RJN | Review status of revision to Asset Purchase Agreement and auction sale of Green Gardens Country Club; | 0.50 hrs |

| 02/24/12 | RJN | Conference with JPH re Asset Purchase Agreement status; review emails re same; | 0.30 hrs |

(7) −.3 x .1 x 325

| 02/28/12 | RJN | Review email from Attorney Factor re Exhibits to Asset Purchase Agreement; review Exhibits and Asset Purchase Agreement status and email to Attorney Factor; | 0.30 hrs |

(7) −.3 x .1 x 325

| 02/29/12 | RJN | Review exhibits to Asset Purchase Agreement and proposed changes; emails with JPH re same; | 0.30 hrs |

(7) −.3 x .1 x 325

| 02/29/12 | JPH | Revise exhibits to golf course purchase agreement; memo to RJN re same; | 0.50 hrs |

(7) −.5 x .1 x 275

| 03/01/12 | RJN | Review exhibits to APA and proposed revisions and related emails; | 0.30 hrs |

| 03/01/12 | JPH | Email working group re revised exhibits; discuss same with RJN; | 0.30 hrs |

(7) −.3 x .1 x 275

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/02/12 | RJN | Review emails re proposed changes to APA and exhibits; | 0.20 hrs |
| 03/02/12 | JPH | Review due diligence materials in connection with question re employment and 401k matters; | 0.40 hrs |
| 03/05/12 | CTM | Review court order for proposed auction of golf course assets; | 0.30 hrs |
| 03/05/12 ⑦ | RJN | Review notice of auction sale and bankruptcy pleadings; review Asset Purchase Agreement open issues, responses and related emails; $-.9 \times .1 \times 325$ | 0.90 hrs |
| 03/06/12 | RJN | Review emails re executing contracts and related issues; | 0.20 hrs |
| 03/07/12 | CTM | Review and respond to correspondence re: proposed auction with golf course assets; | 0.30 hrs |
| 03/07/12 ⑦ | JPH | Review emails re various executory service contracts; review draft of bankruptcy sale motion; review form of sale order; $-.6 \times .1 \times 275$ | 0.60 hrs |
| 03/08/12 ⑦ | RJN | Conference with counsel for potential purchaser, Bank, Broker and Attorney Factor re comments on proposed Asset Purchase Agreement; review potential purchasers revisions; conference with potential purchaser and Attorney Factor re comments on proposed revisions to Asset Purchase Agreement; review second round of proposed revisions to Asset Purchase Agreement from potential purchaser; $-3.6 \times .1 \times 325$ | 3.60 hrs |
| 03/08/12 ⑦ | JPH | Discuss negotiation of asset purchase agreement with RJN; review comments to asset purchase agreement; telephone conference with working group re negotiation of asset purchase agreement comments; $-1.6 \times .1 \times 275$ | 1.60 hrs |
| 03/09/12 ⑦ | RJN | Telephone conference with Hickory Hills counsel, Broker, Bank counsel and Attorney Factor re proposed changes to Asset Purchase Agreement; review Bid Documents and proposed contract; telephone conference with Dan Marshall re review of proposed Asset Purchase Agreement; review emails re bid and Bank's credit bid potential; review emails re auction on 3-12-12; $-2.8 \times .1 \times 325$ | 2.80 hrs |
| 03/09/12 ⑦ | JPH | Review revised draft of asset purchase agreement; telephone call with working group re same; review and comment on further revised/bid draft of asset purchase agreement; $-2.3 \times .1 \times 275$ | 2.30 hrs |
| 03/12/12 | RJN | Review emails re auction and notice list; | 0.20 hrs |
| 03/13/12 ⑦ | JPH | Telephone call with W. Factor re APA; attention to fee petition; $-.4 \times .1 \times 275$ | 0.40 hrs |
| 03/14/12 ⑦ | RJN | Conference and emails with CJN and JPH re attorney fees; review emails re inventory of perishable goods; $-.7 \times .1 \times 325$ | 0.70 hrs |

