**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WILLIAM J. MCENERY, | ) | Case No. 11-25934 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

**Final Report and Account**

William J. McEnery submits the following Statement of Unpaid Liabilities and Final Report and Account in accordance with Bankruptcy Rule 1019 (5):

1. On June 21, 2011, an involuntary petition against the Debtor was filed seeking relief under chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 303. On August 9, 2011, the Court entered an order for relief in the involuntary case and granted the Debtor's request to convert the case to Chapter 11.

2. On June 20, 2012, the Court entered an order converting the case to a case under chapter 7 of the Code.

3. Thomas B Sullivan was appointed as interim trustee and continues to serve in that capacity.

4. Debtor has not completed gathering the details for his May, 2012 and June, 2012 monthly operating reports; however, the United States Trustee's Office will be owed approximately $1,950.00 in additional administrative fees.

5. All expenses incurred during the chapter 11, with the exception of the creditors listed on the Schedule of Unpaid Liabilities filed on July 2, 2012 (docket no. 278) have been paid.

6. Debtor has met with the Trustee and (a) made available to the Trustee all records requested by the Trustee and (b) discussed material aspects of the case with

...

the Trustee.

7. The following assets were liquidated with Court approval during Chapter 11 case. All remaining non-exempt assets are property of the Estate and subject to administration by the Trustee.

| Asset Liquidated | Action |
| --- | --- |
| Truck Stop and vacant Land | Foreclosed |
| Vacant Land – Bridgewater Estates | Foreclosed |
| Vacant Land – St. Anne, IL | Foreclosed |
| Golf Course – Frankfort. IL | Sold |
| First Community Bank Account ending in 0671 | Closed |
| Charter One Account ending in 481-5 | Closed |
| Suburban Bank Account ending in 3030 | Closed |
| Signature Bank Account ending in 2949 | Closed |
| Cole Taylor Bank Account ending in 5618 | Closed |
| Old Second Bank Account ending in 2706 | Closed |
| Old Second Bank Account ending in 0791 | Closed |
| First Midwest Bank Account ending in 9398 | Closed |
| First Midwest Bank Account ending in 9783 | Closed |
| Standard Bank Account ending in 9003 | Closed |
| Standard Bank Account ending in 3009 | Closed |
| Standard Bank Account ending in 3109 | Closed |
| Standard Bank Account ending in 1303 | Closed |
| Bank of America Account ending in 5427 | Closed |
| Riversource Privileged Asset Account ending in 1394 | Closed |
| Harris Bank Account ending in 2741 | Closed |

| | |
|---|---|
| 100% of Riverside Development | Surrendered to Citizens Bank |
| 100% of WJM Aviation | Surrendered to GE Capital |
| 50.1% Interest In Midwest Property development | Foreclosed |
| Steamboat Assets, LLC | Deed In Lieu |
| McEnery Hotels LLC | In receivership |
| Interest In Green Gardens Country Club, includes rent owed on property | Sold |
| 100,000 shares of First Community Bank of Homer Glenn | Stay lifted 7/17/2012 |
| 50% ownership in 175 Bar & Grill | Stay lifted 7/17/2012 |
| 50 % ownership in 175 Soprafffina Marketcaffe, LLC | Stay lifted 7/17/2012 |
| Randolph Stetson Soprafffina Marketcaffe, LLC | Stay lifted 7/17/2012 |
| Midiron Golf Club | Stay Lifted 7/17/2012 |
| Miniature Kiddieland Train Cars | Stay Lifted 7/17/2012 |

William J. McEnery

By:  /s/ Donna B. Wallace
         One of his attorneys

Joseph A. Baldi (ARDC# 0100145)
Donna B. Wallace (ARDC# 6200260)
Baldi Berg & Wallace, Ltd.
19 South LaSalle Street, Suite 1500
Chicago, Illinois  60603