**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 11-25934** |
| | ) | |
| **WILLIAM J. MCENERY,** | ) | **CHAPTER 7** |
| | ) | |
| Debtor(s). | ) | **JUDGE DEBORAH L. THORNE** |
| | ) | |

**NOTICE OF MOTION**

To:     See attached Service List

**PLEASE TAKE NOTICE** that on <u>**Wednesday, September 14, 2016 at 9:30 a.m.**</u>, I shall appear before the Honorable Judge Deborah L. Thorne in Courtroom 613, United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn, Chicago, Illinois and shall then and there present the attached **FIRST AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES AS ACCOUNTANT TO THE TRUSTEE,** at which time you may appear if you so desire.

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached First Interim Application for Allowance of Fees and Reimbursement of Costs of Chuhak & Tecson, P.C. as Counsel to the Trustee upon the person(s) listed above by service via CM/ECF on <u>August 24, 2016</u>.

<u>     /s/ Miriam R. Stein</u>

Miriam R. Stein
Chuhak & Tecson P.C.
30 S. Wacker Drive, 26th Floor
Chicago, IL 60606
(312) 855-6109
mstein@chuhak.com

3045486.2.26067.59938

**Service List**
**William J. McEnery**
**Case No. 11-25934**

## Via ECF:

- Thomas V Askounis     taskounis@askounisdarcy.com, akapai@askounisdarcy.com
- David Audley     audley@chapman.com, benz@chapman.com
- Joseph A Baldi     jabaldi@baldiberg.com, jmanola@baldiberg.com
- Lauren N. Beslow     Lauren.Beslow@quarles.com
- Matthew J. Botica     mbotica@winston.com, neverett@winston.com
- Barry A Chatz     bachatz@arnstein.com, jbmedziak@arnstein.com
- Amy E Daleo     adaleo@cohonraizes.com
- Daniel P. Dawson     ddawson@nisen.com, adrag@nisen.com
- Brian M. Dougherty     bmd@gsrnh.com, kam@gsrnh.com
- Devon J Eggert     deggert@freeborn.com, bkdocketing@freeborn.com
- David A. Golin     dagolin@arnstein.com, mgonzalez@arnstein.com
- Steven M Hartmann     shartmann@freeborn.com,
  bkdocketing@freeborn.com;nstinson@freeborn.com
- Ariane Holtschlag     aholtschlag@wfactorlaw.com,
  bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
- Cindy M. Johnson     cjohnson@jnlegal.net, KLindsey@jnlegal.net
- David L Kane     dkane@mpslaw.com, crampich@mpslaw.com
- Myja K Kjaer     mkjaer@winston.com, ECF_Bank@winston.com
- Forrest B Lammiman     flammiman@mpslaw.com,
  dkane@mpslaw.com;srogovin@mpslaw.com;crampich@mpslaw.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Mark E Leipold     mleipold@gouldratner.com,
  jestrada@gouldratner.com;lgray@gouldratner.com
- Julia D Loper     jloper@baldiberg.com
- Paul Dunn Lynch     jbcattysatlaw@yahoo.com, paul.lynch@standardbanks.com
- Kevin H Morse     khmorse@arnstein.com
- Jeffrey K. Paulsen     jpaulsen@wfactorlaw.com,
  bharlow@wfactorlaw.com;jpaulsen@ecf.inforuptcy.com
- Richard S Ralston     richardr@w-legal.com, chapter-13@w-legal.com
- Michael J. Small     msmall@foley.com, thardy@foley.com
- Joel A Stein     joelastein@dlec.com, joelastein@mac.com
- Miriam R. Stein     mstein@chuhak.com, dgeorge@chuhak.com;vjefferson@chuhak.com
- James Patrick Sullivan     jsulliva@chapman.com
- Thomas B Sullivan     tsullivan@wfactorlaw.com, IL19@ecfcbis.com;trustee@zanezielinski.com
- Timothy M Swanson     tim.swanson@moyewhite.com, audra.duzenack@moyewhite.com
- Michael S Terrien     mterrien@jenner.com,
  shardgrovekoleno@jenner.com;docketing@jenner.com
- Stephen R. Tetro     tetro.stephen@gmail.com
- Stephen G Wolfe     steve.g.wolfe@usdoj.gov, jennifer.r.toth@usdoj.gov
- Barbara L Yong     blyong@golanchristie.com,
  mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com
- Richard S Zachary     rszachary@gmail.com
- Daniel A Zazove     docketchi@perkinscoie.com
- Bruce E de'Medici     bdemedici@gmail.com

3045486.2.26067.59938

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **William J. McEnery Bankruptcy Estate** | ) | **No. 11 B 25934** |
| | ) | |
| 38-7053590 | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | **Hon. Deborah L. Thorne** |

## FIRST AND FINAL APPLICATION
## OF ALAN D. LASKO & ASSOCIATES, P.C.
## FOR ALLOWANCE OF COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified

Public Accountants, request first and final compensation of $24,901.90 and expenses of $87.89

for the time period from October 9, 2012 through August 5, 2016. A detail is provided herein for

the Estate, which identifies by subject matter the services performed by the Applicant.

Additional detail is provided to reflect the function and individual performing said services.

Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is

the Affidavit pursuant to Bankruptcy Rule 2016.


## INTRODUCTION


This Court has jurisdiction over this First and Final Fee Application pursuant to 28 U.S.C. §

1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

# WILLIAM J. McENERY BANKRUPTCY ESTATE

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## GENERAL

The Debtor filed a petition under Chapter 11 on or about June 21, 2011. The case converted to a proceeding under Chapter 7 on or about June 20, 2012. A Trustee was subsequently appointed. On October 9, 2012, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee.

It should be noted that the following represents a recap of the bankruptcy filing history and issues that took place with respect to the year 2012 amended Estate return. It should also be noted that the income tax filings that had previously taken place were solely reflected in the Debtor's individual income tax returns and there were no returns prepared regarding the

2

# WILLIAM J. McENERY BANKRUPTCY ESTATE

applicable Internal Revenue procedures entities in Chapter 11, i.e., the revocable trust and the Debtor individually.

William J. McEnery, individually, filed for Chapter 11 bankruptcy during 2011, but prior to that there was a consolidated bankruptcy filed during 2010 for Gas City, Inc. and the William J. McEnery Revocable Trust dtd April 22, 1993. Within the Bankruptcy Schedules of the 2011 McEnery case, references are made to the relatedness of these three Bankruptcy Schedules in the set of global notes. Much of the property/assets which related to McEnery were distributed by the Trustee/attorneys that handled the 2010 cases. The other major asset which was sold by McEnery, individually, during 2012, and was reported on his individual 2012 tax return. Note on the return for 2012 it was reflected that this sale transaction was allocated to the Estate. The Debtor did not at that time turnover any of this information to the Bankruptcy Trustee of the Chapter 7.

