**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MCENERY, WILLIAM | § | Case No. 11-25934-DLT |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 20, 2012.  The undersigned trustee was appointed on June 20, 2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $          71,624.28

> Funds were disbursed in the following amounts:
>
> | Payments made under an | |
> |---|---:|
> | interim distribution | 0.00 |
> | Administrative expenses | 43,765.50 |
> | Bank service fees | 4,906.10 |
> | Other payments to creditors | 0.00 |
> | Non-estate funds paid to 3rd Parties | 0.00 |
> | Exemptions paid to the debtor | 0.00 |
> | Other payments to the debtor | 0.00 |
> | Leaving a balance on hand of[1]          $ | 22,952.68 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 03/15/2013
and the deadline for filing governmental claims was   /  /   .  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$6,831.21.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $6,831.21, for a total compensation of $6,831.21.[2] In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of $0.00
and now requests reimbursement for expenses of $105.12, for total expenses of
$105.12.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: 09/24/2017            By:/s/THOMAS B. SULLIVAN, TRUSTEE
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-25934-DLT
**Case Name:** MCENERY, WILLIAM

**Period Ending:** 09/24/17

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Filed (f) or Converted (c):** 06/20/12 (c)
**§341(a) Meeting Date:** 07/19/12
**Claims Bar Date:** 03/15/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | TRUCK STOP/2884 N US ROAD 421/MICHIGAN CITY IN | Unknown | Unknown | | 0.00 | FA |
| 2 | VACANT LAND/BRIDEWATER EST/VALPARAISO IN | Unknown | Unknown | | 0.00 | FA |
| 3 | VACANT LAND/ROUTE 17 & ROUT 1, ST ANNE ,IL | Unknown | Unknown | | 0.00 | FA |
| 4 | GOLF COURSE/FRANKFORT, IL | Unknown | Unknown | | 0.00 | FA |
| 5 | TRAILER/DESERT ROSE INN/BENSON, AZ | Unknown | 5,000.00 | | 25,000.00 | FA |
| 6 | VACANT LAND 9000 FRANCIS ROAD, FRANKFORT, IL | Unknown | Unknown | | 0.00 | FA |
| 7 | AMERITRADE ACCOUNT | 19,855.69 | 19,855.69 | | 19,859.18 | FA |
| 8 | FIDELITY INVT ACCOUNT XXX3100 | 632.86 | 632.86 | | 0.00 | FA |
| 9 | FIRST COMMUNITY BANK XX0671 | Unknown | Unknown | | 0.00 | FA |
| 10 | CHARTER ONE XXX4815 | Unknown | Unknown | | 0.00 | FA |
| 11 | SUBURBAN BANK & TRUST XX3030 | Unknown | Unknown | | 0.00 | FA |
| 12 | COLE TAYLOR BANK XX5618 | Unknown | Unknown | | 0.00 | FA |
| 13 | OLD SECOND BANK XX2706 | Unknown | Unknown | | 0.00 | FA |
| 14 | OLD SECOND BANK XX0791 | Unknown | Unknown | | 0.00 | FA |
| 15 | FIRST MIDWEST BANK XX9783 | Unknown | Unknown | | 0.00 | FA |
| 16 | FIRST MIDWEST BANK XX9389 | Unknown | Unknown | | 0.00 | FA |
| 17 | STANDARD BANK XXX9003 | Unknown | Unknown | | 0.00 | FA |
| 18 | STANDARD BANK XX3009 | Unknown | Unknown | | 0.00 | FA |
| 19 | SIGNATURE BANK XX2949 | Unknown | Unknown | | 0.00 | FA |
| 20 | STANDARD BANK XX3109 | Unknown | Unknown | | 0.00 | FA |
| 21 | STANDARD BANK XX1303 | Unknown | Unknown | | 0.00 | FA |
| 22 | BANK OF AMERICA  XXX5427 | Unknown | Unknown | | 0.00 | FA |
| 23 | RIVERSOURCE ACCOUNT XXX1394 | Unknown | Unknown | | 0.00 | FA |
| 24 | HARRIS BANK XX2741 | 9.95 | 9.95 | | 0.00 | FA |
| 25 | MISC HOUSEHOLD GOODS | 2,000.00 | Unknown | | 0.00 | FA |
| 26 | BOOKS, ETC | 500.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-25934-DLT

**Case Name:** MCENERY, WILLIAM

**Period Ending:** 09/24/17

**Trustee:** (330180)  THOMAS B. SULLIVAN, TRUSTEE

**Filed (f) or Converted (c):** 06/20/12 (c)

**§341(a) Meeting Date:** 07/19/12

**Claims Bar Date:** 03/15/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | WEARING APPAREL | 0.00 | 0.00 | | 0.00 | FA |
| 28 | MISC JEWELRY | 97.00 | 0.00 | | 0.00 | FA |
| 29 | INSURANCE POLICIES/LIQUIDATED BY FIRST MERIT | 1.00 | 0.00 | | 0.00 | FA |
| 30 | STANDARD BANK IRA | 100,967.53 | 0.00 | | 0.00 | FA |
| 31 | 100,000 SHARES OF FIRST COMMUNITY BANK | 1.00 | Unknown | | 0.00 | FA |
| 32 | 100% OWNERSHIP IN RIVERSIDE DEVELOPMENT | 1.00 | Unknown | | 0.00 | FA |
| 33 | 100% OWNERSHIP IN WJM AVIATION LLC | 1.00 | Unknown | | 0.00 | FA |
| 34 | 50% OWNERSHIP INTEREST IN 175 BAR & GRILL | 189,604.00 | Unknown | | 0.00 | FA |
| 35 | 50% OWNERSHIP INTEREST IN 175 SOPRAFFINA, LLC | 131,067.00 | Unknown | | 0.00 | FA |
| 36 | 1.85% INTEREST IN CENTRAL IL HOTEL GROUP | 1.00 | Unknown | | 0.00 | FA |
| 37 | 41.94% INTEREST IN IL CENTER SOPRAFFINA, LLC | 139,356.00 | Unknown | | 0.00 | FA |
| 38 | 69.82% OF COMMON INTEREST OF LEGENDS GAMING, LLC | 1.00 | Unknown | | 0.00 | FA |
| 39 | 100% OF PREFERRED INTEREST OF LEGENDS GAMING LLC | 1.00 | Unknown | | 0.00 | FA |
| 40 | 4.16% INTEREST IN MAINSTAY MGMT LLC | 38,646.00 | Unknown | | 0.00 | FA |
| 41 | 50.1% INTEREST IN MANHATTAN PROPERTY DEVELOPMENT | 1.00 | Unknown | | 0.00 | FA |
| 42 | APPROX 50% INTEREST IN MID IRON GOLF CLUB | 1.00 | Unknown | | 0.00 | FA |
| 43 | 50.1% INTEREST IN MIDWEST PROPERTY DEVELOP, INC. | 1.00 | Unknown | | 0.00 | FA |
| 44 | 40.6% INTERSET IN RANDOLPH SPORAFFINA MARKETCAFE | 153,053.00 | Unknown | | 0.00 | FA |
| 45 | 25% INTEREST IN USG ITALIAN MARKETCAFFE LLC | 69,470.00 | Unknown | | 0.00 | FA |
| 46 | INTEREST IN WILLIAM J MCENERY REVOCABLE TRUST | 1.00 | Unknown | | 0.00 | FA |

