# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MCENERY, WILLIAM                  §    Case No. 11-25934-DLT
                                         §
                                         §
Debtor(s)                                §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 10/19/2017 in Courtroom 613, United States Courthouse,
219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  09/25/2017         By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                                          Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MCENERY, WILLIAM § Case No. 11-25934-DLT
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 71,624.28 |
| *and approved disbursements of* | $ 48,671.60 |
| *leaving a balance on hand of* [1] | $ 22,952.68 |
| **Balance on hand:** | **$ 22,952.68** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13 | INDIANA DEPT OF REVENUE | 162.49 | 0.00 | 0.00 | 0.00 |
| 15 | BANK OF AMERICA, NA | 92,411,207.99 | 0.00 | 0.00 | 0.00 |
| 16 | FIRST MIDWEST BANK | 22,510,254.78 | 0.00 | 0.00 | 0.00 |
| 19 | HOMESTAR BANK | 18,894,118.43 | 0.00 | 0.00 | 0.00 |
| 20 | HUSKY MARKETING & SUPPLY CO | 1,938,199.57 | 0.00 | 0.00 | 0.00 |
| 21 | CITIZENS FINANCIAL SERVICES, FSB | 4,078,134.06 | 0.00 | 0.00 | 0.00 |
| 27 | iLLINOIS DEPT OF REVENUE | 4,431,017.21 | 0.00 | 0.00 | 0.00 |
| 53 | FIDELITY NATIONAL TITLE GROUP | 250,000.00 | 0.00 | 0.00 | 0.00 |
| 56 | INDIANA DEPT OF STATE REVENUE | 162.49 | 0.00 | 0.00 | 0.00 |
| 58 | INDIANA DEPT OF STATE REVENUE | 162.49 | 0.00 | 0.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| 63 | PORTER COUNTY TREASURER | 2,464.70 | 2,464.70 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 22,952.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 6,831.21 | 0.00 | 6,831.21 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 105.12 | 0.00 | 105.12 |
| Attorney for Trustee, Fees - CHUHAK & TECSON, PC | 15,787.00 | 14,995.00 | 792.00 |
| Attorney for Trustee, Expenses - CHUHAK & TECSON, PC | 90.00 | 90.00 | 0.00 |
| Accountant for Trustee, Fees - ALAN D LASKO & ASSOCIATES, PC | 24,901.90 | 24,901.90 | 0.00 |
| Accountant for Trustee, Expenses - ALAN D LASKO & ASSOCIATES, PC | 87.89 | 87.89 | 0.00 |
| Fees, United States Trustee | 1,950.00 | 0.00 | 1,950.00 |
| Other Fees: ANDREW MAXWELL | 3,215.00 | 3,215.00 | 0.00 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 41.35 | 41.35 | 0.00 |
| Attorney for Trustee Fees - ZANE ZIELINSKI | 4,865.00 | 0.00 | 4,865.00 |
| Attorney for Trustee Expenses - ZANE ZIELINSKI | 61.42 | 0.00 | 61.42 |
| Other Expenses: INTERNATIONAL SURETIES, | 61.85 | 61.85 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 14,604.75 |
| Remaining balance: | $ | 8,347.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Special Counsel Fees - Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd. | 57,171.28 | 0.00 | 2,731.69 |
| Other Expenses: INDIANA DEPT OF STATE REVENUE | 76,773.64 | 0.00 | 3,668.31 |
| Attorney for Trustee Fees - THE LAW OFC OF WILLIAM J FACTOR, LTD | 40,768.14 | 0.00 | 1,947.93 |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 8,347.93 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $390,605.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | INDIANA DEPT OF REVENUE | 0.00 | 0.00 | 0.00 |
| 27 -2 | ILLINOIS DEPT OF REVENUE | 20,597.08 | 0.00 | 0.00 |
| 56 | INDIANA DEPT OF STATE REVENUE | 259,200.15 | 0.00 | 0.00 |
| 58 | INDIANA DEPT OF STATE REVENUE | 110,808.58 | 0.00 | 0.00 |

Total to be paid for priority claims:    $          0.00
Remaining balance:                        $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 137,277,567.89 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cole Taylor Bank | 27,733,363.01 | 0.00 | 0.00 |
