IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **William McEnery** | ) | No. 11 B 25934 |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO:    See Attached

I, THOMAS B. SULLIVAN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on September 25, 2017 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

                                      BY:/s/ Thomas B. Sullivan
                                          Ch 7 Bankruptcy Trustee

Service List:

Joseph Baldi
jabaldi@baldiberg.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov

| | | |
|---|---|---|
| ARTHUR B. LEVINE COMPANY<br>60 EAST 42ND STREET<br>ROOM 965<br>NEW YORK, NY 10165 | AVN Air<br>Reed Smith LLP Attn Aaron B Chapin<br>10 S Wacker Drive Suite 4000<br>Chicago, IL 60606 | FSB American Express Bank<br>Becket and Lee LLP<br>Attorneys/Agent For Creditor,POB 3001<br>Malvern, PA 19355-0701 |
| American Express Centurion Bank<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor,POB 3001<br>Malvern, PA 19355-0701 | American Express Centurion Bank<br>Becket and Lee LLP<br>Attorneys/Agent For Creditor,POB 3001<br>Malvern, PA 19355-0701 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Arizona Department of<br>Enviromental Quality,c/o Barbara<br>Klabacha,1275 West Washington Street<br>Phoenix, AZ 85007 | NA BANK OF AMERICA<br>231 SOUTH LASALLE STREET<br>CHICAGO, IL 60604 | Banco Popular North America<br>Chuhak & Tecson PC,Attn: Kevin R<br>Purtill,30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606-7512 |
| Banco Popular North America<br>Chuhak & Tecson PC,Attn: Kevin R<br>Purtill,30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606-7512 | PC CHUHAK & TECSON<br>30 S WACKER DRIVE<br>26TH FLOOR<br>CHICAGO, IL 60606 | FSB CITIZENS FINANCIAL SERVICES<br>CHAPMAN & CUTLER, LLP<br>111 W MONROE STREET, STE 1700<br>CHICAGO, IL 60603 |
| Cochise County Treasurer<br>c/o Terry Bannon<br>P.O. Drawer CA<br>Bisbee, AZ 85603-0170 | Cole Taylor Bank<br>Bruce L Wald,Tishler & Wald Ltd,200 S<br>Wacker Drive Ste 3000<br>Chicago, IL 60606 | Colophon Real Properties, LLC<br>c/o Bruce de'Medici<br>20 S. Clark Street, Ste 300<br>Chicago, IL 60603 |
| Department Of The Treasury<br>Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Equilion Enterprises LLC<br>dba Shell Oil Products US,Anna<br>Hathaway,Shell Oil Company,910 Louisiana<br>Houston, TX 77002 | N.A. FIA CARD SERVICES<br>PO Box 15102<br>Wilmington, DE 19886-5102 |
| N.A. FIA CARD SERVICES<br>PO Box 15102<br>Wilmington, DE 19886-5102 | N.A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | N.A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 |
| FIDELITY NATIONAL TITLE GROUP<br>C/O CARLSON DASH LLC<br>216 S JEFFERSON ST, STE 504<br>CHICAGO, IL 60661 | FIRST MERIT BANK<br>14701 SOUTH LAGRANGE ROAD<br>ORLAND PARK, IL 60462 | FIRST MIDWEST BANK<br>C/O MICHAEL J SMALL, ESQ<br>321 N CLARK STREET, STE 2800<br>CHICAGO, IL 60654 |
| Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | First American Commercial Bancorp, Inc.<br>c/o Thomas Askounis,Askounis & Darcy,<br>PC,401 N. Michigan Ave., Suite 550<br>Chicago, IL 60611 | First Community Bank of Homer Glen &<br>13963 S Bell Road<br>Homer Glen, IL 60491 |
| First Community Bank of Homer Glen &<br>13963 S Bell Road<br>Homer Glen, IL 60491 | First Community Bank of Homer Glen &<br>13963 S Bell Road<br>Homer Glen, IL 60491 | First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 |

