**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MCENERY, WILLIAM                               § Case No. 11-25934-DLT
                                                      §
                                                      §
                                                      §
Debtor(s)                                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,095,331.84                      Assets Exempt: $100,967.53
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00               Claims Discharged
                                                     Without Payment: $137,277,567.89

Total Expenses of Administration: $71,624.28

---

   3) Total gross receipts of $ 71,624.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $71,624.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $144,515,884.21 | $2,464.70 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 63,276.35 | 63,276.35 | 63,276.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 210,515.01 | 174,713.06 | 8,347.93 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,198,312.06 | 390,605.81 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 146,961,939.99 | 137,277,567.89 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $292,949,927.62 | $137,908,627.81 | $71,624.28 |

    4) This case was originally filed under Chapter 7 on June 20, 2012. The case was pending for 66 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/31/2017          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TRAILER/DESERT ROSE INN/BENSON, AZ | 1129-000 | 25,000.00 |
| AMERITRADE ACCOUNT | 1129-000 | 19,859.18 |
| INDIANA LOTS SECURED BY CITIZENS | 1249-000 | 15,000.00 |
| BANKRUPTCY FILING RETAINER | 1229-000 | 11,765.10 |
| **TOTAL GROSS RECEIPTS** | | **$71,624.28** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | INDIANA DEPT OF REVENUE | 4800-070 | N/A | 162.49 | 0.00 | 0.00 |
| 15 | BANK OF AMERICA, NA | 4110-000 | N/A | 92,411,207.99 | 0.00 | 0.00 |
| 16 | FIRST MIDWEST BANK | 4110-000 | N/A | 22,510,254.78 | 0.00 | 0.00 |
| 19 | HOMESTAR BANK | 4110-000 | N/A | 18,894,118.43 | 0.00 | 0.00 |
| 20 | HUSKY MARKETING & SUPPLY CO | 4110-000 | N/A | 1,938,199.57 | 0.00 | 0.00 |
| 21 | CITIZENS FINANCIAL SERVICES, FSB | 4110-000 | N/A | 4,078,134.06 | 0.00 | 0.00 |
| 27 | iLLINOIS DEPT OF REVENUE | 4700-000 | N/A | 4,431,017.21 | 0.00 | 0.00 |
| 53 | FIDELITY NATIONAL TITLE GROUP | 4110-000 | N/A | 250,000.00 | 0.00 | 0.00 |
| 56 | INDIANA DEPT OF STATE REVENUE | 4110-000 | N/A | 162.49 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | INDIANA DEPT OF STATE REVENUE | 4110-000 | N/A | 162.49 | 0.00 | 0.00 |
| 63 | PORTER COUNTY TREASURER | 4110-000 | N/A | 2,464.70 | 2,464.70 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $144,515,884.21 | $2,464.70 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - CHUHAK & TECSON, PC | 3210-000 | N/A | 15,787.00 | 15,787.00 | 15,787.00 |
| Other - ANDREW MAXWELL | 3210-600 | N/A | 3,215.00 | 3,215.00 | 3,215.00 |
| Other - CHUHAK & TECSON, PC | 3220-000 | N/A | 90.00 | 90.00 | 90.00 |
| Other - ALAN D LASKO & ASSOCIATES, PC | 3410-000 | N/A | 24,901.90 | 24,901.90 | 24,901.90 |
| Other - ALAN D LASKO & ASSOCIATES, PC | 3420-000 | N/A | 87.89 | 87.89 | 87.89 |
| U.S. Trustee Quarterly Fees - United States Trustee | 2950-000 | N/A | 1,950.00 | 1,950.00 | 1,950.00 |
| Other - ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 41.35 | 41.35 | 41.35 |
| Other - INTERNATIONAL SURETIES, | 2300-000 | N/A | 61.85 | 61.85 | 61.85 |
| Trustee Compensation - THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 6,831.21 | 6,831.21 | 6,831.21 |
| Trustee Expenses - THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 105.12 | 105.12 | 105.12 |
| Other - ZANE ZIELINSKI | 3210-000 | N/A | 4,865.00 | 4,865.00 | 4,865.00 |
| Other - ZANE ZIELINSKI | 3220-000 | N/A | 61.42 | 61.42 | 61.42 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 40.69 | 40.69 | 40.69 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 40.61 | 40.61 | 40.61 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 39.17 | 39.17 | 39.17 |
| Other - EUNICE SACHS & ASSOCIATES | 2990-000 | N/A | 215.00 | 215.00 | 215.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 79.33 | 79.33 | 79.33 |
| Other - INTERNATIONAL SURETIES, | 2300-000 | N/A | 33.15 | 33.15 | 33.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 79.78 | 79.78 | 79.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 82.49 | 82.49 | 82.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 90.90 | 90.90 | 90.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 87.92 | 87.92 | 87.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 79.29 | 79.29 | 79.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.33 | 93.33 | 93.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 84.71 | 84.71 | 84.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.77 | 81.77 | 81.77 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 105.90 | 105.90 | 105.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 94.49 | 94.49 | 94.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 111.22 | 111.22 | 111.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 104.31 | 104.31 | 104.31 |
| Other - INTERNATIONAL SURETIES, | 2300-000 | N/A | 58.79 | 58.79 | 58.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 94.05 | 94.05 | 94.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 97.22 | 97.22 | 97.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 107.14 | 107.14 | 107.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 100.28 | 100.28 | 100.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 96.80 | 96.80 | 96.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 110.01 | 110.01 | 110.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 96.51 | 96.51 | 96.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 106.35 | 106.35 | 106.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 102.87 | 102.87 | 102.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 89.46 | 89.46 | 89.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 112.51 | 112.51 | 112.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 99.11 | 99.11 | 99.11 |
| Other - ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 65.57 | 65.57 | 65.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 92.37 | 92.37 | 92.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 105.38 | 105.38 | 105.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 98.59 | 98.59 | 98.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 95.16 | 95.16 | 95.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 104.86 | 104.86 | 104.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 101.43 | 101.43 | 101.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 94.74 | 94.74 | 94.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 104.41 | 104.41 | 104.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 97.73 | 97.73 | 97.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 94.33 | 94.33 | 94.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 107.20 | 107.20 | 107.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.80 | 93.80 | 93.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.67 | 93.67 | 93.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 106.45 | 106.45 | 106.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.33 | 93.33 | 93.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.20 | 93.20 | 93.20 |