| Client Number | 014445 | Matter Number | 00001 | PAGE | 4 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/19/12 | RJN | Review emails re inventory issues and final APA; | 0.50 hrs |
| 03/19/12 | JPH | Review asset purchase agreement and respond re: question re: whether inventory included in sale; | 0.20 hrs |
| 03/20/12 | CTM | Review various correspondence re: golf course assets included in auction sale and respond to same; | 0.40 hrs |
| 03/20/12 ⑦ | RJN | Review emails re inventory and property issues and alleged removal of property; telephone conference with Attorney Factor re same;  −.4 × .1 × 325 | 0.40 hrs |
| 03/20/12 | JPH | Review various emails re: removal of various personal property from course; | 0.30 hrs |
| 03/21/12 | RJN | Review emails regarding inventory issues and closing on APA, including WJM leasing equipment issues; | 0.30 hrs |
| 03/21/12 ⑦ | JPH | Review and revision of proposed Asset Purchase Agreement; conference with CTM re: same;  −4 × .1 × 275 | 4.00 hrs |
| 03/21/12 | JPH | Prepare closing documents; | 0.30 hrs |
| 03/22/12 | CTM | Review and respond to correspondence re: sale of golf course assets and related matters; | 0.40 hrs |
| 03/22/12 | RJN | Review emails regarding Green Garden inventory, bill of sale, deed and related closing issues; | 0.30 hrs |
| 03/22/12 | JPH | Review and respond to various emails re: removal of personal property; | 0.30 hrs |
| 03/23/12 ⑦ | RJN | Review emails regarding APA closing and related issues; review emails regarding issues pertaining to operating golf course in ordinary course of business;  −.4 × .1 × 325 | 0.40 hrs |
| 03/26/12 ⑦ | RJN | Review emails regarding closing and issues for closing; review executed APA and related documents; conference with Attorneys Factor, Small and Thom regarding closing; office conference with JPH regarding closing; review accounts payable issue and related emails;  −1.5 × .1 × 325 | 1.50 hrs |
| 03/26/12 ⑦ | JPH | Discuss status and closing matters with RJN; telephone calls with M. Small and W. Thom re: closing items; email correspondence with W. Thom re: closing documents;  −1 × .1 × 275 | 1.00 hrs |
| 03/27/12 ⑦ | CTM | Review and respond to numerous correspondence re: closing of golf course asset sale; office conferences with RJN and JPH re: same;  −2.2 × .1 × 275 | 2.20 hrs |
| 03/27/12 ⑦ | RJN | Review draft closing documents; conference with CTM regarding potential closing; review proposed changes to closing documents and related emails; telephone conference with Attorney Small regarding closing;  −1 × .1 × 325 | 1.00 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/27/12 (7) | JPH | Discuss matter and status thereof with CTM; review emails re: APA exhibits and closing documents; −.5 × .1 × 275 | 0.50 hrs |
| 03/28/12 (7) | CTM | Review and respond to numerous correspondence re: sale of golf course assets; review and respond to draft closing documentation; office conferences with RJN re: same; telephone conversations with counsel for First Midwest Bank and related parties; −4.9 × .1 × 275 | 4.90 hrs |
| 03/28/12 (7) | RJN | Review numerous revisions to closing and related documents and emails; several telephone conferences with Dan Marshall, Billy McEnery, counsel for First Midwest and buyer regarding closing issues and scheduling; office conference with CTM regarding same; review letter agreement regarding Green Garden expenses; −2 × .1 × 325 | 2.00 hrs |
| 03/29/12 (7) | CTM | Review and respond to numerous correspondence re: closing of sale of golf course assets; office conferences with RJN and DJM re: same and coordinate closing of sale at First American Title Insurance Company; −4.8 × .1 × 275 | 4.80 hrs |
| 03/29/12 (7) | RJN | Review numerous emails regarding closing on sale of Green Garden Golf Course; telephone conference with client regarding execution of closing documents; review closing documents; conference with Attorney Factor's office regarding closing; office conference with CTM and DJM regarding closing; −2.5 × .1 × 325 | 2.50 hrs |
| 03/29/12 (7) | DJM | Conference with CTM regarding closing documents; review closing documents; −1 × .1 × 230 | 1.00 hrs |
| 03/30/12 (7) | CTM | Review and respond to numerous telephone conversations and correspondence re: closing of sale of golf course assets; coordinate closing with DJM and RJN; −3.5 × .1 × 275 | 3.50 hrs |
| 03/30/12 (7) | RJN | Review revised closing documents; emails to client regarding execution of closing documents; conference with DJM and CTM regarding closing; review issue regarding closing payment distribution and certified copy of bankruptcy court order; letter to client regarding closing documents; −1.3 × .1 × 325 | 1.30 hrs |
| 03/30/12 (7) | DJM | Meeting in Frankfort with Bill McEnery to obtain executed closing documents; attend closing at First American Title Insurance Company at 30 N. LaSalle, Chicago; review closing documents with RJN; −6.5 × .1 × 230 | 6.50 hrs |
| 03/30/12 | JPH | Review and respond to various emails re: closing; | 0.40 hrs |

Charges for Services        81.10 hrs        $23,240.00

**BILLING SUMMARY**

TOTAL SERVICES        $23,240.00

**TOTAL NEW CHARGES**        $23,240.00