The legal proceedings converted to one under Chapter 7 on July 20, 2012.

In addition to the above, the individual Chapter 11 bankruptcy case was filed during 2011 and the 2011 individual Debtor income tax return disclosed that there are about a dozen K-1s (investments) that had not yet been received, nor reflected in the 2011 return. A footnote was reflected in the Debtor's income tax return for 2011 which stated "as soon as these items are attained by McEnery then the 2011 tax return will be amended." This never occurred.

3

## WILLIAM J. McENERY BANKRUPTCY ESTATE

The following references the timeline of the related case filings in this matter.

| Date | Entity | Action | BK |
|------|--------|--------|-----|
| 10/26/10 | Gas City, Inc. | Voluntary Chapter 11 | #10-47879 |
| 10/26/10 | William J. McEnery Revocable Trust dtd April 22, 1993 | Voluntary Chapter 11 | #10-47895 |
| 06/21/11 | William J. McEnery, Individually | Involuntary Chapter 7 | #11-25934 |
| 08/09/11 | William J. McEnery, Individually | Converts to Chapter 11 | #11-25934 |
| 03/30/12 | William J. McEnery, Individually | Golf Course Sold | #11-25934 |
| 04/20/12 | Gas City, Inc. | Dismissed | #10-47879 |
| 04/20/12 | William J. McEnery Revocable Trust dtd April 22, 1993 | Dismissed | #10-47895 |
| 06/20/12 | William J. McEnery, Individually | Chapter 11 Converted to Chapter 7 | #11-25934 |

## FEE APPLICATION

The fees sought by this First and Final Fee Application reflect an aggregate of 146.0 hours of ADLPC's time spent and recorded in performing services during the First and Final Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which first and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

4

## WILLIAM J. McENERY BANKRUPTCY ESTATE

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 4.1 hours in the preparation of this fee Application.

Cost          $396.80

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.6 | $ 288.00 | $ 172.80 |
| C. Wilson, Staff | 3.5 | 64.00 | 224.00 |
|  | 4.1 |  | $ 396.80 |

## AMENDED RETURN – 2012

The Applicant incurred 101.3 hours in the preparation of the Estate's amended income tax returns for 2012. The work was initially began with the review of the Debtor's 2012 individual income

5

## WILLIAM J. McENERY BANKRUPTCY ESTATE

tax return which reflected income being allocated to the Estate without the knowledge of the

Bankruptcy Trustee. This information was not turned over to the Trustee until after the filing

period for the Estate's 2012 return, which was the primary reason why this amended return

needed to be prepared.

The work also included, but was not limited to, the following:

1. Review of Debtor's tax returns for 2010, 2011, 2012 and 2013.

2. Review of the Bankruptcy Schedules of the current Debtor for all investments listed and
   to account for the disposition and recording of same in the Debtor's tax returns (during
   the Chapter 11 Estate period of the prior bankruptcies) and what was remaining and in
   effect needed to be accounted for the Estate's 2012 return.

3. An accounting for all of these investments was prepared in order to understand if there
   were additional reporting responsibility to be done for the Chapter 7 Estate.

4. The Debtor's 2011 return reflected a number of K-1s which were not included in that
   return and that the Applicant made inquiries of the same related information for tax year
   2012. Ultimately nothing further was received from the prior accountants regarding these
   K-1s.

5. A number of conversations and meetings occurred with the Trustee and counsel regarding
   the need to obtain tax basis information from the Debtor's accounting firm for the 2012
   asset sale. Also drafts were prepared for the Trustee and counsel of the amended 2012
   return reflecting potential income tax effect of not having sufficient information related to
   the allocation of income from the Debtor's 2012 return with no tax basis information.

6. A number of conversations and follow up contact was also made with the Debtor's
   accountants regarding obtaining any missing information, copies of prior returns and
   information related to the income allocation in the Debtor's return for tax year 2012.
   After substantial inquiries and calls, tax basis information was received from the Debtor's
   accounting firm related to the allocation of income that was made in the Debtor's 2012
   income tax return.

7. The sale in question had occurred during the Chapter 11 time period but prior to the case
   being converted to a Chapter 7 during the tax year 2012.

8. Also reviewed were the monthly operating reports during the Chapter 11 in tax year 2012
   for items which could apply to be a deduction to the converted Chapter 7 Estate's income
   tax return.

6

**WILLIAM J. McENERY BANKRUPTCY ESTATE**

9. The Debtor's 2011 tax attributes were reviewed and brought into the Chapter 7 Estate's income tax returns, i.e., all loss carryovers applicable from tax year 2011 to tax year 2012.

Cost          $17,869.90

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko (Post 05/01/16) | 12.3 | $ 288.00 | $ 3,542.40 |
| A. Lasko (Post 05/01/14) | 13.8 | 284.00 | 3,919.20 |
| A. Lasko (Pre 05/01/14) | 0.3 | 278.00 | 83.40 |
| D. Konomidis, Tax Supervisor | 5.8 | 198.00 | 1,148.40 |
| K. Seyller, Senior (Post 05/01/16) | 17.6 | 160.00 | 2,816.00 |
| K. Seyller, Senior (Pre 05/01/16) | 29.3 | 148.00 | 4,336.40 |
| R. Berenguer, Staff | 19.5 | 93.00 | 1,813.50 |
| J. Chen, Staff | 2.7 | 78.00 | 210.60 |
|  | 101.3 |  | $  17,869.90 |

## TAX PREPARATION

The Applicant incurred 40.6 hours in the preparation of the Estate's income tax returns for 2012 and 2013. Time was also incurred related to year-end tax planning for the 2012 tax year. The parties and Trustee wanted to understand the tax effect of the proposed transaction in 2012. Regarding the 2013 return, the work included beginning with the results of the amended 2012 income tax return preparation regarding the tax attributes and accounts that flowed into the year 2013 and recording the sales of assets by the Trustee in 2013. This work could not be completed until the 2012 amended return work was completed. Also included is the estimated time to prepare the Estate's final information tax returns.