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-25934-DLT | Trustee: | (330180) | THOMAS B. SULLIVAN, TRUSTEE |
| Case Name: | MCENERY, WILLIAM | Filed (f) or Converted (c): | 06/20/12 (c) | |
| | | §341(a) Meeting Date: | 07/19/12 | |
| Period Ending: 09/24/17 | | Claims Bar Date: | 03/15/13 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 47 | 100% INTEREST IN DIAMONDJACKS HOTEL & CASINO | 1.00 | Unknown | | 0.00 | FA |
| 48 | 100% INTEREST IN LEGENDS MGMT LLC | 1.00 | Unknown | | 0.00 | FA |
| 49 | MCENERY ENTERPRISES LLC EMPLOYEE 401K | 1.00 | Unknown | | 0.00 | FA |
| 50 | MCENERY HOTELS LLC | 1.00 | Unknown | | 0.00 | FA |
| 51 | STEAMBOAT LLC | 1.00 | Unknown | | 0.00 | FA |
| 52 | 14.28% INTEREST IN EMPRESS FIN GROUP, LLC | 1.00 | Unknown | | 0.00 | FA |
| 53 | 33.34% INTEREST IN BARON PARTNERS | 1.00 | 0.00 | | 0.00 | FA |
| 54 | POTENTIAL TA REFUND 2010 | 29,905.50 | Unknown | | 0.00 | FA |
| 55 | GAMING LICENSES, COLORADO, LOUISIANA ,ETC | 1.00 | Unknown | | 0.00 | FA |
| 56 | LIQUOR LICENSES IN LA & MISSISSIPPI | 1.00 | Unknown | | 0.00 | FA |
| 57 | US TROTTING ASSOC LICENSE | 1.00 | 0.00 | | 0.00 | FA |
| 58 | DRIVER'S LICENSE | 1.00 | 0.00 | | 0.00 | FA |
| 59 | PETENTIAL CLAIMS AGAINST THIRD PARTIES | Unknown | Unknown | | 0.00 | FA |
| 60 | TWO MINIATURE TRAINS FROM KIDDIELAND | Unknown | Unknown | | 0.00 | FA |
| 61 | INDIANA LOTS SECURED BY CITIZENS  (u) | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 62 | BANKRUPTCY FILING RETAINER  (u) | 12,000.00 | 11,765.10 | | 11,765.10 | FA |
| 63 | POST-PETITION TRANSFER FROM SALE OF REAL ESTATE  (u) | Unknown | Unknown | | 0.00 | FA |
| 64 | INTEREST IN GREEN GARDENS COUNTRY CLUB (u) | 1.00 | Unknown | | 0.00 | FA |
| 65 | RENT OWED BY GREEN GARDENS COUNTY CLUB (u) | 240,000.00 | Unknown | | 0.00 | FA |
| 66 | ADDITIONAL RENTS OWED BY GREEN GARDENS CC (u) | Unknown | Unknown | | 0.00 | FA |
| 66 | **Assets**   Totals (Excluding unknown values) | **$1,142,187.53** | **$52,263.60** | | **$71,624.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR SUBMITTED TO US TEE FOR REVIEW ON 8/2/17

Exhibit A

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-25934-DLT | Trustee:   (330180)   THOMAS B. SULLIVAN, TRUSTEE |
| Case Name:   MCENERY, WILLIAM | Filed (f) or Converted (c):   06/20/12 (c) |
| | §341(a) Meeting Date:   07/19/12 |
| Period Ending: 09/24/17 | Claims Bar Date:   03/15/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

TEE REVIEWING CLAIMS; PREPARING CLAIM OBJECTIONS; TFR TO FOLLOW

REVIEWING DOCUMENTS WITH ALAN LASKO TO DETERIMINE IF FURTHER INVESTIGATION SHOULD BE DONE; FINAL REPORT TO FOLLOW ONCE THIS IS DETERMINED

PURSUING ADVERSARY AGAINST STANDARD BANK

INVESTIGATING 11 USC 506(C) MOTION VERSUS FIRST MIDWEST BANK FROM SALE OF GOLF COURSE; SETTLED ISSUES REGARDING 2011 TAX REFUNDS; DEEDED PROPERTY IN LIEU OF FORECLSOURE REGARDING INDIANA LOTS; TURNOVER OF FUNDS FROM ACCOUNT; INVESTIGATION OF POSSIBLE POST-PETITION TRANFERS FROM SALE OF REAL ESTATE INTEREST;

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR):   December 31, 2014 | | Current Projected Date Of Final Report (TFR):   June 30, 2017 | |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-25934-DLT |
| Case Name: | MCENERY, WILLIAM |
| Taxpayer ID #: | **-***3590 |
| Period Ending: | 09/24/17 |