| 2 | Valero Marketing & Supply Co | 2,171,305.72 | 0.00 | 0.00 |
| 3 | Colophon Real Properties, LLC | 25,000.00 | 0.00 | 0.00 |
| 4 -2 | FIA CARD SERVICES, N.A. | 55,841.60 | 0.00 | 0.00 |
| 5 -2 | FIA CARD SERVICES, N.A. | 96,205.99 | 0.00 | 0.00 |
| 6 -2 | Department Of The Treasury | 0.00 | 0.00 | 0.00 |
| 7 | Fifth Third Bank | 94,651.40 | 0.00 | 0.00 |
| 8 | Jacob Struble Properties LLC | 650,558.37 | 0.00 | 0.00 |
| 9 -2 | Wells Fargo Equipment Finance, Inc. | 308,618.89 | 0.00 | 0.00 |
| 10 -2 | First American Commercial Bancorp, Inc. | 150,562.93 | 0.00 | 0.00 |
| 11 -2 | American Express Bank, FSB | 6,337.75 | 0.00 | 0.00 |
| 12 -2 | American Express Centurion Bank | 11,070.06 | 0.00 | 0.00 |
| 13 | INDIANA DEPT OF REVENUE | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 14 | Indiana Department Of Revenue | 169,984.55 | 0.00 | 0.00 |
| 17 | The PrivateBank and Trust Company | 4,441,626.14 | 0.00 | 0.00 |
| 18 | Old Second National Bank | 11,607,684.41 | 0.00 | 0.00 |
| 22 | Navajo Refining Company, L.L.C. | 1,157,664.98 | 0.00 | 0.00 |
| 23 -2 | American Express Centurion Bank | 3,896.86 | 0.00 | 0.00 |
| 24 | Lyman C Tieman | 77,297.89 | 0.00 | 0.00 |
| 25 | Kankakee County Treasurer | 89.00 | 0.00 | 0.00 |
| 26 | Latham & Watkins LLP | 9,000,000.00 | 0.00 | 0.00 |
| 27 -2 | ILLINOIS DEPT OF REVENUE | 25,654.74 | 0.00 | 0.00 |
| 28 -3 | Pennzoil-Quaker State Company | 2,760.33 | 0.00 | 0.00 |
| 29 -2 | Equilion Enterprises LLC | 284,004.72 | 0.00 | 0.00 |
| 30 | G.P.& W Inc | 317,233.10 | 0.00 | 0.00 |
| 31 | Great Lakes Bank, N.A. | 2,221,551.72 | 0.00 | 0.00 |
| 32 -2 | Margaret McEnery | 0.00 | 0.00 | 0.00 |
| 33 | SUBURBAN BANK & TRUST CO | 817,179.09 | 0.00 | 0.00 |
| 34 | Banco Popular North America | 1,898,159.89 | 0.00 | 0.00 |
| 35 | Banco Popular North America | 0.00 | 0.00 | 0.00 |
| 36 -2 | U.S. Venture, Inc. | 530,244.07 | 0.00 | 0.00 |
| 37 -3 | First Midwest Bank | 8,098,664.08 | 0.00 | 0.00 |
| 38 | FIRST MERIT BANK | 1,843,129.14 | 0.00 | 0.00 |
| 39 | First Community Bank of Homer Glen & Lockport | 6,847,785.51 | 0.00 | 0.00 |
| 40 | First Community Bank of Homer Glen & Lockport | 337,344.78 | 0.00 | 0.00 |
| 41 | First Community Bank of Homer Glen & Lockport | 1,419,106.55 | 0.00 | 0.00 |
| 42 | GE COMMERCIAL FINANCE BUSINESS PROPERTY CORP | 1,300,693.22 | 0.00 | 0.00 |
| 43 | AVN Air LLC | 5,691,863.00 | 0.00 | 0.00 |
| 44 | General Electric Capital Corporation | 6,372,705.58 | 0.00 | 0.00 |
| 45 -3 | First Midwest Bank | 1,080,339.40 | 0.00 | 0.00 |
| 46 -2 | First Midwest Bank | 1,082,075.22 | 0.00 | 0.00 |
| 47 -2 | First Midwest Bank | 71,899.38 | 0.00 | 0.00 |
| 48 -2 | First Midwest Bank | 5,731,170.78 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 49 -2 | First Midwest Bank | 496,200.01 | 0.00 | 0.00 |
| 50 -2 | First Midwest Bank | 382,978.37 | 0.00 | 0.00 |
| 51 -2 | First Midwest Bank | 16,369,185.73 | 0.00 | 0.00 |
| 52 -2 | First Midwest Bank | 1,080,339.40 | 0.00 | 0.00 |
| 54 | Winston & Strawn LLP | 207,622.78 | 0.00 | 0.00 |
| 55 | Legends Gaming LLC | 9,000,000.00 | 0.00 | 0.00 |
| 56 | INDIANA DEPT OF STATE REVENUE | 26,504.50 | 0.00 | 0.00 |
| 58 | INDIANA DEPT OF STATE REVENUE | 9,918.09 | 0.00 | 0.00 |
| 59 | Cochise County Treasurer | 0.00 | 0.00 | 0.00 |
| 60 | HUSKY MARKETING & SUPPLY CO | 1,938,199.57 | 0.00 | 0.00 |
| 61 | MB Financial Bank N.A. | 3,791,323.97 | 0.00 | 0.00 |
| 62 | US BANK N.A. | 0.00 | 0.00 | 0.00 |
| 64 -2 | FIA CARD SERVICES, N.A. | 95,609.78 | 0.00 | 0.00 |
| 65 -2 | FIA CARD SERVICES, N.A. | 51,738.58 | 0.00 | 0.00 |
| 67 | American Express Centurion Bank | 55.07 | 0.00 | 0.00 |
| 68 | Lyman C Tieman | 91,632.85 | 0.00 | 0.00 |
| 70 | Arizona Department of | 935.34 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**