| | | |
|---|---|---|
| First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 | First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 | First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 |
| First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 | First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 | First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 |
| First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 | First Midwest Bank<br>7800 W. 95th Street, 2nd Floor East<br>Hickory Hills, IL 60457 | G.P.& W Inc<br>dba Center Markeing Company<br>600 Mason Ridge Center Drive<br>St. Louis, MO 63141 |
| GE COMMERCIAL FINANCE BUSINESS<br>QUARLES & BRADY LLP<br>300 N LASALLE STREET, STE 400<br>CHICAGO, IL 60654 | General Electric Capital Corporation<br>Reed Smith Attn Aaron B Chapin Esq<br>10 S Wacker Drive Suite 4000<br>Chicago, IL 60606 | Goldstine, Skrodzki, Russian, Nemec and<br>835 McClintock Drive, Second Floor<br>Burr Ridge, IL 60527 |
| N.A. Great Lakes Bank<br>c/o Barbara L. Yong, Esq.,Golan &<br>Christie LLP,70 W. Madison Street, Suite<br>Chicago, IL 60602 | HOMESTAR BANK<br>C/O MELTZER PURTILL & STELLE LLC<br>300 S WACKER DRIVE, SUITE 3500<br>CHICAGO, IL 60606 | HUSKY MARKETING & SUPPLY CO<br>DINSMORE & SHOHL LLP<br>191 W NATIONWIDE BLVD, STE 300<br>COLUMBUS, OH 43215 |
| HUSKY MARKETING & SUPPLY CO<br>C/O DINSMORE & SHOHL LLP<br>191 W. NATIONWIDE BLVD, STE 300<br>COLUMBUS, OH 43215 | ILLINOIS DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST, #7-400<br>CHICAGO, IL 60601 | ILLINOIS DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST, #7-400<br>CHICAGO, IL 60601 |
| INDIANA DEPT OF REVENUE<br>BANKRUPTCY DEPT SECTION N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | INDIANA DEPT OF REVENUE<br>BANKRUPTCY DEPT SECTION N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | INDIANA DEPT OF REVENUE<br>BANKRUPTCY DEPT SECTION N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 |
| INDIANA DEPT OF STATE REVENUE<br>100 NORTH SENATE AVENUE<br>ROOM N 203<br>INDIANAPOLIS, IN 46204 | INDIANA DEPT OF STATE REVENUE<br>100 NORTH SENATE AVENUE<br>ROOM N 203<br>INDIANAPOLIS, IN 46204 | INDIANA DEPT OF STATE REVENUE<br>100 NORTH SENATE AVENUE<br>ROOM N 203<br>INDIANAPOLIS, IN 46204 |
| INDIANA DEPT OF STATE REVENUE<br>ATTN; CAROL SWAFFAR<br>100 N SENATE AVENUE, ROOM N203<br>INDIANAPOLIS, IN 46204 | INDIANA DEPT OF STATE REVENUE<br>100 NORTH SENATE AVENUE<br>ROOM N 203<br>INDIANAPOLIS, IN 46204 | INDIANA DEPT OF STATE REVENUE<br>100 NORTH SENATE AVENUE<br>ROOM N 203<br>INDIANAPOLIS, IN 46204 |
| INDIANA DEPT OF STATE REVENUE<br>100 NORTH SENATE AVENUE<br>ROOM N 203<br>INDIANAPOLIS, IN 46204 | INTERNATIONAL SURETIES<br>LTD. | Indiana Department Of Revenue<br>Bankruptcy Department Section N-240<br>100 North Senate Avenue<br>Indianpolis, IN 46204 |

| | | |
|---|---|---|
| Jacob Struble Properties LLC<br>Waterfall, Economidis et al<br>5210 E Williams Cir 8th Fl<br>Tucson, AZ 85711 | Kankakee County Treasurer<br>470 E Merchant Street<br>Kankakee, IL 60901 | Latham & Watkins LLP<br>885 Third Ave,New York, NY 10022,Attn:<br>Robert J Rosenberg |
| Legends Gaming LLC<br>c/o Joseph A. Walsh, Jr.<br>Winston & Strawn LLP,35 W. Wacker Drive<br>Chicago, IL 60601 | Lyman C Tieman<br>11637 Coach Dr<br>Mokena, IL 60448 | Lyman C Tieman<br>11637 Coach Dr<br>Mokena, IL 60448 |
| MB Financial Bank N.A.<br>Mark E Leipold<br>222 N LaSalle,Suite 800<br>Chicago, IL 60601 | Margaret McEnery<br>c/o Daniel Dawson,Nisen & Elliott,<br>LLC,200 W. Adams Street, Suite 2500<br>Chicago, IL 60606 | Navajo Refining Company, L.L.C.<br>c/o James Billingsley,K&L Gates<br>LLP,1717 Main Street, Suite 2800<br>Dallas, TX 75201 |
| Old Second National Bank<br>c/o Meltzer Purtill & Stelle LLC,Attn:<br>Forrest B. Lammiman,300 S. Wacker Drive,<br>Chicago, IL 60606 | PORTER COUNTY TREASURER<br>155 INDIANA AVENUE<br>STE 209<br>VALPARAISO, IN 46383 | Pennzoil-Quaker State Company<br>dba SOPUS Products,Anna Hathaway,Shell<br>Oil Company,910 Louisiana, Room 1162<br>Houston, TX 77002 |
| SUBURBAN BANK & TRUST CO<br>FREEBORN & PETER, LLP<br>311 S WACKER DRIVE, STE 3000<br>CHICAGO, IL 60606 | THE LAW OFC OF WILLIAM J FACTOR,<br>105 W MADISON STREET<br>SUITE 1500<br>CHICAGO, IL 60602 | The PrivateBank and Trust Company<br>Attn: James D. Thompson<br>120 S. LaSalle Street<br>Chicago, IL 60603 |
| Inc U.S. Venture<br>c/o David E. Cohen, P.C.<br>1247 Waukegan Road,Suite 100<br>Glenview, IL 60025 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | United States Trustee<br>219 S Dearborn Street<br>Room 873<br>Chicago, IL 60604 |
| Valero Marketing & Supply Co<br>Dennis B Porick Ltd<br>63 W Jefferson St #100<br>Joliet, IL 60432 | Wells Fargo Equipment Finance, Inc.<br>c/o Thomas Askounis,Askounis & Darcy,<br>PC,401 N. Michigan Ave., Suite 550<br>Chicago, IL 60611 | Winston & Strawn LLP<br>c/o Joseph A. Walsh, Jr.<br>Winston & Strawn LLP,35 W. Wacker Drive<br>Chicago, IL 60601 |
| iLLINOIS DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST, #7-400<br>CHICAGO, IL 60601 | | |