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 105.92 | 105.92 | 105.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 92.92 | 92.92 | 92.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 105.60 | 105.60 | 105.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 95.84 | 95.84 | 95.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 63.81 | 63.81 | 63.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.59 | 44.59 | 44.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.73 | 41.73 | 41.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.56 | 44.56 | 44.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.94 | 38.94 | 38.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.03 | 43.03 | 43.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.52 | 37.52 | 37.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.57 | 41.57 | 41.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.25 | 33.25 | 33.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.95 | 31.95 | 31.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$63,276.35** | **$63,276.35** | **$63,276.35** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INDIANA DEPT OF STATE REVENUE | 6820-000 | N/A | 76,773.64 | 76,773.64 | 3,668.31 |
| Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd. | 6210-600 | N/A | 57,171.28 | 57,171.28 | 2,731.69 |
| THE LAW OFC OF WILLIAM J FACTOR, LTD | 6110-000 | N/A | 76,570.09 | 40,768.14 | 1,947.93 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$210,515.01** | **$174,713.06** | **$8,347.93** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | INDIANA DEPT OF REVENUE | 5800-000 | N/A | 807,706.25 | 0.00 | 0.00 |
| 27 -2 | ILLINOIS DEPT OF REVENUE | 5800-000 | N/A | 20,597.08 | 20,597.08 | 0.00 |
| 56 | INDIANA DEPT OF STATE REVENUE | 5800-000 | N/A | 259,200.15 | 259,200.15 | 0.00 |
| 58 | INDIANA DEPT OF STATE REVENUE | 5800-000 | N/A | 110,808.58 | 110,808.58 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$1,198,312.06** | **$390,605.81** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cole Taylor Bank | 7100-000 | N/A | 27,733,363.01 | 27,733,363.01 | 0.00 |
| 2 | Valero Marketing & Supply Co | 7100-000 | N/A | 2,171,305.72 | 2,171,305.72 | 0.00 |
| 3 | Colophon Real Properties, LLC | 7100-000 | N/A | 25,000.00 | 25,000.00 | 0.00 |
| 4 -2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 55,841.60 | 55,841.60 | 0.00 |
| 5 -2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 96,205.99 | 96,205.99 | 0.00 |
| 6 -2 | Department Of The Treasury | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 7 | Fifth Third Bank | 7100-000 | N/A | 94,651.40 | 94,651.40 | 0.00 |
| 8 | Jacob Struble Properties LLC | 7100-000 | N/A | 650,558.37 | 650,558.37 | 0.00 |
| 9 -2 | Wells Fargo Equipment Finance, Inc. | 7100-000 | N/A | 308,618.89 | 308,618.89 | 0.00 |
| 10 -2 | First American Commercial Bancorp, Inc. | 7100-000 | N/A | 150,562.93 | 150,562.93 | 0.00 |
| 11 -2 | American Express Bank, FSB | 7100-000 | N/A | 6,337.75 | 6,337.75 | 0.00 |
| 12 -2 | American Express Centurion Bank | 7100-000 | N/A | 11,070.06 | 11,070.06 | 0.00 |
| 13 | INDIANA DEPT OF REVENUE | 7100-000 | N/A | 400,982.00 | 0.00 | 0.00 |
| 14 | Indiana Department Of Revenue | 7100-000 | N/A | 169,984.55 | 169,984.55 | 0.00 |
| 17 | The PrivateBank and Trust Company | 7100-000 | N/A | 4,441,626.14 | 4,441,626.14 | 0.00 |
| 18 | Old Second National Bank | 7100-000 | N/A | 11,607,684.41 | 11,607,684.41 | 0.00 |
| 22 | Navajo Refining Company, L.L.C. | 7100-000 | N/A | 1,157,664.98 | 1,157,664.98 | 0.00 |
| 23 -2 | American Express Centurion Bank | 7100-000 | N/A | 3,896.86 | 3,896.86 | 0.00 |
| 24 | Lyman C Tieman | 7100-000 | N/A | 77,297.89 | 77,297.89 | 0.00 |