Cost          $6,635.20

# WILLIAM J. McENERY BANKRUPTCY ESTATE

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko (Post 05/01/16) | 3.0 | $  288.00 | $     864.00 |
| A. Lasko (Post 05/01/15) | 2.0 | 284.00 | 568.00 |
| A. Lasko (Post 07/01/13) | 1.8 | 278.00 | 500.40 |
| A. Lasko (Pre 07/01/13) | 3.1 | 275.00 | 852.50 |
| D. Konomidis, Tax Supervisor | 0.1 | 198.00 | 19.80 |
| L. Li, Accounting Supervisor | 6.9 | 189.00 | 1,304.10 |
| K. Seyller, Senior (Post 05/01/16) | 6.5 | 160.00 | 1,040.00 |
| K. Seyller, Senior (Post 05/01/16) | 1.4 | 148.00 | 207.20 |
| K. Seyller, Senior (Pre 05/01/16) | 0.3 | 128.00 | 38.40 |
| R. Berenguer, Staff (Post 05/01/16) | 2.2 | 93.00 | 204.60 |
| R. Berenguer, Staff (Pre 05/01/16) | 0.3 | 89.00 | 26.70 |
| M. Kadushkina, Staff | 3.5 | 81.00 | 283.50 |
| J. Lasko, Staff (Post 07/01/13) | 1.2 | 78.00 | 93.60 |
| J. Lasko, Staff (Pre 07/01/13) | 2.5 | 72.00 | 180.00 |
| J. Shan, Staff | 5.8 | 78.00 | 452.40 |
|  | 40.6 |  | $   6,635.20 |

The Applicant reflects hourly rates and hours worked by each person by function.  The recap also reflects the cost of each function performed.  In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| Owner | $283 | - | $288 |
|---|---|---|---|
| Manager/Director | 240 | - | 287 |
| Supervisors | 160 | - | 240 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

8

## WILLIAM J. McENERY BANKRUPTCY ESTATE

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its first and final fee period are as follows:

| Recap by Project | Amount |
|---|---|
| Billing | $ 396.80 |
| Amended Return | 17,869.90 |
| Tax Preparation | 6,635.20 |
| Net Request | $ 24,901.90 |

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 4.1 | $ 396.80 | $ 96.78 |
| Amended Return | 101.3 | 17,869.90 | $ 176.41 |
| Tax Preparation | 40.6 | 6,635.20 | $ 163.43 |
| | 146.0 | $ 24,901.90 | $ 170.56 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items.  Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

**WILLIAM J. McENERY BANKRUPTCY ESTATE**

|  | To 09/18/13 | To 08/04/16 | Total |
|---|---|---|---|
| Overnight Mail | $ 24.93 | $ 41.22 | $ 66.15 |
| Copy Costs | 7.00 | 14.4 | 21.4 |
| Postage | - | 0.34 | 0.34 |
|  | $ 7.00 | $ 55.96 | $ 87.89 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;

10

WILLIAM J. McENERY BANKRUPTCY ESTATE

    (C)    whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

    (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

    (E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this First and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate.    ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this First and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended,

11

**WILLIAM J. McENERY BANKRUPTCY ESTATE**

was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the first and final compensation sought herein for the Compensation Period is warranted.


## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested first and final compensation of $24,901.90 and expenses of $87.89 should be allowed for services by your Applicant for the period October 9, 2012 through August 5, 2016.

_____
Alan D. Lasko


Alan D. Lasko & Associates, P.C.
205 West Randolph Street
Suite 1150
Chicago, Illinois  60606
(312) 332-1302

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William J. McEnery Bankruptcy Estate | ) | No. 11 B 25934 |
| | ) | |
| 38-7053590 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Deborah L. Thorne |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
          )      SS.
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.      I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Thomas B. Sullivan, Chapter 7 Trustee in this case ("Trustee").

2.      I have read the First and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      Lasko has not previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _5th_ day of August, 2016.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/10/20

13

**EXHIBIT A**

**ORDER OF EMPLOYMENT**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                                          )          BK No.:   11-25934
William J. McEnery                                 )
                                                                     )          Chapter: 7
                                                                     )          Honorable Eugene R. Wedoff
                                                                     )
                                                                     )
                             Debtor(s)                      )

## ORDER AUTHORIZING TRUSTEE TO RETAIN ACCOUNTANTS

THIS CAUSE coming on to be heard on the motion of Thomas B. Sullivan, Trustee, to employ
accountants, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that the Trustee is authorized to employ Alan D. Lasko & Associates as
his accountants in this case, with compensation for said accountants to be determined by the Court upon
further application.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  October 09, 2012

**Prepared by:**

David E. Grochocinski
InnovaLaw, P. C.
1900 Ravinia Place
Orland Park, IL 60462
Tel:  708-675-1975, Ext. 2001
Fax:  708-675-1786
lawyers@innovalaw.com

**EXHIBIT B**

**PERSONNEL**

## WILLIAM J. McENERY BANKRUPTCY ESTATE

The following represents a description of the primary individuals in this engagement.

### Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 30 years. He brings his 40 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

### Denise C. Konomidis, CPA – Tax Supervisor

Ms. Konomidis has 15 years of experience performing tax preparation and tax planning in public accounting. She has worked for a large and small public accounting firm and tax planning firm over this period. She has worked with commercial and individual accounts of various sizes. She has an Undergraduate Degree in Accounting from the University of Illinois. She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

# WILLIAM J. McENERY BANKRUPTCY ESTATE

Luyan Li, CPA, CVA, Ph.D. – Accounting/Valuation Supervisor

Ms. Li has 7 years of valuation experience and 9 years of performing accounting and tax

services.   She has a B.A. from Xi An Jiao Tong University in China and a Ph.D. in

Communications Studies from Northwestern University in Evanston.   She is a Certified Public

Accountant and a member of the American Institute of Certified Public Accountants and the

Illinois CPA Society.   She is also certified by the National Association of Valuation Analysts for

her valuation certificate.   In addition, she is a Certified QuickBooks ProAdvisor.


Karen Seyller, JD – Senior

Ms. Seyller has worked on various insolvency and litigation matters for two years.   She has also

worked on numerous Chapter 11 and 7 matters, as well as Receivership-related work and civil

litigation support work.   Prior to joining the Firm, Ms. Seyller had worked as a part-time intern

for a tax law practice preparing income tax returns over two tax seasons.   Subsequently, Ms.

Seyller then had worked full time as a tax accountant for a medical care company over the last

five years.   Duties included the preparation of various types of tax returns of the business

including but not limited to income tax returns, gross receipts returns, sales and use tax returns,

as well as being involved in other general ledger duties of the company.   Ms. Seyller has a

Bachelor's Degree in Accounting from Saint Xavier University.   She has completed her work at

John Marshall Law School.

**WILLIAM J. McENERY BANKRUPTCY ESTATE**

### Joseph Lasko – Staff

Mr. Lasko is a second-year staff intern person performing accounting and tax services. Mr. Lasko has a Bachelor's Degree in Marketing from the University of Iowa. Mr. Lasko has also completed several post graduate accounting courses.

### Rafael D. Berenguer, CPA – Staff

Mr. Berenguer is a staff accountant performing accounting and tax services. Mr. Berenguer has a Bachelor's and Master's Degree in Accounting from the University of Illinois at Chicago. Mr. Berenguer has recently completed the CPA examination.