| | |
|---|---|
| Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******72-66 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/12 | {7} | TD AMERITRADE CLEARING | TURNOVER OF AMERITRADE FUNDS | 1129-000 | 19,859.18 | | 19,859.18 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.69 | 19,818.49 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.61 | 19,777.88 |
| 12/28/12 | {61} | CITIZENS BANK | 506(C) EXPENSE/INDIANA LOTS | 1249-000 | 15,000.00 | | 34,777.88 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.17 | 34,738.71 |
| 01/03/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033018088<br>20130103 | 9999-000 | | 34,738.71 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 34,859.18 | 34,859.18 | $0.00 |
| Less: Bank Transfers | 0.00 | 34,738.71 | |
| Subtotal | 34,859.18 | 120.47 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $34,859.18 | $120.47 | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-25934-DLT | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** MCENERY, WILLIAM | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******4166 - Checking Account |
| **Taxpayer ID #:** **-***3590 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 09/24/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 34,738.71 | | 34,738.71 |
| 01/07/13 | {5} | FIDELITY NATIONAL TITLE AGENCY INC. | SALE OF PERSONAL PROPERTY RE: DESERT ROSE INN/BENSON AZ | 1129-000 | 5,000.00 | | 39,738.71 |
| 01/07/13 | {5} | FIDELITY NATIONAL TITLE AGENCY INC. | SALE OF MOBILE HOME/BENSON, AZ | 1129-000 | 20,000.00 | | 59,738.71 |
| 01/10/13 | 10101 | EUNICE SACHS & ASSOCIATES | INV 41600/DEPOSITION OF MCENERY | 2990-000 | | 215.00 | 59,523.71 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.33 | 59,444.38 |
| 02/13/13 | 10102 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-25934, Bond #016026455<br>Voided on 02/13/13 | 2300-000 | | 33.15 | 59,411.23 |
| 02/13/13 | 10102 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-25934, Bond #016026455<br>Voided: check issued on 02/13/13 | 2300-000 | | -33.15 | 59,444.38 |
| 02/13/13 | 10103 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-25934, bond#016026455 | 2300-000 | | 33.15 | 59,411.23 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.78 | 59,331.45 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.49 | 59,248.96 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.90 | 59,158.06 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.92 | 59,070.14 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.29 | 58,990.85 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.33 | 58,897.52 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.71 | 58,812.81 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.77 | 58,731.04 |
| 10/07/13 | {62} | VORYS, SATER, SYMOUR AND PEASE, LLP | UNUSED RETAINER FOR BANKRUPTCY FILING | 1229-000 | 11,765.10 | | 70,496.14 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.90 | 70,390.24 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.49 | 70,295.75 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.22 | 70,184.53 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.31 | 70,080.22 |
| 02/03/14 | 10104 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #11-25934, BOND#016026455 | 2300-000 | | 58.79 | 70,021.43 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.05 | 69,927.38 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.22 | 69,830.16 |

| | Subtotals : | $71,503.81 | $1,673.65 |
|---|---|---|---|

{} Asset reference(s)

Printed: 09/24/2017 10:06 PM    V.13.30

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-25934-DLT |
| **Case Name:** | MCENERY, WILLIAM |
| **Taxpayer ID #:** | **-***3590 |
| **Period Ending:** | 09/24/17 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******4166 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | <br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.14 | 69,723.02 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.28 | 69,622.74 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.80 | 69,525.94 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.01 | 69,415.93 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.51 | 69,319.42 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.35 | 69,213.07 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.87 | 69,110.20 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.46 | 69,020.74 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.51 | 68,908.23 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.11 | 68,809.12 |
| 02/26/15 | 10105 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-25934, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 65.57 | 68,743.55 |
| 02/26/15 | 10105 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-25934, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -65.57 | 68,809.12 |
| 02/26/15 | 10106 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-25934, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 66.76 | 68,742.36 |
| 02/26/15 | 10106 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-25934, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -66.76 | 68,809.12 |
| 02/26/15 | 10107 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-25934, BOND NUMBER 10BSBGR6291 | 2300-000 | | 65.57 | 68,743.55 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.37 | 68,651.18 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.38 | 68,545.80 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.59 | 68,447.21 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.16 | 68,352.05 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.86 | 68,247.19 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.43 | 68,145.76 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.74 | 68,051.02 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.41 | 67,946.61 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.73 | 67,848.88 |

Subtotals :        $0.00        $1,981.28

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-25934-DLT | |
| **Case Name:** MCENERY, WILLIAM | |
| **Taxpayer ID #:** **-***3590 | |
| **Period Ending:** 09/24/17 | |

| | |
|---|---|
| **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) | |
| **Bank Name:** Rabobank, N.A. | |
| **Account:** ******4166 - Checking Account | |
| **Blanket Bond:** $5,000,000.00  (per case limit) | |
| **Separate Bond:** N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 94.33 | 67,754.55 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 107.20 | 67,647.35 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 93.80 | 67,553.55 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 93.67 | 67,459.88 |
| 03/07/16 | 10108 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #11-25934, Bond No. 10BSBGR6291 | | 2300-000 | | 41.35 | 67,418.53 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 106.45 | 67,312.08 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 93.33 | 67,218.75 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 93.20 | 67,125.55 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 105.92 | 67,019.63 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 92.92 | 66,926.71 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 105.60 | 66,821.11 |
| 09/29/16 | 10109 | CHUHAK & TECSON, PC | | | | | 12,530.00 | 54,291.11 |
| | | | FEES TO COUNSEL | 12,440.00 | 3210-000 | | | 54,291.11 |
| | | | EXPENSES TO COUNSEL | 90.00 | 3220-000 | | | 54,291.11 |
| 09/29/16 | 10110 | ALAN D LASKO & ASSOCIATES, PC | | | | | 24,989.79 | 29,301.32 |
| | | | FEES | 24,901.90 | 3410-000 | | | 29,301.32 |
| | | | EXPENSES | 87.89 | 3420-000 | | | 29,301.32 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 95.84 | 29,205.48 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 63.81 | 29,141.67 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 44.59 | 29,097.08 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 41.73 | 29,055.35 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 44.56 | 29,010.79 |
| 02/23/17 | 10111 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2016 FOR CASE #11-25934, Bond #016073584 | | 2300-000 | | 61.85 | 28,948.94 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 38.94 | 28,910.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 43.03 | 28,866.97 |
| 04/03/17 | 10112 | CHUHAK & TECKSON | fees to counsel - second interim | | 3210-000 | | 2,555.00 | 26,311.97 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 37.52 | 26,274.45 |
| 05/11/17 | 10113 | ANDREW MAXWELL | | | 3210-600 | | 3,215.00 | 23,059.45 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 41.57 | 23,017.88 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 33.25 | 22,984.63 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 31.95 | 22,952.68 |

Subtotals :           $0.00          $44,896.20

{} Asset reference(s)

Printed: 09/24/2017 10:06 PM     V.13.30

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-25934-DLT |
| Case Name: | MCENERY, WILLIAM |
| Taxpayer ID #: | **-***3590 |
| Period Ending: | 09/24/17 |

| | |
|---|---|
| Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******4166 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 71,503.81 | 48,551.13 | $22,952.68 |
| | | | Less: Bank Transfers | | 34,738.71 | 0.00 | |
| | | | Subtotal | | 36,765.10 | 48,551.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $36,765.10 | $48,551.13 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ****-*****72-66 | 34,859.18 | 120.47 | 0.00 |
| Checking # ******4166 | 36,765.10 | 48,551.13 | 22,952.68 |
| | $71,624.28 | $48,671.60 | $22,952.68 |