| 25 | Kankakee County Treasurer | 7100-000 | N/A | 89.00 | 89.00 | 0.00 |
| 26 | Latham & Watkins LLP | 7100-000 | N/A | 9,000,000.00 | 9,000,000.00 | 0.00 |
| 27 -2 | ILLINOIS DEPT OF REVENUE | 7100-000 | N/A | 25,654.74 | 25,654.74 | 0.00 |
| 28 -3 | Pennzoil-Quaker State Company | 7100-000 | N/A | 2,760.33 | 2,760.33 | 0.00 |
| 29 -2 | Equilion Enterprises LLC | 7100-000 | N/A | 284,004.72 | 284,004.72 | 0.00 |
| 30 | G.P.& W Inc | 7100-000 | N/A | 317,233.10 | 317,233.10 | 0.00 |
| 31 | Great Lakes Bank, N.A. | 7100-000 | N/A | 2,221,551.72 | 2,221,551.72 | 0.00 |
| 32 -2 | Margaret McEnery | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 33 | SUBURBAN BANK & TRUST CO | 7100-000 | N/A | 8,171,792.09 | 817,179.09 | 0.00 |
| 34 | Banco Popular North America | 7100-000 | N/A | 1,898,159.89 | 1,898,159.89 | 0.00 |
| 35 | Banco Popular North America | 7100-000 | N/A | 1,898,159.89 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Claimant | Code | | Amount | Allowed | Paid |
|---|---|---|---|---|---|---|
| 36 -2 | U.S. Venture, Inc. | 7100-000 | N/A | 530,244.07 | 530,244.07 | 0.00 |
| 37 -3 | First Midwest Bank | 7100-000 | N/A | 8,098,664.08 | 8,098,664.08 | 0.00 |
| 38 | FIRST MERIT BANK | 7100-000 | N/A | 1,843,129.14 | 1,843,129.14 | 0.00 |
| 39 | First Community Bank of Homer Glen & Lockport | 7100-000 | N/A | 6,847,785.51 | 6,847,785.51 | 0.00 |
| 40 | First Community Bank of Homer Glen & Lockport | 7100-000 | N/A | 337,344.78 | 337,344.78 | 0.00 |
| 41 | First Community Bank of Homer Glen & Lockport | 7100-000 | N/A | 1,419,106.55 | 1,419,106.55 | 0.00 |
| 42 | GE COMMERCIAL FINANCE BUSINESS PROPERTY CORP | 7100-000 | N/A | 1,300,693.22 | 1,300,693.22 | 0.00 |
| 43 | AVN Air LLC | 7100-000 | N/A | 5,691,863.00 | 5,691,863.00 | 0.00 |
| 44 | General Electric Capital Corporation | 7100-000 | N/A | 6,372,705.58 | 6,372,705.58 | 0.00 |
| 45 -3 | First Midwest Bank | 7100-000 | N/A | 1,080,339.40 | 1,080,339.40 | 0.00 |
| 46 -2 | First Midwest Bank | 7100-000 | N/A | 1,082,075.22 | 1,082,075.22 | 0.00 |
| 47 -2 | First Midwest Bank | 7100-000 | N/A | 71,899.38 | 71,899.38 | 0.00 |
| 48 -2 | First Midwest Bank | 7100-000 | N/A | 5,731,170.78 | 5,731,170.78 | 0.00 |
| 49 -2 | First Midwest Bank | 7100-000 | N/A | 496,200.01 | 496,200.01 | 0.00 |
| 50 -2 | First Midwest Bank | 7100-000 | N/A | 382,978.37 | 382,978.37 | 0.00 |
| 51 -2 | First Midwest Bank | 7100-000 | N/A | 16,369,185.73 | 16,369,185.73 | 0.00 |
| 52 -2 | First Midwest Bank | 7100-000 | N/A | 1,080,339.40 | 1,080,339.40 | 0.00 |
| 54 | Winston & Strawn LLP | 7100-000 | N/A | 207,622.78 | 207,622.78 | 0.00 |
| 55 | Legends Gaming LLC | 7100-000 | N/A | 9,000,000.00 | 9,000,000.00 | 0.00 |
| 56 | INDIANA DEPT OF STATE REVENUE | 7100-000 | N/A | 26,504.50 | 26,504.50 | 0.00 |
| 58 | INDIANA DEPT OF STATE REVENUE | 7100-000 | N/A | 9,918.09 | 9,918.09 | 0.00 |
| 59 | Cochise County Treasurer | 7100-000 | N/A | 29,314.78 | 0.00 | 0.00 |
| 60 | HUSKY MARKETING & SUPPLY CO | 7100-000 | N/A | 1,938,199.57 | 1,938,199.57 | 0.00 |
| 61 | MB Financial Bank N.A. | 7100-000 | N/A | 3,791,323.97 | 3,791,323.97 | 0.00 |
| 62 | US BANK N.A. | 7100-000 | N/A | 1,302.43 | 0.00 | 0.00 |
| 64 -2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 95,609.78 | 95,609.78 | 0.00 |
| 65 -2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 51,738.58 | 51,738.58 | 0.00 |
| 67 | American Express Centurion Bank | 7100-000 | N/A | 55.07 | 55.07 | 0.00 |
| 68 | Lyman C Tieman | 7100-000 | N/A | 91,632.85 | 91,632.85 | 0.00 |
| 70 | Arizona Department of | 7100-000 | N/A | 935.34 | 935.34 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $146,961,939.99 | $137,277,567.89 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-25934-DLT  
**Case Name:** MCENERY, WILLIAM  