### Maria Kadushkina – Staff

Ms. Kadushkina is an intern staff accountant performing accounting and tax services. Ms. Kadushkina is currently working towards a Bachelor's Degree in Accounting from DePaul University. In addition, Ms. Kadushkina has substantially completed the required hours in Russia University in Education. Ms. Kadushkina has also worked as a volunteer tax preparer for the Center of Economic Progress for the previous two tax seasons.

### Jing (Jillian) Shan – Staff

Ms. Shan is an intern staff accountant performing accounting and tax services. Ms. Shan has her undergraduate degree in Accounting from Nantong University in Jiangsu China and is currently enrolled in the Masters of Accounting program at DePaul University.

**WILLIAM J. McENERY BANKRUPTCY ESTATE**

Juan (Jennifer) Chen, CFE – Staff

Ms. Chen is an intern staff accountant performing accounting and tax services.  Ms. Chen is currently enrolled in the Masters of Accounting program at Roosevelt University in Chicago.  Ms. Chen is also a Certified Fraud Examiner (CFE).    In addition, Ms. Chen has her undergraduate degree from Ocean University of China in Qingdao, China in German Language and Literature with a Minor in Business Administration.  Ms. Chen has also completed her Master's in Business Administration with a concentration in international and strategic management from the University of Illinois – Chicago.  Ms. Chen has passed two parts of the CPA examination.

<u>**EXHIBIT C**</u>

<u>**STAFF LEVELS**</u>

# WILLIAM J. McENERY BANKRUPTCY ESTATE

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**EXHIBIT D**

**ACTUAL TIME FROM TIME SLIPS**

**EXHIBIT D-1**

**TAX PREPARATION**

8/5/2016
3:52 PM

Pre-bill Worksheet

Page    1

---

## Selection Criteria

Clie.Selection          Include: McEnery.002; McEnery.012; McEnery.080

---

| | |
|---|---|
| Nickname | McEnery.002 \| 4132 |
| Full Name | Estate of William J. McEnery |
| Address | c/o Thomsa B. Sullivan, Trsutee |
| | 1900 Ravinia Place |
| | Orland Park IL 60462 |
| Phone | Fax |
| Home | Other |
| In Ref To | tax preparation |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | 9/18/2013 |
| Last charge | 7/31/2016 |
| Last payment | Amount      $0.00 |

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 3/10/2014 | A. Lasko | 278.00 | 0.20 | 55.60 | Billable |
| 123763 | 800 | | | | |
| | review of file and data received re: tax work to do for year 2013 for the trustee | | | | |
| 1/20/2015 | K. Seyller | 128.00 | 0.30 | 38.40 | Billable |
| 132341 | 800 | | | | |
| | Reviewed 1099 information received from Trustee's office | | | | |
| 4/15/2015 | D. Konomidis | 198.00 | 0.10 | 19.80 | Billable |
| 135516 | 800 | | | | |
| | reviewed 2014 extensions. | | | | |
| 4/15/2015 | R. Berenguer | 89.00 | 0.30 | 26.70 | Billable |
| 135566 | 800 | | | | |
| | Preparation of 2014 extension | | | | |
| 11/2/2015 | A. Lasko | 284.00 | 0.80 | 227.20 | Billable |
| 140263 | 800 | | | | |
| | review of information from trustee and pacer program re: tax issues of estate related to tax year 20 | | | | |
| 11/2/2015 | A. Lasko | 284.00 | 0.40 | 113.60 | Billable |
| 140264 | 800 | | | | |
| | set up staff for tax preparation year 2013 | | | | |

8/5/2016
3:52 PM                                   Pre-bill Worksheet                                   Page      2

McEnery.002:Estate of William J. McEnery (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/2/2015 140265 | A. Lasko 800 | 284.00 | 0.30 | 85.20 | Billable |
| | responded to staff questions re: items related to prior recap prepared and information for estate tax prep purposes | | | | |
| 11/2/2015 140271 | J. Shan 800 | 78.00 | 3.90 | 304.20 | Billable |
| | Preparation of workpapers and tax return- 20 | | | | |
| 11/2/2015 140288 | K. Seyller 800 | 148.00 | 1.40 | 207.20 | Billable |
| | Reviewed 2013 estate tax return and work pa | | | | |
| 11/2/2015 140298 | A. Lasko 800 | 284.00 | 0.40 | 113.60 | Billable |
| | review of debtor's 2014 income tax returns (just turned over) | | | | |
| 11/2/2015 140299 | A. Lasko 800 | 284.00 | 0.10 | 28.40 | Billable |
| | review of global notes to bankruptcy schedules filed by debtor re: search for additional tax information if a | | | | |
| 11/3/2015 140319 | J. Shan 800 | 78.00 | 1.90 | 148.20 | Billable |
| | continued to prepare workpapers and tax returns for 20 | | | | |
| 7/7/2016 146947 | M. Kadushkina 800 | 81.00 | 2.90 | 234.90 | Billable |
| | Preparation of tax paperwork and return year end 20 | | | | |
| 7/7/2016 146950 | K. Seyller 800 | 160.00 | 0.40 | 64.00 | Billable |
| | Met with staff regarding 2013 updates to in process work papers and tax return based on 2012 amended tax re | | | | |
| 7/8/2016 146966 | M. Kadushkina 800 | 81.00 | 0.60 | 48.60 | Billable |
| | Preparation of 2013 tax return and pape | | | | |

McEnery.002:Estate of William J. McEnery (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/8/2016 147027 | K. Seyller 800 | 160.00 | 1.40 | 224.00 | Billable |
| | Reviewed updated 2013 work papers for tax retu | | | | |
| 7/8/2016 147035 | K. Seyller 800 | 160.00 | 1.30 | 208.00 | Billable |
| | Prepared 2013 Arizona state tax retu | | | | |
| 7/11/2016 147045 | R. Berenguer 800 | 93.00 | 2.20 | 204.60 | Billable |
| | Carrying 2012 changes to 2013 work papers and redoing 2013 Federal tax retu | | | | |
| 7/18/2016 147078 | A. Lasko 800 | 288.00 | 0.60 | 172.80 | Billable |
| | assist staff with revisions to tax carryforwards into | | | | |
| 7/18/2016 147108 | K. Seyller 800 | 160.00 | 1.30 | 208.00 | Billable |
| | Reviewed updated 2013 work papers and tax retu | | | | |
| 7/19/2016 147112 | K. Seyller 800 | 160.00 | 0.90 | 144.00 | Billable |
| | Review 2013 federal and state tax ret | | | | |
| 7/24/2016 147168 | A. Lasko 800 | 288.00 | 1.20 | 345.60 | Billable |
| | tax review of year 2013 federal and state income tax retur | | | | |
| 7/25/2016 147195 | A. Lasko 800 | 288.00 | 0.40 | 115.20 | Billable |
| | prepared irs 60 day letters for federal and illinois 2013 retur | | | | |
| 7/25/2016 147196 | A. Lasko 800 | 288.00 | 0.50 | 144.00 | Billable |
| | sign off of federal and state tax returns and irs and illinois 60 day copies and lette | | | | |