# E X H I B I T  A
## ANALYSIS OF CLAIMS REGISTER     Claims Bar Date: March 15, 2013

**Case Number:** 11-25934-DLT                 Page: 1                 **Date:** September 24, 2017
**Debtor Name:** MCENERY, WILLIAM                                    **Time:** 10:06:35 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | CHUHAK & TECSON, PC<br>30 S WACKER DRIVE<br>26TH FLOOR<br>CHICAGO, IL 60606 | Admin Ch. 7 | | $15,787.00 | $14,995.00 | 792.00 |
| 200 | ALAN D LASKO & ASSOCIATES, PC<br>205 WEST RANDOLPH STREET<br>STE 1150<br>CHICAGO, IL 60606 | Admin Ch. 7 | | $24,901.90 | $24,901.90 | 0.00 |
| 200 | ALAN D LASKO & ASSOCIATES, PC<br>205 WEST RANDOLPH STREET<br>STE 1150<br>CHICAGO, IL 60606 | Admin Ch. 7 | | $87.89 | $87.89 | 0.00 |
| 200 | CHUHAK & TECSON, PC<br>30 S WACKER DRIVE<br>26TH FLOOR<br>CHICAGO, IL 60606 | Admin Ch. 7 | | $90.00 | $90.00 | 0.00 |
| 200 | ANDREW MAXWELL<br>MAXWELL LAW GROUP, LLC<br>20 N CLARK, STE 200<br>CHICAGO, IL 60602 | Admin Ch. 7 | | $3,215.00 | $3,215.00 | 0.00 |
| 71<br>200 | United States Trustee<br>219 S Dearborn Street<br>Room 873<br>Chicago, IL 60604 | Admin Ch. 7 | | $1,950.00 | $0.00 | 1,950.00 |
| BOND<br>200 | ARTHUR B. LEVINE COMPANY<br>60 EAST 42ND STREET<br>ROOM 965<br>NEW YORK, NY 10165 | Admin Ch. 7 | | $41.35 | $41.35 | 0.00 |
| BOND<br>200 | INTERNATIONAL SURETIES,<br>LTD. | Admin Ch. 7 | | $61.85 | $61.85 | 0.00 |
| ADMIN1<br>200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $6,831.21 | $0.00 | 6,831.21 |
| ADMIN2<br>200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $105.12 | $0.00 | 105.12 |
| ADMIN3<br>200 | ZANE ZIELINSKI<br>6336 NORTH CICERO AVENUE<br>SUITE 201<br>CHICAGO, IL 60646 | Admin Ch. 7 | | $4,865.00 | $0.00 | 4,865.00 |
| ADMIN4<br>200 | ZANE ZIELINSKI<br>6336 NORTH CICERO AVENUE<br>SUITE 201<br>CHICAGO, IL 60646 | Admin Ch. 7 | | $61.42 | $0.00 | 61.42 |

# E X H I B I T  A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 15, 2013

| | | |
|---|---|---|
| **Case Number:** 11-25934-DLT | Page: 2 | **Date:** September 24, 2017 |
| **Debtor Name:** MCENERY, WILLIAM | | **Time:** 10:06:35 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 57 300 | INDIANA DEPT OF STATE REVENUE ATTN; CAROL SWAFFAR 100 N SENATE AVENUE, ROOM N203 INDIANAPOLIS, IN 46204 | Admin Ch. 11 | | $76,773.64 | $0.00 | 76,773.64 |
| 66 300 | Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd. 835 McClintock Drive, Second Floor Burr Ridge, IL 60527 | Admin Ch. 11 | | $57,171.28 | $0.00 | 57,171.28 |
| 69 300 | THE LAW OFC OF WILLIAM J FACTOR, LTD 105 W MADISON STREET SUITE 1500 CHICAGO, IL 60602 | Admin Ch. 11 | ALLOWED IN PART PER ORDER | $40,768.14 | $0.00 | 40,768.14 |
| 13 570 | INDIANA DEPT OF REVENUE BANKRUPTCY DEPT SECTION N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | Priority | SUPERSEDED BY CLAIM 56 | $0.00 | $0.00 | 0.00 |
| 27 -2 570 | ILLINOIS DEPT OF REVENUE BANKRUPTCY UNIT 100 W RANDOLPH ST, #7-400 CHICAGO, IL 60601 | Priority | DISALLOWED PER ORDER | $20,597.08 | $0.00 | 20,597.08 |
| 56 570 | INDIANA DEPT OF STATE REVENUE 100 NORTH SENATE AVENUE ROOM N 203 INDIANAPOLIS, IN 46204 | Priority | | $259,200.15 | $0.00 | 259,200.15 |
| 58 570 | INDIANA DEPT OF STATE REVENUE 100 NORTH SENATE AVENUE ROOM N 203 INDIANAPOLIS, IN 46204 | Priority | | $110,808.58 | $0.00 | 110,808.58 |
| 13 100 | INDIANA DEPT OF REVENUE BANKRUPTCY DEPT SECTION N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | Secured | SUPERSEDED BY CLAIM 56 | $0.00 | $0.00 | 0.00 |
| 15 560 | BANK OF AMERICA, NA 231 SOUTH LASALLE STREET CHICAGO, IL 60604 | Secured | DISALLOWED PER ORDER | $0.00 | $0.00 | 0.00 |
| 16 560 | FIRST MIDWEST BANK C/O MICHAEL J SMALL, ESQ 321 N CLARK STREET, STE 2800 CHICAGO, IL 60654 | Secured | DISALLOWED PER ORDER | $0.00 | $0.00 | 0.00 |
| 19 560 | HOMESTAR BANK C/O MELTZER PURTILL & STELLE LLC 300 S WACKER DRIVE, SUITE 3500 CHICAGO, IL 60606 | Secured | DISALLOWED PER ORDER | $0.00 | $0.00 | 0.00 |