**Period Ending:** 12/31/17  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 06/20/12 (c)  
**§341(a) Meeting Date:** 07/19/12  
**Claims Bar Date:** 03/15/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | TRUCK STOP/2884 N US ROAD 421/MICHIGAN CITY IN | Unknown | Unknown | | 0.00 | FA |
| 2 | VACANT LAND/BRIDEWATER EST/VALPARAISO IN | Unknown | Unknown | | 0.00 | FA |
| 3 | VACANT LAND/ROUTE 17 & ROUT 1, ST ANNE ,IL | Unknown | Unknown | | 0.00 | FA |
| 4 | GOLF COURSE/FRANKFORT, IL | Unknown | Unknown | | 0.00 | FA |
| 5 | TRAILER/DESERT ROSE INN/BENSON, AZ | Unknown | 5,000.00 | | 25,000.00 | FA |
| 6 | VACANT LAND 9000 FRANCIS ROAD, FRANKFORT, IL | Unknown | Unknown | | 0.00 | FA |
| 7 | AMERITRADE ACCOUNT | 19,855.69 | 19,855.69 | | 19,859.18 | FA |
| 8 | FIDELITY INVT ACCOUNT XXX3100 | 632.86 | 632.86 | | 0.00 | FA |
| 9 | FIRST COMMUNITY BANK XX0671 | Unknown | Unknown | | 0.00 | FA |
| 10 | CHARTER ONE XXX4815 | Unknown | Unknown | | 0.00 | FA |
| 11 | SUBURBAN BANK & TRUST XX3030 | Unknown | Unknown | | 0.00 | FA |
| 12 | COLE TAYLOR BANK XX5618 | Unknown | Unknown | | 0.00 | FA |
| 13 | OLD SECOND BANK XX2706 | Unknown | Unknown | | 0.00 | FA |
| 14 | OLD SECOND BANK XX0791 | Unknown | Unknown | | 0.00 | FA |
| 15 | FIRST MIDWEST BANK XX9783 | Unknown | Unknown | | 0.00 | FA |
| 16 | FIRST MIDWEST BANK XX9389 | Unknown | Unknown | | 0.00 | FA |
| 17 | STANDARD BANK XXX9003 | Unknown | Unknown | | 0.00 | FA |
| 18 | STANDARD BANK XX3009 | Unknown | Unknown | | 0.00 | FA |
| 19 | SIGNATURE BANK XX2949 | Unknown | Unknown | | 0.00 | FA |
| 20 | STANDARD BANK XX3109 | Unknown | Unknown | | 0.00 | FA |
| 21 | STANDARD BANK XX1303 | Unknown | Unknown | | 0.00 | FA |
| 22 | BANK OF AMERICA XXX5427 | Unknown | Unknown | | 0.00 | FA |
| 23 | RIVERSOURCE ACCOUNT XXX1394 | Unknown | Unknown | | 0.00 | FA |
| 24 | HARRIS BANK XX2741 | 9.95 | 9.95 | | 0.00 | FA |
| 25 | MISC HOUSEHOLD GOODS | 2,000.00 | Unknown | | 0.00 | FA |
| 26 | BOOKS, ETC | 500.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-25934-DLT  
**Case Name:** MCENERY, WILLIAM  