8/5/2016
3:52 PM                              Pre-bill Worksheet                              Page      4

McEnery.002: Estate of William J. McEnery (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/31/2016<br>147348 | K. Seyller<br>800 | 160.00 | 1.20 | 192.00 | Billable |
| | Estimated time to prepare estate's final information tax returns and cover letter to trust | | | | |
| 7/31/2016<br>147349 | A. Lasko<br>800 | 288.00 | 0.30 | 86.40 | Billable |
| | Estimated time to review estate's final information tax return and cover letter to trust | | | | |
| TOTAL | Billable Fees | | 25.30 | | $3,760.20 |

| Date<br>ID | Timekeeper<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 4/15/2015<br>135645 | C. Wilson<br>105 | 0.34 | 1.000 | 0.34 | Billable |
| | Postage, certified mail, return receipt requested for 2014 extension. | | | | |
| 7/25/2016<br>147208 | C. Wilson<br>115 | 14.40 | 1.000 | 14.40 | Billable |
| | Photocopy costs for 2013 Forms 1041 income tax returns - 144 pages @ $.10 per pag | | | | |
| 7/26/2016<br>147209 | C. Wilson<br>104 | 41.22 | 1.000 | 41.22 | Billable |
| | Overnight mail for 2012 amended and 2013 Forms 1041 income tax returns to Thomas B. Sullivan - UPS tracking #1Z14Y8F4249043334 | | | | |
| TOTAL | Billable Costs | | | | $55.96 |

Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| | | |

Fees Bill Arrangement: Slips
By billing value on each slip.

Total of billable time slips                                    $3,760.20

8/5/2016
3:52 PM                                        Pre-bill Worksheet                                    Page      5

McEnery.002:Estate of William J. McEnery (continued)

|  | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $3,760.20 |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable expense slips | $55.96 | |
| Total of Costs (Expense Charges) | | $55.96 |
| Total new charges | | $3,816.16 |
| Previous Balance | | |
| 120 Days | $2,889.95 | |
| Total Previous Balance | | $2,889.95 |
| New Balance | | |
| 120 Days | $2,889.95 | |
| Current | $3,816.16 | |
| Total New Balance | | $6,706.11 |

Total Overdue:  $2,889.95

**EXHIBIT D-2**

**AMENDED RETURN**

8/5/2016
3:52 PM                                    Pre-bill Worksheet                                Page      8

| | | | | | |
|---|---|---|---|---|---|
| Nickname | McEnery.080 \| 5001 | | | | |
| Full Name | Estate of William J. McEnery | | | | |
| Address | c/o Thomsa B. Sullivan, Trsutee | | | | |
| | 1900 Ravinia Place | | | | |
| | Orland Park IL 60462 | | | | |
| Phone | | Fax | | | |
| Home | | Other | | | |
| In Ref To | | | | | |
| | amended retu | | | | |
| Fees Arrg. | By billing value on each slip | | | | |
| Expense Arrg. | By billing value on each slip | | | | |
| Tax Profile | Exempt | | | | |
| Last bill | | | | | |
| Last charge | 7/25/2016 | | | | |
| Last payment | | Amount | $0.00 | | |

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/10/2014 123762 | A. Lasko 800 | 278.00 | 0.30 | 83.40 | Billable |
| | call from counsel for trustee re: to discuss issues related to tax attributes of the debtor that might not have been turned over to the bankruptcy estate pursuant to applicable tax code section | | | | |
| 2/5/2015 132574 | D. Konomidis 800 | 198.00 | 0.20 | 39.60 | Billable |
| | meeting with Alan Lasko re 2011 tax return re tax attributes. (n/c by Lask | | | | |
| 2/10/2015 132777 | D. Konomidis 800 | 198.00 | 2.10 | 415.80 | Billable |
| | reviewed debtor's 2011 and 2012 tax returns re tax attributes carryforward analysi | | | | |
| 2/10/2015 132779 | A. Lasko 800 | 284.00 | 0.70 | 198.80 | Billable |
| | worked with staff to begin review of debtor's tax returns for tax attributes that would flow into the bankruptcy estate upon formati | | | | |
| 2/11/2015 132809 | A. Lasko 800 | 284.00 | 0.50 | 142.00 | Billable |
| | set up follow up work for staff re: 2012 income tax information from debtor's accountant | | | | |
| 2/12/2015 132823 | D. Konomidis 800 | 198.00 | 0.60 | 118.80 | Billable |
| | reviewed missing information needed to complete draft 2nd 2012 tax return to include tax attribute carryovers. | | | | |

8/5/2016
3:52 PM                                    Pre-bill Worksheet                                    Page    9

McEnery.080:Estate of William J. McEnery (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/12/2015 132824 | D. Konomidis 800 | 198.00 | 0.30 | 59.40 | Billable |
| | correspondence to debtor's accountant requesting missing information re tax attribute carryovers. | | | | |
| 2/17/2015 133027 | D. Konomidis 800 | 198.00 | 1.90 | 376.20 | Billable |
| | reviewed debtor returns and prior work papers of previous return prepared for tax attributes carryover analysi | | | | |
| 2/19/2015 133102 | D. Konomidis 800 | 198.00 | 0.30 | 59.40 | Billable |
| | correspondence with debtor's accountant re additional information needed to determine tax attribute carryovers. | | | | |
| 2/19/2015 133120 | D. Konomidis 800 | 198.00 | 0.40 | 79.20 | Billable |
| | reviewed additional information received from debtor's accountant re tax attribute carryovers. | | | | |
| 9/15/2015 139069 | A. Lasko 800 | 284.00 | 0.70 | 198.80 | Billable |
| | review of data received to date and met with staff to begin document request summary to debtor's accountants re: past k-1s not yet turned over to trust | | | | |
| 9/15/2015 139080 | K. Seyller 800 | 148.00 | 2.40 | 355.20 | Billable |
| | Reviewed documents received from prior accountants | | | | |
| 9/15/2015 139082 | K. Seyller 800 | 148.00 | 4.40 | 651.20 | Billable |
| | Prepare recap of 2010-2013 individual tax returns to determine possibly amending the estate 2012 tax return preparati | | | | |
| 9/15/2015 139083 | K. Seyller 800 | 148.00 | 0.30 | 44.40 | Billable |
| | Prepare memorandum to recap research regarding estate tax return prep and amended tax return pr | | | | |
| 9/25/2015 139287 | K. Seyller 800 | 148.00 | 0.40 | 59.20 | Billable |
| | Call with prior accountant's to determine status of amended tax returns and K-1's | | | | |