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 15, 2013

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 11-25934-DLT | | | Page: 3 | | **Date:** September 24, 2017 | |
| **Debtor Name:** MCENERY, WILLIAM | | | | | **Time:** 10:06:35 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 20<br>560 | HUSKY MARKETING & SUPPLY CO<br>DINSMORE & SHOHL LLP<br>191 W NATIONWIDE BLVD, STE 300<br>COLUMBUS, OH 43215 | Secured | DISALLOWED PER ORDER | $0.00 | $0.00 | 0.00 |
| 21<br>560 | CITIZENS FINANCIAL SERVICES, FSB<br>CHAPMAN & CUTLER, LLP<br>111 W MONROE STREET, STE 1700<br>CHICAGO, IL 60603 | Secured | DISALLOWED PER ORDER | $0.00 | $0.00 | 0.00 |
| 27<br>560 | iLLINOIS DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST, #7-400<br>CHICAGO, IL 60601 | Secured | DISALLOWED PER ORDER | $0.00 | $0.00 | 0.00 |
| 53<br>560 | FIDELITY NATIONAL TITLE GROUP<br>C/O CARLSON DASH LLC<br>216 S JEFFERSON ST, STE 504<br>CHICAGO, IL 60661 | Secured | DISALLOWED PER ORDER | $0.00 | $0.00 | 0.00 |
| 56<br>560 | INDIANA DEPT OF STATE REVENUE<br>100 NORTH SENATE AVENUE<br>ROOM N 203<br>INDIANAPOLIS, IN 46204 | Secured | DISALLOWED PER ORDER | $0.00 | $0.00 | 0.00 |
| 58<br>560 | INDIANA DEPT OF STATE REVENUE<br>100 NORTH SENATE AVENUE<br>ROOM N 203<br>INDIANAPOLIS, IN 46204 | Secured | DISALLOWED PER ORDER | $0.00 | $0.00 | 0.00 |
| 63<br>560 | PORTER COUNTY TREASURER<br>155 INDIANA AVENUE<br>STE 209<br>VALPARAISO, IN 46383 | Secured | | $2,464.70 | $0.00 | 2,464.70 |
| 1<br>610 | Cole Taylor Bank<br>Bruce L Wald,Tishler & Wald Ltd,200 S<br>Wacker Drive Ste 3000<br>Chicago, IL 60606 | Unsecured | | $27,733,363.01 | $0.00 | 27,733,363.01 |
| 2<br>610 | Valero Marketing & Supply Co<br>Dennis B Porick Ltd<br>63 W Jefferson St #100<br>Joliet, IL 60432 | Unsecured | | $2,171,305.72 | $0.00 | 2,171,305.72 |
| 3<br>610 | Colophon Real Properties, LLC<br>c/o Bruce de'Medici<br>20 S. Clark Street, Ste 300<br>Chicago, IL 60603 | Unsecured | | $25,000.00 | $0.00 | 25,000.00 |
| 4 -2<br>610 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $55,841.60 | $0.00 | 55,841.60 |
| 5 -2<br>610 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $96,205.99 | $0.00 | 96,205.99 |

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 15, 2013

**Case Number:** 11-25934-DLT  
**Debtor Name:** MCENERY, WILLIAM

Page: 4

**Date:** September 24, 2017  
**Time:** 10:06:35 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 -2<br>610 | Department Of The Treasury<br>Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 7<br>610 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Unsecured | | $94,651.40 | $0.00 | 94,651.40 |
| 8<br>610 | Jacob Struble Properties LLC<br>Waterfall, Economidis et al<br>5210 E Williams Cir 8th Fl<br>Tucson, AZ 85711 | Unsecured | | $650,558.37 | $0.00 | 650,558.37 |
| 9 -2<br>610 | Wells Fargo Equipment Finance, Inc.<br>c/o Thomas Askounis,Askounis & Darcy,<br>PC,401 N. Michigan Ave., Suite 550<br>Chicago, IL 60611 | Unsecured | | $308,618.89 | $0.00 | 308,618.89 |
| 10 -2<br>610 | First American Commercial Bancorp, Inc.<br>c/o Thomas Askounis,Askounis & Darcy,<br>PC,401 N. Michigan Ave., Suite 550<br>Chicago, IL 60611 | Unsecured | | $150,562.93 | $0.00 | 150,562.93 |
| 11 -2<br>610 | American Express Bank, FSB<br>Becket and Lee LLP<br>Attorneys/Agent For Creditor,POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $6,337.75 | $0.00 | 6,337.75 |
| 12 -2<br>610 | American Express Centurion Bank<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor,POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $11,070.06 | $0.00 | 11,070.06 |
| 13<br>610 | INDIANA DEPT OF REVENUE<br>BANKRUPTCY DEPT SECTION N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | Unsecured | SUPERSEDED BY CLAIM 56 | $0.00 | $0.00 | 0.00 |
| 14<br>610 | Indiana Department Of Revenue<br>Bankruptcy Department Section N-240<br>100 North Senate Avenue<br>Indianpolis, IN 46204 | Unsecured | | $169,984.55 | $0.00 | 169,984.55 |
| 17<br>610 | The PrivateBank and Trust Company<br>Attn: James D. Thompson<br>120 S. LaSalle Street<br>Chicago, IL 60603 | Unsecured | | $4,441,626.14 | $0.00 | 4,441,626.14 |
| 18<br>610 | Old Second National Bank<br>c/o Meltzer Purtill & Stelle LLC,Attn:<br>Forrest B. Lammiman,300 S. Wacker Drive,<br>Chicago, IL 60606 | Unsecured | | $11,607,684.41 | $0.00 | 11,607,684.41 |
| 22<br>610 | Navajo Refining Company, L.L.C.<br>c/o James Billingsley,K&L Gates<br>LLP,1717 Main Street, Suite 2800<br>Dallas, TX 75201 | Unsecured | | $1,157,664.98 | $0.00 | 1,157,664.98 |