**Period Ending:** 12/31/17

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 06/20/12 (c)  
**§341(a) Meeting Date:** 07/19/12  
**Claims Bar Date:** 03/15/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | WEARING APPAREL | 0.00 | 0.00 | | 0.00 | FA |
| 28 | MISC JEWELRY | 97.00 | 0.00 | | 0.00 | FA |
| 29 | INSURANCE POLICIES/LIQUIDATED BY FIRST MERIT | 1.00 | 0.00 | | 0.00 | FA |
| 30 | STANDARD BANK IRA | 100,967.53 | 0.00 | | 0.00 | FA |
| 31 | 100,000 SHARES OF FIRST COMMUNITY BANK | 1.00 | Unknown | | 0.00 | FA |
| 32 | 100% OWNERSHIP IN RIVERSIDE DEVELOPMENT | 1.00 | Unknown | | 0.00 | FA |
| 33 | 100% OWNERSHIP IN WJM AVIATION LLC | 1.00 | Unknown | | 0.00 | FA |
| 34 | 50% OWNERSHIP INTEREST IN 175 BAR & GRILL | 189,604.00 | Unknown | | 0.00 | FA |
| 35 | 50% OWNERSHIP INTEREST IN 175 SOPRAFFINA, LLC | 131,067.00 | Unknown | | 0.00 | FA |
| 36 | 1.85% INTEREST IN CENTRAL IL HOTEL GROUP | 1.00 | Unknown | | 0.00 | FA |
| 37 | 41.94% INTEREST IN IL CENTER SOPRAFFINA, LLC | 139,356.00 | Unknown | | 0.00 | FA |
| 38 | 69.82% OF COMMON INTEREST OF LEGENDS GAMING, LLC | 1.00 | Unknown | | 0.00 | FA |
| 39 | 100% OF PREFERRED INTEREST OF LEGENDS GAMING LLC | 1.00 | Unknown | | 0.00 | FA |
| 40 | 4.16% INTEREST IN MAINSTAY MGMT LLC | 38,646.00 | Unknown | | 0.00 | FA |
| 41 | 50.1% INTEREST IN MANHATTAN PROPERTY DEVELOPMENT | 1.00 | Unknown | | 0.00 | FA |
| 42 | APPROX 50% INTEREST IN MID IRON GOLF CLUB | 1.00 | Unknown | | 0.00 | FA |
| 43 | 50.1% INTEREST IN MIDWEST PROPERTY DEVELOP, INC. | 1.00 | Unknown | | 0.00 | FA |
| 44 | 40.6% INTERSET IN RANDOLPH SPORAFFINA MARKETCAFE | 153,053.00 | Unknown | | 0.00 | FA |
| 45 | 25% INTEREST IN USG ITALIAN MARKETCAFFE LLC | 69,470.00 | Unknown | | 0.00 | FA |
| 46 | INTEREST IN WILLIAM J MCENERY REVOCABLE TRUST | 1.00 | Unknown | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-25934-DLT  
**Case Name:** MCENERY, WILLIAM  