McEnery.080: Estate of William J. McEnery (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/25/2015 139288 | K. Seyller 800 | 148.00 | 0.60 | 88.80 | Billable |
| | Analyzed 2012 tax return prepared for estate based on information received from prior accounta | | | | |
| 9/25/2015 139289 | K. Seyller 800 | 148.00 | 2.80 | 414.40 | Billable |
| | prepared documents for 2012 amended tax retu | | | | |
| 10/1/2015 139363 | A. Lasko 800 | 284.00 | 0.30 | 85.20 | Billable |
| | overview with staff re: issues related to follow up from call with debtor's accounta | | | | |
| 10/9/2015 139588 | K. Seyller 800 | 148.00 | 1.10 | 162.80 | Billable |
| | Review file and update memo regarding status of McEnery of prior accountants turnover or lack of data as part of the review of information in order to amend the 2012 estate retu | | | | |
| 10/29/2015 140221 | A. Lasko 800 | 284.00 | 0.70 | 198.80 | Billable |
| | review of debtor's 2012 and 2013 federal income tax returns re: issues related to investments and tax attributers | | | | |
| 10/29/2015 140222 | A. Lasko 800 | 284.00 | 0.90 | 255.60 | Billable |
| | review of staff work and related write up concerning the debtor and his accountant's handling of various items that could affect the bankruptcy esta | | | | |
| 10/29/2015 140223 | A. Lasko 800 | 284.00 | 0.70 | 198.80 | Billable |
| | prepared draft recap of questions and items for trustee and counsel related to the review of the debtor's tax preparation and tax attribute items in questi | | | | |
| 1/26/2016 141888 | A. Lasko 800 | 284.00 | 0.70 | 198.80 | Billable |
| | prepared for mtg with trustee's counsel for tax issues of debtor that affects esta | | | | |

Pre-bill Worksheet

McEnery.080:Estate of William J. McEnery (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 1/26/2016<br>141891 | A. Lasko<br>800 | 284.00 | 1.20 | 340.80 | Billable |
| | mtg with zane zielinski and lasko staff re: issues related to tax treatment by debtor's accountant and potential tax issued caused by this to the estate, years 2011-20 | | | | |
| 1/26/2016<br>141892 | K. Seyller<br>800 | 148.00 | 1.20 | 177.60 | Billable |
| | Meeting with attorney for status check on file and final tax return for 20 | | | | |
| 2/2/2016<br>142330 | A. Lasko<br>800 | 284.00 | 0.40 | 113.60 | Billable |
| | met with staff to discuss chapter 11 operating reports recap issues and work regarding sa | | | | |
| 2/2/2016<br>142339 | A. Lasko<br>800 | 284.00 | 0.20 | 56.80 | Billable |
| | call with trustee to review status of case and potential issues and backgrou | | | | |
| 2/3/2016<br>142367 | J. Chen<br>800 | 78.00 | 2.70 | 210.60 | Billable |
| | Recap of 2011-2012 cash receipts and disbursements from operating reports for tax items of ret | | | | |
| 2/3/2016<br>142435 | K. Seyller<br>800 | 148.00 | 0.40 | 59.20 | Billable |
| | Review with staff process to recap operating reports from chapter 11 | | | | |
| 2/5/2016<br>142485 | K. Seyller<br>800 | 148.00 | 2.90 | 429.20 | Billable |
| | Review prior bankruptcies filed by debtor's Trust and related Company to reconcile asset administration per Esta | | | | |
| 2/6/2016<br>142488 | K. Seyller<br>800 | 148.00 | 1.80 | 266.40 | Billable |
| | Review and add detail to recap of operating reports from chapter 11 | | | | |
| 2/6/2016<br>142489 | K. Seyller<br>800 | 148.00 | 1.90 | 281.20 | Billable |

8/5/2016
3:52 PM                                 Pre-bill Worksheet                                 Page    12

McEnery.080: Estate of William J. McEnery (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| | Reconcile bankruptcy schedule of assets with federal tax return assets - prepared by debtor's accountant - to determine all assets current stat | | | | |
| 2/17/2016 | A. Lasko | 284.00 | 0.80 | 227.20 | Billable |
| 142808 | 800 | | | | |
| | review of summary memo and performed work to clarify items for trustee's counsel to revi | | | | |
| 2/17/2016 | K. Seyller | 148.00 | 3.30 | 488.40 | Billable |
| 142863 | 800 | | | | |
| | Prepare memorandum of current status of case for Trustee's counsel review before court appointme | | | | |
| 2/18/2016 | A. Lasko | 284.00 | 0.90 | 255.60 | Billable |
| 142815 | 800 | | | | |
| | prepared corrections to and additions to an overview summary to be presented to trustee's counsel regarding potential tax issues of the estate and information that might be needed from the debtor/debtor's accounting fi | | | | |
| 2/18/2016 | A. Lasko | 284.00 | 0.70 | 198.80 | Billable |
| 142845 | 800 | | | | |
| | gathered materials for trustee's counsel re: prior bankruptcies information (related cases) and tax effect summaries and information proposing for further revi | | | | |
| 2/18/2016 | K. Seyller | 148.00 | 0.30 | 44.40 | Billable |
| 142875 | 800 | | | | |
| | Updated memorandum for Trustee's counsel to revi | | | | |
| 3/7/2016 | A. Lasko | 284.00 | 0.20 | 56.80 | Billable |
| 143475 | 800 | | | | |
| | call with trustee's counsel re: follow up of open items to discuss related to debtor and prior chapter 11s which were dismiss | | | | |
| 3/14/2016 | A. Lasko | 284.00 | 0.40 | 113.60 | Billable |
| 143799 | 800 | | | | |
| | call with trustee's counsel re; overview of issues regarding tax items potential of estate and possible courses of acti | | | | |
| 3/14/2016 | A. Lasko | 284.00 | 0.60 | 170.40 | Billable |
| 143811 | 800 | | | | |

8/5/2016
3:52 PM                                   Pre-bill Worksheet                                   Page    13

McEnery.080:Estate of William J. McEnery (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | prepared for call with trustee's counsel re: review of recap memos and summari | | | | |
| 3/15/2016 143842 | A. Lasko 800 | 284.00 | 0.20 | 56.80 | Billable |
| | call with trustee to discuss preliminary suggestions related to further document reque | | | | |
| 3/15/2016 143860 | A. Lasko 800 | 284.00 | 1.30 | 369.20 | Billable |
| | began summary outline for trustee's counsel at trustee's request re: information to request and follow up | | | | |
| 3/16/2016 143891 | A. Lasko 800 | 284.00 | 1.20 | 340.80 | Billable |
| | continued to search through tax returns and correspondence in order to complete yet another updated document request from debtor's account | | | | |
| 3/16/2016 143892 | A. Lasko 800 | 284.00 | 0.20 | 56.80 | Billable |
| | met with staff to discuss search for additional information in order to complete document reque | | | | |
| 3/16/2016 143893 | A. Lasko 800 | 284.00 | 0.10 | 28.40 | Billable |
| | call with trustee re; clarification of document request work and related ite | | | | |
| 3/16/2016 143898 | K. Seyller 800 | 148.00 | 3.80 | 562.40 | Billable |
| | Reviewed all sales/abandonment/converted documents from 2010-2012 related to McEnery real and personal properti | | | | |
| 3/16/2016 143899 | K. Seyller 800 | 148.00 | 1.70 | 251.60 | Billable |
| | Prepared recap of properties related to debtor from 2010-2012 based on court documents and tax returns which could affect the estate return (or need to amen | | | | |