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 15, 2013

Case Number: 11-25934-DLT

Debtor Name: MCENERY, WILLIAM

Page: 5

**Date:** September 24, 2017
**Time:** 10:06:35 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 23 -2 610 | American Express Centurion Bank Becket and Lee LLP Attorneys/Agent For Creditor,POB 3001 Malvern, PA 19355-0701 | Unsecured | | $3,896.86 | $0.00 | 3,896.86 |
| 24 610 | Lyman C Tieman 11637 Coach Dr Mokena, IL 60448 | Unsecured | | $77,297.89 | $0.00 | 77,297.89 |
| 25 610 | Kankakee County Treasurer 470 E Merchant Street Kankakee, IL 60901 | Unsecured | | $89.00 | $0.00 | 89.00 |
| 26 610 | Latham & Watkins LLP 885 Third Ave,New York, NY 10022,Attn: Robert J Rosenberg | Unsecured | | $9,000,000.00 | $0.00 | 9,000,000.00 |
| 27 -2 610 | ILLINOIS DEPT OF REVENUE BANKRUPTCY UNIT 100 W RANDOLPH ST, #7-400 CHICAGO, IL 60601 | Unsecured | DISALLOWED PER ORDER | $25,654.74 | $0.00 | 25,654.74 |
| 28 -3 610 | Pennzoil-Quaker State Company dba SOPUS Products,Anna Hathaway,Shell Oil Company,910 Louisiana, Room 1162 Houston, TX 77002 | Unsecured | | $2,760.33 | $0.00 | 2,760.33 |
| 29 -2 610 | Equilion Enterprises LLC dba Shell Oil Products US,Anna Hathaway,Shell Oil Company,910 Louisiana Houston, TX 77002 | Unsecured | | $284,004.72 | $0.00 | 284,004.72 |
| 30 610 | G.P.& W Inc dba Center Markeing Company 600 Mason Ridge Center Drive St. Louis, MO 63141 | Unsecured | | $317,233.10 | $0.00 | 317,233.10 |
| 31 610 | Great Lakes Bank, N.A. c/o Barbara L. Yong, Esq.,Golan & Christie LLP,70 W. Madison Street, Suite Chicago, IL 60602 | Unsecured | | $2,221,551.72 | $0.00 | 2,221,551.72 |
| 32 -2 610 | Margaret McEnery c/o Daniel Dawson,Nisen & Elliott, LLC,200 W. Adams Street, Suite 2500 Chicago, IL 60606 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 33 610 | SUBURBAN BANK & TRUST CO FREEBORN & PETER, LLP 311 S WACKER DRIVE, STE 3000 CHICAGO, IL 60606 | Unsecured | ALLOWED AS GENERAL UNSECURED CLAIM PER ORDER | $817,179.09 | $0.00 | 817,179.09 |
| 34 610 | Banco Popular North America Chuhak & Tecson PC,Attn: Kevin R Purtill,30 S. Wacker Drive, Suite 2600 Chicago, IL 60606-7512 | Unsecured | | $1,898,159.89 | $0.00 | 1,898,159.89 |

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 15, 2013

**Case Number:** 11-25934-DLT  
**Debtor Name:** MCENERY, WILLIAM

Page: 6

**Date:** September 24, 2017  
**Time:** 10:06:35 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 35<br>610 | Banco Popular North America<br>Chuhak & Tecson PC,Attn: Kevin R<br>Purtill,30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606-7512 | Unsecured | DUPLICATE CLAIM | $0.00 | $0.00 | 0.00 |
| 36 -2<br>610 | U.S. Venture, Inc.<br>c/o David E. Cohen, P.C.<br>1247 Waukegan Road,Suite 100<br>Glenview, IL 60025 | Unsecured | | $530,244.07 | $0.00 | 530,244.07 |
| 37 -3<br>610 | First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 | Unsecured | | $8,098,664.08 | $0.00 | 8,098,664.08 |
| 38<br>610 | FIRST MERIT BANK<br>14701 SOUTH LAGRANGE ROAD<br>ORLAND PARK, IL 60462 | Unsecured | ALLOWED AS GENERAL UNSECURED PER ORDER | $1,843,129.14 | $0.00 | 1,843,129.14 |
| 39<br>610 | First Community Bank of Homer Glen &<br>Lockport<br>13963 S Bell Road<br>Homer Glen, IL 60491 | Unsecured | | $6,847,785.51 | $0.00 | 6,847,785.51 |
| 40<br>610 | First Community Bank of Homer Glen &<br>Lockport<br>13963 S Bell Road<br>Homer Glen, IL 60491 | Unsecured | | $337,344.78 | $0.00 | 337,344.78 |
| 41<br>610 | First Community Bank of Homer Glen &<br>Lockport<br>13963 S Bell Road<br>Homer Glen, IL 60491 | Unsecured | | $1,419,106.55 | $0.00 | 1,419,106.55 |
| 42<br>610 | GE COMMERCIAL FINANCE BUSINESS<br>PROPERTY CORP<br>QUARLES & BRADY LLP<br>300 N LASALLE STREET, STE 400<br>CHICAGO, IL 60654 | Unsecured | ALLOWED AS GENERAL UNSECURED CLAIM PER ORDER | $1,300,693.22 | $0.00 | 1,300,693.22 |
| 43<br>610 | AVN Air LLC<br>Reed Smith LLP Attn Aaron B Chapin<br>10 S Wacker Drive Suite 4000<br>Chicago, IL 60606 | Unsecured | | $5,691,863.00 | $0.00 | 5,691,863.00 |
| 44<br>610 | General Electric Capital Corporation<br>Reed Smith Attn Aaron B Chapin Esq<br>10 S Wacker Drive Suite 4000<br>Chicago, IL 60606 | Unsecured | | $6,372,705.58 | $0.00 | 6,372,705.58 |
| 45 -3<br>610 | First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 | Unsecured | | $1,080,339.40 | $0.00 | 1,080,339.40 |
| 46 -2<br>610 | First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 | Unsecured | | $1,082,075.22 | $0.00 | 1,082,075.22 |