**Period Ending:** 12/31/17

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 06/20/12 (c)  
**§341(a) Meeting Date:** 07/19/12  
**Claims Bar Date:** 03/15/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 47  100% INTEREST IN DIAMONDJACKS HOTEL & CASINO | 1.00 | Unknown | | 0.00 | FA |
| 48  100% INTEREST IN LEGENDS MGMT LLC | 1.00 | Unknown | | 0.00 | FA |
| 49  MCENERY ENTERPRISES LLC EMPLOYEE 401K | 1.00 | Unknown | | 0.00 | FA |
| 50  MCENERY HOTELS LLC | 1.00 | Unknown | | 0.00 | FA |
| 51  STEAMBOAT LLC | 1.00 | Unknown | | 0.00 | FA |
| 52  14.28% INTEREST IN EMPRESS FIN GROUP, LLC | 1.00 | Unknown | | 0.00 | FA |
| 53  33.34% INTEREST IN BARON PARTNERS | 1.00 | 0.00 | | 0.00 | FA |
| 54  POTENTIAL TA REFUND 2010 | 29,905.50 | Unknown | | 0.00 | FA |
| 55  GAMING LICENSES, COLORADO, LOUISIANA ,ETC | 1.00 | Unknown | | 0.00 | FA |
| 56  LIQUOR LICENSES IN LA & MISSISSIPPI | 1.00 | Unknown | | 0.00 | FA |
| 57  US TROTTING ASSOC LICENSE | 1.00 | 0.00 | | 0.00 | FA |
| 58  DRIVER'S LICENSE | 1.00 | 0.00 | | 0.00 | FA |
| 59  PETENTIAL CLAIMS AGAINST THIRD PARTIES | Unknown | Unknown | | 0.00 | FA |
| 60  TWO MINIATURE TRAINS FROM KIDDIELAND | Unknown | Unknown | | 0.00 | FA |
| 61  INDIANA LOTS SECURED BY CITIZENS  (u) | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 62  BANKRUPTCY FILING RETAINER  (u) | 12,000.00 | 11,765.10 | | 11,765.10 | FA |
| 63  POST-PETITION TRANSFER FROM SALE OF REAL ESTATE  (u) | Unknown | Unknown | | 0.00 | FA |
| 64  INTEREST IN GREEN GARDENS COUNTRY CLUB  (u) | 1.00 | Unknown | | 0.00 | FA |
| 65  RENT OWED BY GREEN GARDENS COUNTY CLUB  (u) | 240,000.00 | Unknown | | 0.00 | FA |
| 66  ADDITIONAL RENTS OWED BY GREEN GARDENS CC  (u) | Unknown | Unknown | | 0.00 | FA |
| 66  Assets  Totals (Excluding unknown values) | $1,142,187.53 | $52,263.60 | | $71,624.28 | $0.00 |

**Major Activities Affecting Case Closing:**

TFR SUBMITTED TO US TEE FOR REVIEW ON 8/2/17

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-25934-DLT | **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE |
| **Case Name:** MCENERY, WILLIAM | **Filed (f) or Converted (c):** 06/20/12 (c) |
| | **§341(a) Meeting Date:** 07/19/12 |
| **Period Ending:** 12/31/17 | **Claims Bar Date:** 03/15/13 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

TEE REVIEWING CLAIMS; PREPARING CLAIM OBJECTIONS; TFR TO FOLLOW
REVIEWING DOCUMENTS WITH ALAN LASKO TO DETERIMINE IF FURTHER INVESTIGATION SHOULD BE DONE; FINAL REPORT TO FOLLOW ONCE THIS IS DETERMINED

PURSUING ADVERSARY AGAINST STANDARD BANK

INVESTIGATING 11 USC 506(C) MOTION VERSUS FIRST MIDWEST BANK FROM SALE OF GOLF COURSE; SETTLED ISSUES REGARDING 2011 TAX REFUNDS; DEEDED PROPERTY IN LIEU OF FORECLSOURE REGARDING INDIANA LOTS; TURNOVER OF FUNDS FROM ACCOUNT; INVESTIGATION OF POSSIBLE POST-PETITION TRANFERS FROM SALE OF REAL ESTATE INTEREST;