McEnery.080:Estate of William J. McEnery (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/28/2016<br>144384 | A. Lasko<br>800 | 284.00 | 0.20 | 56.80 | Billable |
| | call with trustee's counsel re: discussed rider to 2004 exam subpoe | | | | |
| 5/10/2016<br>146028 | A. Lasko<br>800 | 288.00 | 2.40 | 691.20 | Billable |
| | review of documents in preparation of meeting with trustee for call with debtor's accountants and their couns | | | | |
| 5/10/2016<br>146029 | A. Lasko<br>800 | 288.00 | 0.70 | 201.60 | Billable |
| | prepared recap memo and items to follow up for lasko staff re: prior to upcoming conference ca | | | | |
| 5/11/2016<br>146044 | K. Seyller<br>800 | 160.00 | 0.80 | 128.00 | Billable |
| | Conference call with prior accountant for debtor and his counsel along with trustee's counsel based on subpoena reque | | | | |
| 5/11/2016<br>146046 | K. Seyller<br>800 | 160.00 | 1.70 | 272.00 | Billable |
| | Review documents for conference call requested by debtor's prior accounta | | | | |
| 5/11/2016<br>146049 | K. Seyller<br>800 | 160.00 | 2.40 | 384.00 | Billable |
| | Research and recap done based on documents from debtor's prior accountant's tax returns for conference call requested by debtor's prior accountants for our firm's preparation of the 2012 amended tax return and 2013 original tax retu | | | | |
| 5/11/2016<br>146050 | K. Seyller<br>800 | 160.00 | 0.70 | 112.00 | Billable |
| | met with Trustee's counsel status of documents necessary to prepare 2012 amended tax retu | | | | |
| 5/11/2016<br>146097 | A. Lasko<br>800 | 288.00 | 0.90 | 259.20 | Billable |
| | continued to prepare for meeting with trustee's counsel re: review of recap of Chapter 11 reports during DIP peri | | | | |

8/5/2016
3:52 PM                                    Pre-bill Worksheet                                    Page    15

McEnery.080:Estate of William J. McEnery (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 5/11/2016<br>146098 | A. Lasko<br>800 | 288.00 | 1.60 | 460.80 | Billable |
| | review of correspondence, prior debtor's returns and other documents re;<br>contusing to search for information related to trustee's search for asse | | | | |
| 5/11/2016<br>146099 | A. Lasko<br>800 | 288.00 | 0.60 | 172.80 | Billable |
| | prepared recap for staff and counsel of timeline and specific issues to<br>discuss with the trust | | | | |
| 5/11/2016<br>146100 | A. Lasko<br>800 | 288.00 | 0.80 | 230.40 | Billable |
| | call with debtor's accountant and his counsel (along with lasko staff and<br>trustee) re: discussed tax allocation by debtor's accountant and several<br>related income tax issues that would and could affect the bankruptcy esta | | | | |
| 5/11/2016<br>146101 | A. Lasko<br>800 | 288.00 | 0.70 | 201.60 | Billable |
| | mtg with trustee's counsel prior to phone call with debtor's accountant and<br>his counsel re: preparation and review of issu | | | | |
| 5/24/2016<br>146335 | A. Lasko<br>800 | 288.00 | 0.20 | 57.60 | Billable |
| | call with trustee's counsel re: issues related to non response by debtor's<br>accountant (debtor is deceased now) for turnover of cost/basis information<br>that was promis | | | | |
| 6/17/2016<br>146623 | K. Seyller<br>800 | 160.00 | 2.20 | 352.00 | Billable |
| | Reviewed new documents received from prior accountant in order to amend<br>2012 tax re | | | | |
| 6/17/2016<br>146624 | K. Seyller<br>800 | 160.00 | 1.60 | 256.00 | Billable |
| | Prepared analysis of amending 2012 tax return in memorandum based on<br>information received from prior accounta | | | | |
| 6/29/2016<br>146818 | A. Lasko<br>800 | 288.00 | 0.90 | 259.20 | Billable |
| | review of staff's summary of information turned over by debtor's | | | | |

8/5/2016
3:52 PM                                    Pre-bill Worksheet                                Page    16

McEnery.080:Estate of William J. McEnery (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| | accountants related to the golf course sa | | | | |
| 6/29/2016 146819 | A. Lasko 800 | 288.00 | 0.80 | 230.40 | Billable |
| | searched through information for additional items related to the golf course sale in the documents provided by the debtor's accountan | | | | |
| 6/30/2016 146840 | K. Seyller 800 | 160.00 | 0.30 | 48.00 | Billable |
| | Met with staff regarding 2012 amended tax return prepara | | | | |
| 6/30/2016 146883 | R. Berenguer 800 | 93.00 | 1.20 | 111.60 | Billable |
| | Preparation of preliminary work papers and tax return draft - 2012 Amend | | | | |
| 7/5/2016 146926 | K. Seyller 800 | 160.00 | 2.60 | 416.00 | Billable |
| | Reviewed work papers and tax return amended 20 | | | | |
| 7/5/2016 146934 | R. Berenguer 800 | 93.00 | 4.30 | 399.90 | Billable |
| | Preparation of full set of work papers, checklists, and paper tax returns - Amended 20 | | | | |
| 7/6/2016 146921 | A. Lasko 800 | 288.00 | 0.10 | 28.80 | Billable |
| | call with counsel for trustee re; status of completing amended return wo | | | | |
| 7/6/2016 146940 | R. Berenguer 800 | 93.00 | 1.40 | 130.20 | Billable |
| | Corrections to paper tax return drafts per Karen's instructions - 2012 Amend | | | | |
| 7/8/2016 146965 | K. Seyller 800 | 160.00 | 0.40 | 64.00 | Billable |
| | Reviewed amended 2012 work papers for amended tax retu | | | | |
| 7/8/2016 147019 | R. Berenguer 800 | 93.00 | 2.10 | 195.30 | Billable |

8/5/2016
3:52 PM                                    Pre-bill Worksheet                              Page   17