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 15, 2013

**Case Number:** 11-25934-DLT
**Debtor Name:** MCENERY, WILLIAM

Page: 7

**Date:** September 24, 2017
**Time:** 10:06:36 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 47 -2<br>610 | First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 | Unsecured | | $71,899.38 | $0.00 | 71,899.38 |
| 48 -2<br>610 | First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 | Unsecured | | $5,731,170.78 | $0.00 | 5,731,170.78 |
| 49 -2<br>610 | First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 | Unsecured | | $496,200.01 | $0.00 | 496,200.01 |
| 50 -2<br>610 | First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 | Unsecured | | $382,978.37 | $0.00 | 382,978.37 |
| 51 -2<br>610 | First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 | Unsecured | | $16,369,185.73 | $0.00 | 16,369,185.73 |
| 52 -2<br>610 | First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 | Unsecured | | $1,080,339.40 | $0.00 | 1,080,339.40 |
| 54<br>610 | Winston & Strawn LLP<br>c/o Joseph A. Walsh, Jr.<br>Winston & Strawn LLP,35 W. Wacker Drive<br>Chicago, IL 60601 | Unsecured | | $207,622.78 | $0.00 | 207,622.78 |
| 55<br>610 | Legends Gaming LLC<br>c/o Joseph A. Walsh, Jr.<br>Winston & Strawn LLP,35 W. Wacker Drive<br>Chicago, IL 60601 | Unsecured | | $9,000,000.00 | $0.00 | 9,000,000.00 |
| 56<br>610 | INDIANA DEPT OF STATE REVENUE<br>100 NORTH SENATE AVENUE<br>ROOM N 203<br>INDIANAPOLIS, IN 46204 | Unsecured | | $26,504.50 | $0.00 | 26,504.50 |
| 58<br>610 | INDIANA DEPT OF STATE REVENUE<br>100 NORTH SENATE AVENUE<br>ROOM N 203<br>INDIANAPOLIS, IN 46204 | Unsecured | | $9,918.09 | $0.00 | 9,918.09 |
| 59<br>610 | Cochise County Treasurer<br>c/o Terry Bannon<br>P.O. Drawer CA<br>Bisbee, AZ 85603-0170 | Unsecured | withdrawn | $0.00 | $0.00 | 0.00 |
| 60<br>610 | HUSKY MARKETING & SUPPLY CO<br>C/O DINSMORE & SHOHL LLP<br>191 W. NATIONWIDE BLVD, STE 300<br>COLUMBUS, OH 43215 | Unsecured | ALLOWED AS GENERAL UNSECURED CLAIM PER ORDER | $1,938,199.57 | $0.00 | 1,938,199.57 |
| 61<br>610 | MB Financial Bank N.A.<br>Mark E Leipold<br>222 N LaSalle,Suite 800<br>Chicago, IL 60601 | Unsecured | | $3,791,323.97 | $0.00 | 3,791,323.97 |

# E X H I B I T  A
## ANALYSIS OF CLAIMS REGISTER     Claims Bar Date: March 15, 2013

**Case Number:** 11-25934-DLT                Page:  8                    **Date:** September 24, 2017
**Debtor Name:** MCENERY, WILLIAM                                       **Time:** 10:06:36 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 62<br>610 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | WITHDRAWN | $0.00 | $0.00 | 0.00 |
| 64 -2<br>610 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $95,609.78 | $0.00 | 95,609.78 |
| 65 -2<br>610 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $51,738.58 | $0.00 | 51,738.58 |
| 67<br>610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $55.07 | $0.00 | 55.07 |
| 68<br>610 | Lyman C Tieman<br>11637 Coach Dr<br>Mokena, IL 60448 | Unsecured | | $91,632.85 | $0.00 | 91,632.85 |
| 70<br>610 | Arizona Department of<br>Enviromental Quality,c/o Barbara<br>Klabacha,1275 West Washington Street<br>Phoenix, AZ 85007 | Unsecured | | $935.34 | $0.00 | 935.34 |
| << Totals >> | | | | 137,903,349.20 | 43,392.99 | 137,859,956.21 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-25934-DLT
Case Name: MCENERY, WILLIAM
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:**        $        22,952.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13 | INDIANA DEPT OF REVENUE | 162.49 | 0.00 | 0.00 | 0.00 |
| 15 | BANK OF AMERICA, NA | 92,411,207.99 | 0.00 | 0.00 | 0.00 |
| 16 | FIRST MIDWEST BANK | 22,510,254.78 | 0.00 | 0.00 | 0.00 |
| 19 | HOMESTAR BANK | 18,894,118.43 | 0.00 | 0.00 | 0.00 |
| 20 | HUSKY MARKETING & SUPPLY CO | 1,938,199.57 | 0.00 | 0.00 | 0.00 |
| 21 | CITIZENS FINANCIAL SERVICES, FSB | 4,078,134.06 | 0.00 | 0.00 | 0.00 |
| 27 | iLLINOIS DEPT OF REVENUE | 4,431,017.21 | 0.00 | 0.00 | 0.00 |
| 53 | FIDELITY NATIONAL TITLE GROUP | 250,000.00 | 0.00 | 0.00 | 0.00 |
| 56 | INDIANA DEPT OF STATE REVENUE | 162.49 | 0.00 | 0.00 | 0.00 |
| 58 | INDIANA DEPT OF STATE REVENUE | 162.49 | 0.00 | 0.00 | 0.00 |
| 63 | PORTER COUNTY TREASURER | 2,464.70 | 2,464.70 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $        0.00
Remaining balance:    $        22,952.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 6,831.21 | 0.00 | 6,831.21 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 105.12 | 0.00 | 105.12 |
| Attorney for Trustee, Fees - CHUHAK & TECSON, PC | 15,787.00 | 14,995.00 | 792.00 |
| Attorney for Trustee, Expenses - CHUHAK & TECSON, PC | 90.00 | 90.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | |
|---|---|---|---|
| Accountant for Trustee, Fees - ALAN D LASKO & ASSOCIATES, PC | 24,901.90 | 24,901.90 | 0.00 |
| Accountant for Trustee, Expenses - ALAN D LASKO & ASSOCIATES, PC | 87.89 | 87.89 | 0.00 |
| Fees, United States Trustee | 1,950.00 | 0.00 | 1,950.00 |
| Other Fees: ANDREW MAXWELL | 3,215.00 | 3,215.00 | 0.00 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 41.35 | 41.35 | 0.00 |
| Attorney for Trustee Fees - ZANE ZIELINSKI | 4,865.00 | 0.00 | 4,865.00 |
| Attorney for Trustee Expenses - ZANE ZIELINSKI | 61.42 | 0.00 | 61.42 |
| Other Expenses: INTERNATIONAL SURETIES, | 61.85 | 61.85 | 0.00 |

Total to be paid for chapter 7 administration expenses: **$**     14,604.75
Remaining balance: **$**     8,347.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Special Counsel Fees - Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd. | 57,171.28 | 0.00 | 2,731.69 |
| Other Expenses: INDIANA DEPT OF STATE REVENUE | 76,773.64 | 0.00 | 3,668.31 |
| Attorney for Trustee Fees - THE LAW OFC OF WILLIAM J FACTOR, LTD | 40,768.14 | 0.00 | 1,947.93 |

Total to be paid for prior chapter administrative expenses: **$**     8,347.93
Remaining balance: **$**     0.00