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014        **Current Projected Date Of Final Report (TFR):**   September 25, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-25934-DLT  
**Case Name:** MCENERY, WILLIAM  

**Taxpayer ID #:** **-***3590  
**Period Ending:** 12/31/17  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******72-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/12 | {7} | TD AMERITRADE CLEARING | TURNOVER OF AMERITRADE FUNDS | 1129-000 | 19,859.18 | | 19,859.18 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.69 | 19,818.49 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.61 | 19,777.88 |
| 12/28/12 | {61} | CITIZENS BANK | 506(C) EXPENSE/INDIANA LOTS | 1249-000 | 15,000.00 | | 34,777.88 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.17 | 34,738.71 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 34,738.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 34,859.18 | 34,859.18 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 34,738.71 | |
| | | | **Subtotal** | | **34,859.18** | **120.47** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$34,859.18** | **$120.47** | |

{} Asset reference(s)

Printed: 12/31/2017 08:07 AM   V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-25934-DLT  
**Case Name:** MCENERY, WILLIAM  

**Taxpayer ID #:** **-***3590  
**Period Ending:** 12/31/17  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 34,738.71 | | 34,738.71 |
| 01/07/13 | {5} | FIDELITY NATIONAL TITLE AGENCY INC. | SALE OF PERSONAL PROPERTY RE: DESERT ROSE INN/BENSON AZ | 1129-000 | 5,000.00 | | 39,738.71 |
| 01/07/13 | {5} | FIDELITY NATIONAL TITLE AGENCY INC. | SALE OF MOBILE HOME/BENSON, AZ | 1129-000 | 20,000.00 | | 59,738.71 |
| 01/10/13 | 10101 | EUNICE SACHS & ASSOCIATES | INV 41600/DEPOSITION OF MCENERY | 2990-000 | | 215.00 | 59,523.71 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.33 | 59,444.38 |
| 02/13/13 | 10102 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-25934, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 33.15 | 59,411.23 |
| 02/13/13 | 10102 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-25934, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -33.15 | 59,444.38 |
| 02/13/13 | 10103 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-25934, bond#016026455 | 2300-000 | | 33.15 | 59,411.23 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.78 | 59,331.45 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.49 | 59,248.96 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.90 | 59,158.06 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.92 | 59,070.14 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.29 | 58,990.85 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.33 | 58,897.52 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.71 | 58,812.81 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.77 | 58,731.04 |
| 10/07/13 | {62} | VORYS, SATER, SYMOUR AND PEASE, LLP | UNUSED RETAINER FOR BANKRUPTCY FILING | 1229-000 | 11,765.10 | | 70,496.14 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.90 | 70,390.24 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.49 | 70,295.75 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.22 | 70,184.53 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.31 | 70,080.22 |
| 02/03/14 | 10104 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #11-25934, BOND#016026455 | 2300-000 | | 58.79 | 70,021.43 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.05 | 69,927.38 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.22 | 69,830.16 |

Subtotals :     $71,503.81     $1,673.65

{} Asset reference(s)                                                                                       Printed: 12/31/2017 08:07 AM     V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-25934-DLT  
**Case Name:** MCENERY, WILLIAM  

**Taxpayer ID #:** **-***3590  
**Period Ending:** 12/31/17  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.14 | 69,723.02 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.28 | 69,622.74 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.80 | 69,525.94 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.01 | 69,415.93 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.51 | 69,319.42 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.35 | 69,213.07 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.87 | 69,110.20 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.46 | 69,020.74 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.51 | 68,908.23 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.11 | 68,809.12 |
| 02/26/15 | 10105 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-25934, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 65.57 | 68,743.55 |
| 02/26/15 | 10105 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-25934, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -65.57 | 68,809.12 |
| 02/26/15 | 10106 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-25934, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 66.76 | 68,742.36 |
| 02/26/15 | 10106 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-25934, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -66.76 | 68,809.12 |
| 02/26/15 | 10107 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-25934, BOND NUMBER 10BSBGR6291 | 2300-000 | | 65.57 | 68,743.55 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.37 | 68,651.18 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.38 | 68,545.80 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.59 | 68,447.21 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.16 | 68,352.05 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.86 | 68,247.19 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.43 | 68,145.76 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.74 | 68,051.02 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.41 | 67,946.61 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.73 | 67,848.88 |