McEnery.080:Estate of William J. McEnery (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | Addition of Ch. 11 admin expenses and NOL/Contribution Carryovers to<br>work papers and tax returns - 2012 Amend | | | | |
| 7/8/2016<br>147025 | K. Seyller<br>800 | 160.00 | 0.80 | 128.00 | Billable |
| | Reviewed 2012 amended Federal tax retu | | | | |
| 7/8/2016<br>147026 | K. Seyller<br>800 | 160.00 | 0.60 | 96.00 | Billable |
| | Reviewed 2012 amended State tax retu | | | | |
| 7/11/2016<br>147044 | R. Berenguer<br>800 | 93.00 | 1.90 | 176.70 | Billable |
| | Addition of Ch. 11 admin expenses and NOL/Contribution Carryovers to<br>work papers and tax returns - 2012 Amend | | | | |
| 7/11/2016<br>147097 | K. Seyller<br>800 | 160.00 | 0.40 | 64.00 | Billable |
| | Reviewed with staff updates to 2012 amended federal tax retu | | | | |
| 7/12/2016<br>147105 | K. Seyller<br>800 | 160.00 | 0.60 | 96.00 | Billable |
| | Meet with staff to review tax questions for 2012 amended retu | | | | |
| 7/13/2016<br>147024 | K. Seyller<br>800 | 160.00 | 0.70 | 112.00 | Billable |
| | Meet with staff to review tax questions for 2012 amended tax return loss | | | | |
| 7/14/2016<br>147055 | R. Berenguer<br>800 | 93.00 | 3.10 | 288.30 | Billable |
| | Analysis of prior returns to determine carryover of NOL to estate in regards<br>to taxpayer and spou | | | | |
| 7/14/2016<br>147056 | R. Berenguer<br>800 | 93.00 | 2.80 | 260.40 | Billable |
| | Adjustments to work papers and tax returns based on NOL carryover<br>adjustment - 2012 Amend | | | | |
| 7/15/2016<br>147058 | R. Berenguer<br>800 | 93.00 | 1.10 | 102.30 | Billable |

8/5/2016
3:52 PM                              Pre-bill Worksheet                              Page    18

McEnery.080:Estate of William J. McEnery (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | Adjustments to work papers and tax returns based on NOL carryover adjustment - 2012 Amend | | | | |
| 7/15/2016 147059 | R. Berenguer 800 | 93.00 | 1.60 | 148.80 | Billable |
| | Adjustments to work papers and tax returns based on NOL carryover adjustment - 20 | | | | |
| 7/19/2016 147111 | K. Seyller 800 | 160.00 | 1.80 | 288.00 | Billable |
| | Review 2012 amended federal and state tax retur | | | | |
| 7/24/2016 147167 | A. Lasko 800 | 288.00 | 1.70 | 489.60 | Billable |
| | tax review of amended 2012 federal and state tax retur | | | | |
| 7/25/2016 147193 | A. Lasko 800 | 288.00 | 0.40 | 115.20 | Billable |
| | prepared irs 60 day letters for federal and state amended 2012 retur | | | | |
| 7/25/2016 147194 | A. Lasko 800 | 288.00 | 0.50 | 144.00 | Billable |
| | sign off of federal and state amended tax returns and irs and illinois 60 day copies and lette | | | | |

| TOTAL | Billable Fees | | 101.30 | | $17,869.90 |
|---|---|---|---|---|---|

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 7/25/2016 147207 | C. Wilson 115 | 22.40 | 1.000 | 22.40 | Billable |
| | Photocopy costs for 2012 amended Forms 1041 income tax returns - 224 pages @ $.10 per pag | | | | |

| TOTAL | Billable Costs | | | | $22.40 |
|---|---|---|---|---|---|

8/5/2016
3:52 PM                                  Pre-bill Worksheet                            Page    19

McEnery.080:Estate of William J. McEnery (continued)

---

## Calculation of Fees and Costs

|                                                         | Amount      | Total       |
| ------------------------------------------------------- | ----------- | ----------- |
| Fees Bill Arrangement: Slips                            |             |             |
| By billing value on each slip.                          |             |             |
|                                                         |             |             |
| Total of billable time slips                            | $17,869.90  |             |
| Total of Fees (Time Charges)                            |             | $17,869.90  |
|                                                         |             |             |
| Costs Bill Arrangement: Slips                           |             |             |
| By billing value on each slip.                          |             |             |
|                                                         |             |             |
| Total of billable expense slips                         | $22.40      |             |
| Total of Costs (Expense Charges)                        |             | $22.40      |
|                                                         |             |             |
| Total new charges                                       |             | $17,892.30  |
|                                                         |             |             |
| New Balance                                             |             |             |
| Current                                                 | $17,892.30  |             |
|                                                         |             |             |
| Total New Balance                                       |             | $17,892.30  |

**<u>EXHIBIT D-3</u>**

**<u>BILLING TIME</u>**

8/5/2016
3:52 PM                                    Pre-bill Worksheet                                    Page        6

| | | | | | |
|---|---|---|---|---|---|
| Nickname | McEnery.012 \| 4133 | | | | |
| Full Name | Estate of William J. McEnery | | | | |
| Address | c/o Thomsa B. Sullivan, Trsutee | | | | |
| | 1900 Ravinia Place | | | | |
| | Orland Park IL 60462 | | | | |
| Phone | | Fax | | | |
| Home | | Other | | | |
| In Ref To | fee petition | | | | |
| Fees Arrg. | By billing value on each slip | | | | |
| Expense Arrg. | By billing value on each slip | | | | |
| Tax Profile | Exempt | | | | |
| Last bill | 9/18/2013 | | | | |
| Last charge | 8/5/2016 | | | | |
| Last payment | | Amount | $0.00 | | |

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/5/2016 147469 | C. Wilson 800 | 64.00 | 3.50 | 224.00 | Billable |
| | Prepared fee petitio | | | | |
| 8/5/2016 147472 | A. Lasko 800 | 288.00 | 0.60 | 172.80 | Billable |
| | Prepared fee petiti | | | | |
| TOTAL | Billable Fees | | 4.10 | | $396.80 |

Total of billable expense slips                                                        $0.00

---

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| | | |

Fees Bill Arrangement: Slips
By billing value on each slip.

| | | |
|---|---|---|
| Total of billable time slips | $396.80 | |
| Total of Fees (Time Charges) | | $396.80 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $396.80 |
| Previous Balance | | |
| 120 Days | $117.60 | |

8/5/2016
3:52 PM

Pre-bill Worksheet

Page        7

McEnery.012:Estate of William J. McEnery (continued)

| | Amount | Total |
|---|---|---|
| Total Previous Balance | | $117.60 |
| New Balance | | |
| 120 Days | $117.60 | |
| Current | $396.80 | |
| Total New Balance | | $514.40 |

Total Overdue:  $117.60