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $390,605.81 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | INDIANA DEPT OF REVENUE | 0.00 | 0.00 | 0.00 |
| 27 -2 | ILLINOIS DEPT OF REVENUE | 20,597.08 | 0.00 | 0.00 |
| 56 | INDIANA DEPT OF STATE REVENUE | 259,200.15 | 0.00 | 0.00 |
| 58 | INDIANA DEPT OF STATE REVENUE | 110,808.58 | 0.00 | 0.00 |

| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 137,277,567.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cole Taylor Bank | 27,733,363.01 | 0.00 | 0.00 |
| 2 | Valero Marketing & Supply Co | 2,171,305.72 | 0.00 | 0.00 |
| 3 | Colophon Real Properties, LLC | 25,000.00 | 0.00 | 0.00 |
| 4 -2 | FIA CARD SERVICES, N.A. | 55,841.60 | 0.00 | 0.00 |
| 5 -2 | FIA CARD SERVICES, N.A. | 96,205.99 | 0.00 | 0.00 |
| 6 -2 | Department Of The Treasury | 0.00 | 0.00 | 0.00 |
| 7 | Fifth Third Bank | 94,651.40 | 0.00 | 0.00 |
| 8 | Jacob Struble Properties LLC | 650,558.37 | 0.00 | 0.00 |
| 9 -2 | Wells Fargo Equipment Finance, Inc. | 308,618.89 | 0.00 | 0.00 |
| 10 -2 | First American Commercial Bancorp, Inc. | 150,562.93 | 0.00 | 0.00 |
| 11 -2 | American Express Bank, FSB | 6,337.75 | 0.00 | 0.00 |
| 12 -2 | American Express Centurion Bank | 11,070.06 | 0.00 | 0.00 |
| 13 | INDIANA DEPT OF REVENUE | 0.00 | 0.00 | 0.00 |
| 14 | Indiana Department Of Revenue | 169,984.55 | 0.00 | 0.00 |
| 17 | The PrivateBank and Trust Company | 4,441,626.14 | 0.00 | 0.00 |
| 18 | Old Second National Bank | 11,607,684.41 | 0.00 | 0.00 |
| 22 | Navajo Refining Company, L.L.C. | 1,157,664.98 | 0.00 | 0.00 |
| 23 -2 | American Express Centurion Bank | 3,896.86 | 0.00 | 0.00 |
| 24 | Lyman C Tieman | 77,297.89 | 0.00 | 0.00 |
| 25 | Kankakee County Treasurer | 89.00 | 0.00 | 0.00 |
| 26 | Latham & Watkins LLP | 9,000,000.00 | 0.00 | 0.00 |
| 27 -2 | ILLINOIS DEPT OF REVENUE | 25,654.74 | 0.00 | 0.00 |

| 28 -3 | Pennzoil-Quaker State Company | 2,760.33 | 0.00 | 0.00 |
|---|---|---|---|---|
| 29 -2 | Equilion Enterprises LLC | 284,004.72 | 0.00 | 0.00 |
| 30 | G.P.& W Inc | 317,233.10 | 0.00 | 0.00 |
| 31 | Great Lakes Bank, N.A. | 2,221,551.72 | 0.00 | 0.00 |
| 32 -2 | Margaret McEnery | 0.00 | 0.00 | 0.00 |
| 33 | SUBURBAN BANK & TRUST CO | 817,179.09 | 0.00 | 0.00 |
| 34 | Banco Popular North America | 1,898,159.89 | 0.00 | 0.00 |
| 35 | Banco Popular North America | 0.00 | 0.00 | 0.00 |
| 36 -2 | U.S. Venture, Inc. | 530,244.07 | 0.00 | 0.00 |
| 37 -3 | First Midwest Bank | 8,098,664.08 | 0.00 | 0.00 |
| 38 | FIRST MERIT BANK | 1,843,129.14 | 0.00 | 0.00 |
| 39 | First Community Bank of Homer Glen & Lockport | 6,847,785.51 | 0.00 | 0.00 |
| 40 | First Community Bank of Homer Glen & Lockport | 337,344.78 | 0.00 | 0.00 |
| 41 | First Community Bank of Homer Glen & Lockport | 1,419,106.55 | 0.00 | 0.00 |
| 42 | GE COMMERCIAL FINANCE BUSINESS PROPERTY CORP | 1,300,693.22 | 0.00 | 0.00 |
| 43 | AVN Air LLC | 5,691,863.00 | 0.00 | 0.00 |
| 44 | General Electric Capital Corporation | 6,372,705.58 | 0.00 | 0.00 |
| 45 -3 | First Midwest Bank | 1,080,339.40 | 0.00 | 0.00 |
| 46 -2 | First Midwest Bank | 1,082,075.22 | 0.00 | 0.00 |
| 47 -2 | First Midwest Bank | 71,899.38 | 0.00 | 0.00 |
| 48 -2 | First Midwest Bank | 5,731,170.78 | 0.00 | 0.00 |
| 49 -2 | First Midwest Bank | 496,200.01 | 0.00 | 0.00 |
| 50 -2 | First Midwest Bank | 382,978.37 | 0.00 | 0.00 |
| 51 -2 | First Midwest Bank | 16,369,185.73 | 0.00 | 0.00 |
| 52 -2 | First Midwest Bank | 1,080,339.40 | 0.00 | 0.00 |
| 54 | Winston & Strawn LLP | 207,622.78 | 0.00 | 0.00 |
| 55 | Legends Gaming LLC | 9,000,000.00 | 0.00 | 0.00 |
| 56 | INDIANA DEPT OF STATE REVENUE | 26,504.50 | 0.00 | 0.00 |
| 58 | INDIANA DEPT OF STATE REVENUE | 9,918.09 | 0.00 | 0.00 |
| 59 | Cochise County Treasurer | 0.00 | 0.00 | 0.00 |

| 60 | HUSKY MARKETING & SUPPLY CO | 1,938,199.57 | 0.00 | 0.00 |
| 61 | MB Financial Bank N.A. | 3,791,323.97 | 0.00 | 0.00 |
| 62 | US BANK N.A. | 0.00 | 0.00 | 0.00 |
| 64 -2 | FIA CARD SERVICES, N.A. | 95,609.78 | 0.00 | 0.00 |
| 65 -2 | FIA CARD SERVICES, N.A. | 51,738.58 | 0.00 | 0.00 |
| 67 | American Express Centurion Bank | 55.07 | 0.00 | 0.00 |
| 68 | Lyman C Tieman | 91,632.85 | 0.00 | 0.00 |
| 70 | Arizona Department of | 935.34 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $    0.00

Remaining balance: $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $    0.00

Remaining balance: $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $    0.00

Remaining balance: $    0.00

**UST Form 101-7-TFR (05/1/2011)**