Subtotals :                                    $0.00            $1,981.28

{} Asset reference(s)                                                        Printed: 12/31/2017 08:07 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-25934-DLT | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | MCENERY, WILLIAM | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4166 - Checking Account |
| Taxpayer ID #: | **-***3590 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.33 | 67,754.55 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.20 | 67,647.35 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.80 | 67,553.55 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.67 | 67,459.88 |
| 03/07/16 | 10108 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #11-25934, Bond No. 10BSBGR6291 | 2300-000 | | 41.35 | 67,418.53 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.45 | 67,312.08 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.33 | 67,218.75 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.20 | 67,125.55 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.92 | 67,019.63 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.92 | 66,926.71 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.60 | 66,821.11 |
| 09/29/16 | 10109 | CHUHAK & TECSON, PC | | | | 12,530.00 | 54,291.11 |
| | | | FEES TO COUNSEL      12,440.00 | 3210-000 | | | 54,291.11 |
| | | | EXPENSES TO COUNSEL      90.00 | 3220-000 | | | 54,291.11 |
| 09/29/16 | 10110 | ALAN D LASKO & ASSOCIATES, PC | | | | 24,989.79 | 29,301.32 |
| | | | FEES      24,901.90 | 3410-000 | | | 29,301.32 |
| | | | EXPENSES      87.89 | 3420-000 | | | 29,301.32 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.84 | 29,205.48 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.81 | 29,141.67 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.59 | 29,097.08 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.73 | 29,055.35 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.56 | 29,010.79 |
| 02/23/17 | 10111 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2016 FOR CASE #11-25934, Bond #016073584 | 2300-000 | | 61.85 | 28,948.94 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.94 | 28,910.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.03 | 28,866.97 |
| 04/03/17 | 10112 | CHUHAK & TECKSON | fees to counsel - second interim | 3210-000 | | 2,555.00 | 26,311.97 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.52 | 26,274.45 |
| 05/11/17 | 10113 | ANDREW MAXWELL | | 3210-600 | | 3,215.00 | 23,059.45 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.57 | 23,017.88 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.25 | 22,984.63 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.95 | 22,952.68 |

Subtotals :           $0.00        $44,896.20

{} Asset reference(s)

Printed: 12/31/2017 08:07 AM   V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 11-25934-DLT  
**Case Name:** MCENERY, WILLIAM  
**Taxpayer ID #:** **-***3590  
**Period Ending:** 12/31/17  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/22/17 | 10114 | CHUHAK & TECSON, PC | Dividend paid 100.00% on $15,787.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 792.00 | 22,160.68 |
| 10/22/17 | 10115 | United States Trustee | Dividend paid 100.00% on $1,950.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 1,950.00 | 20,210.68 |
| 10/22/17 | 10116 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $6,831.21, Trustee Compensation; Reference: | 2100-000 | | 6,831.21 | 13,379.47 |
| 10/22/17 | 10117 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $105.12, Trustee Expenses; Reference: | 2200-000 | | 105.12 | 13,274.35 |
| 10/22/17 | 10118 | ZANE ZIELINSKI | Dividend paid 100.00% on $4,865.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 4,865.00 | 8,409.35 |
| 10/22/17 | 10119 | ZANE ZIELINSKI | Dividend paid 100.00% on $61.42, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 61.42 | 8,347.93 |
| 10/22/17 | 10120 | INDIANA DEPT OF STATE REVENUE | Dividend paid  4.77% on $76,773.64, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter); Reference: | 6820-000 | | 3,668.31 | 4,679.62 |
| 10/22/17 | 10121 | Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd. | Dividend paid  4.77% on $57,171.28, Special Counsel Fees (Chapter 11); Reference: | 6210-600 | | 2,731.69 | 1,947.93 |
| 10/22/17 | 10122 | THE LAW OFC OF WILLIAM J FACTOR, LTD | Dividend paid  4.77% on $40,768.14, Attorney for Trustee Fees (Trustee Firm) (Chapter 11); Reference: | 6110-000 | | 1,947.93 | 0.00 |

|  |  | | | ACCOUNT TOTALS | 71,503.81 | 71,503.81 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 34,738.71 | 0.00 | |
| | | | | **Subtotal** | 36,765.10 | 71,503.81 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$36,765.10** | **$71,503.81** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******72-66 | 34,859.18 | 120.47 | 0.00 |
| Checking # ******4166 | 36,765.10 | 71,503.81 | 0.00 |
| | $71,624.28 | $71,624.28 | $0.00 |

{} Asset reference(s)

Printed: 12/31/2017 08:07 AM   V.13.30